

OCT 14 2011

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>By: United States Attorney<br>    for the District of Columbia<br>    555Fourth Street, N.W., Civil Division<br>    Washington, D.C. 20530<br><br>                   Petitioner,<br><br>      v.<br><br>LANCE ARMSTRONG<br>Serve: John W. Keker, Esq.<br>       Keker & Van Nest LLP<br>       710 Sansome Street<br>       San Francisco, CA 94111-1704<br><br>                   Respondent. | Case: 1:11-mc-00565<br>Assigned To : Boasberg, James E.<br>Assign. Date : 10/14/2011<br>Description: Miscellaneous |

## UNITED STATES' MOTION TO FILE UNDER TEMPORARY SEAL

The United States respectfully requests that the Court issue an order allowing the Government to file its Petition for Summary Enforcement of Inspector General Subpoena, along with the accompanying Memorandum in support of the petition and the Appendix thereto, under temporary seal pursuant to Local Civil Rule 5.1(j). The United States further respectfully requests that the seal be lifted 14 days after the Court issues its order and that all filings be made public at that time, unless Mr. Armstrong files an objection to the lifting of the seal within that period. If Mr. Armstrong files such an objection, the United States will inform the Court of its position in its response to Mr. Armstrong's opposition. The grounds for this Motion are more particularly set forth in the Memorandum separately filed in support of this Motion.

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

*[signature]*
DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

*[signature]*
JOYCE R. BRANDA, D.C. Bar No. # 246363
MICHAEL D. GRANSTON
ROBERT E. CHANDLER, D.C. Bar No. # 477640
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4678
Fax: (202) 514-0280

DATED: October 14, 2011

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  By:  United States Attorney )<br>        for the District of Columbia )<br>        555Fourth Street, N.W., Civil Division )<br>        Washington, D.C. 20530 )<br>                                  )<br>                     Petitioner, )<br>                                  )<br>           v.                     )<br>                                  )<br>LANCE ARMSTRONG         )<br>Serve: John W. Keker, Esq. )<br>         Keker & Van Nest LLP )<br>         710 Sansome Street )<br>         San Francisco, CA 94111-1704 )<br>                                  )<br>                     Respondent. )<br>_____) | Misc. No. |

**MEMORANDUM IN SUPPORT OF**
**UNITED STATES' MOTION TO FILE UNDER TEMPORARY SEAL**

The United States respectfully requests that the Court issue an order allowing the Government to file its Petition for Summary Enforcement of Inspector General Subpoena, along with the accompanying Memorandum in support of the petition and the Appendix thereto, under temporary seal pursuant to Local Civil Rule 5.1(j). The Government is filing its petition under temporary seal in order to afford Mr. Armstrong the opportunity to be heard on the issue of whether the matter should be disclosed to the public.

The Government's petition, which is being filed simultaneously with this motion, seeks enforcement of a subpoena issued by the United States Postal Service (USPS) Office of Inspector General (OIG). The administrative subpoena *duces tecum* No. 110576, issued pursuant to the Inspector General Act of 1978 (Inspector General Act), 5 U.S.C. app 3, was served upon Lance E. Armstrong on June 10, 2011 and required Mr. Armstrong to produce certain documents. Mr. Armstrong has failed to comply with the subpoena and has refused to interpose any valid objection to the subpoena. As a result, the Government has initiated an enforcement action in order to compel Mr. Armstrong to produce documents responsive to the subpoena.

Mr. Armstrong has expressed to the Government that he is concerned about the public disclosure of facts related to the USPS-OIG investigation. In order to allow Mr. Armstrong to be heard on the issue of whether the sealing of the enforcement proceedings is appropriate, and to preserve the Court's ability to decide the issue, the Government wishes to file its enforcement action under temporary seal. The United States respectfully requests, therefore, that the Court issue an Order permitting the United States to file its Petition for Summary Enforcement of Inspector General Subpoena, along with the accompanying Memorandum in support of the petition and the Appendix thereto, under temporary seal pursuant to Local Civil Rule 5.1(j). The United States further respectfully requests that the seal be lifted 14 days after the Court issues its order and that all filings be made public at that time, unless Mr. Armstrong files an objection to the lifting of the seal within that period. If Mr. Armstrong files such an objection, the United States will inform the Court of its position in its response to Mr. Armstrong's opposition.

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

2

JOYCE R. BRANDA, D.C. Bar No. # 246363
MICHAEL D. GRANSTON
ROBERT E. CHANDLER, D.C. Bar No. # 477640
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 514-4678
Fax:  (202) 514-0280

DATED: October 14, 2011

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2011, I caused to be placed in the United States mail, postage prepaid first class, a true and correct copy of the foregoing Motion to File Under Temporary Seal. The Application has been sent to:

John W. Keker
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Bryan D. Daly
333 South Hope Street
43rd Floor
Los Angeles, CA 90071-1422

DARRELL C. VALDEZ
Assistant United States Attorney

4