# EXHIBIT A

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please **click here** or use the "Reprints" tool that appears next to any article. Visit **www.nytreprints.com** for samples and additional information. Order a reprint of this article now. »

May 25, 2010

# Cycling Doping Inquiry May Broaden

By MICHAEL S. SCHMIDT and JULIET MACUR

Federal authorities investigating allegations that Lance Armstrong and other top cyclists engaged in doping are considering whether they can expand the investigation beyond traditional drug distribution charges to include ones involving fraud and conspiracy, according to two people briefed on the investigation.

The authorities, who are in the early stages of their investigation, are seeking to determine whether Armstrong, the owners and managers of his former cycling teams and his teammates conspired to defraud their sponsors by doping to improve their performances and garner more money and prizes, one of the people said.

In particular, the authorities want to know whether money from the United States Postal Service, the main sponsor of Armstrong's team from 1996 to 2004, was used to buy performance-enhancing drugs, one of the people said. Fraud charges can carry longer sentences than charges of drug distribution.

The two people briefed on the investigation spoke on the condition of anonymity because they did not want to jeopardize their access to delicate information. Armstrong, through his manager, Mark Higgins, did not immediately respond to an e-mail message seeking comment. Armstrong has repeatedly denied any allegations about doping.

The authorities will also closely examine the contract between Armstrong and S.C.A. Promotions, a company that refused to pay a $5 million bonus in 2004 after a book that alleged Armstrong engaged in doping, one of the people said. Armstrong sued S.C.A. Promotions, and the case — which resulted in hours of testimony by Armstrong and others under oath — was later settled out of court. S.C.A. was forced to pay $5 million and about $2.5 million in penalties.

"Federal fraud charges are fairly straightforward; they apply to any scheme to acquire money or property through deceit or misrepresentation," said Daniel C. Richman, a professor of law at Columbia University and former federal prosecutor. "In this case, the authorities would have to prove that Armstrong was misrepresenting himself to sponsors by saying that he was clean but was actually using performance-enhancing drugs and profiting from it."

As federal authorities have taken a greater interest in the distribution of performance-enhancing drugs over the past decade, athletes have not been the target of investigations. Instead, the athletes have been questioned by federal authorities before grand juries and their testimony has been used to bring charges against trainers and doctors who dealt the drugs.

If the authorities proceed with a more ambitious investigation that looks into fraud and conspiracy charges, they could take aim at Armstrong, who had an ownership stake in Tailwind Sports, the company that owned several of his past cycling teams, and the other cyclists, said the two people briefed on the matter.

The federal agent Jeff Novitzky, who has been the lead investigator on the major doping investigations since the Bay Area Laboratory Co-operative case began in 2002, is playing a direct role in the investigation. Novitzky has met with Floyd Landis, who lives in Southern California, and has been working closely with officials from the United States Anti-Doping Agency.

Prosecutors from the United States attorney's office for the Northern District of California, which is based in the Bay Area, have worked closely with Novitzky, and would have jurisdiction to investigate the case because Tailwind Sports was based in San Francisco. The investor Thom Weisel, of the investment banking firm Thomas Weisel Partners Group, was the founder and chairman of Tailwind Sports. Armstrong eventually became a co-owner.

Armstrong, the seven-time Tour de France winner, has been dogged by doping allegations throughout his career and continues to deny them. He tested positive for performance-enhancing drugs once, for cortisone at the 1999 Tour, but later produced a doctor's note saying the drug was needed to combat his saddle sores.

But unlike the other investigations, this one involves federal authorities from the United States. They have become more interested in Armstrong's alleged ties to doping since Landis accused Armstrong — his teammate on the Postal Service team — and other top cyclists of doping.

"It's just our word against theirs, and we like our word," Armstrong said last week at the Tour of California, during which Landis's e-mail messages were made public. "We like where we stand."

In the past, Armstrong has threatened to sue people who have questioned his integrity in the sport. He said last Thursday that he had no plans to do so this time.

"I have sued a few people in my day and, you know, been successful there and proved my innocence through that, and I don't need to do that anymore," he said.

In e-mail messages Landis recently sent to top cycling officials, Landis said he and Armstrong shared conversations about the need for blood doping. He also said that he had witnessed Armstrong and some other Postal Service team members, including the United States road

cycling champion George Hincapie, receiving blood transfusions on a team bus during one Tour de France.

Landis, who for four years said he was innocent of the doping charges leveled against him, has agreed to cooperate with federal authorities and officials from Usada in a doping investigation. The investigators from Usada are trying to determine whether they can discipline Armstrong or the other riders for their ties to performance-enhancing drugs.

Richman added: "The government normally leaves it up to sports leagues to discipline those athletes who may have used performance-enhancing drugs. Fraud is something the government takes quite seriously, particularly where a lot of money is involved and conduct is flagrant."

---

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

# EXHIBIT B

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

May 20, 2010

# Landis Admits Doping, Accuses Top U.S. Cyclists

By JULIET MACUR and MICHAEL S. SCHMIDT

VISALIA, Calif. — After four years of maintaining his innocence about doping charges that ruined his reputation and caused him to be stripped of his 2006 Tour de France title, the American cyclist Floyd Landis has sent e-mail messages to several cycling officials in the United States and in Europe in which he admits using performance-enhancing drugs for most of his career.

Two of those officials said that Landis's messages provided a detailed description of doping that began in 2002, Landis's first year alongside Lance Armstrong. Both were riding for the successful but now-defunct United States Postal Service team. The two officials who received the e-mail messages did not want their names published, citing continuing investigations, including by federal authorities, into the content of the messages.

In the messages, which were first reported by The Wall Street Journal, Landis accused other top American cyclists on the Postal Service team, including Armstrong, of using performance-enhancing drugs and methods. Other cyclists named were George Hincapie, the current United States road racing national champion; Levi Leipheimer, the three-time Tour of California champion; and David Zabriskie, the five-time United States time trial champion.

"I would say I'm surprised, but I'm not," Armstrong said Thursday morning before competing in Stage 5 of the Tour of California. Armstrong said that Landis had been sending him e-mail and text messages for the past couple of years suggesting that he would go public with accusations about him and that the messages reached "a fever pitch" last month.

"He has no proof," Armstrong said. "It's just our word against theirs, and we like our word. We like where we stand."

Jonathan Vaughters, the team manager of Zabriskie's Garmin-Transitions team, said: "I don't know what is in the head of Floyd Landis, what his motivations are, but I think Dave just wants to get on with this race."

Zabriskie is in the overall lead of the Tour of California, with four stages to go. "Dave can win this race," he said. "He can win this race clean, under any level of scrutiny."

Steve Johnson, chief executive of USA Cycling and the main recipient of Landis's e-mail

messages, did not return several phone calls.

Landis also did not return phone calls, but told ESPN.com that he had no documentation to prove most of his claims against his former teammates. "I want to clear my conscience," said Landis, who races with the lower level OUCH-Bahati Foundation Pro Cycling team. "I don't want to be part of the problem anymore."

Landis provided detailed information about his own doping practices, saying he consistently used the blood booster EPO to increase his endurance, as well as testosterone, human growth hormone and blood transfusions.

He said he took female hormones and tried insulin once during the years he rode for the Postal Service and Swiss-based Phonak teams, according to ESPN.com. He spent $90,000 a year on his doping regimen, he said.

Landis said some of his teammates on the Postal Service team were well aware of the doping regimen in the sport.

Two other Postal Service team members admitted to The New York Times in 2006 that they had used EPO while preparing for the Tour de France in 1999. Frankie Andreu, who is retired from racing, and a second rider who spoke on condition of anonymity because he did not want to jeopardize his career, said they had used the drug while they were teammates with Armstrong in 1999.

Two more members of the 1999 team later tested positive for using banned substances. Tyler Hamilton tested positive for blood doping in 2004 and retired from cycling last year after acknowledging that he used a banned steroidal substance. And Roberto Heras tested positive for EPO in 2005. In one of Landis's e-mail messages, which was obtained by The Times, Landis said that he and Armstrong, the seven-time Tour de France champion, had discussed the need to use blood transfusions to boost endurance. A new test for the synthetic blood booster, EPO, had made doping more difficult.

Armstrong, who has been dogged by doping allegations throughout his career, has denied doping and never officially tested positive. At the 1999 Tour, he failed a test for a corticosteroid, but produced a doctor's note for it.

For Pat McQuaid, president of the International Cycling Union, Landis's accusations do not taint Armstrong's reputation.

"I think Landis is in a very sad situation and I feel sorry for the guy because I don't accept anything he says as true," McQuaid said in a telephone interview on Thursday. "This is a guy who has been condemned in court, who has stood up in court and stated that he never saw any doping in cycling. He's written a book saying he won the Tour de France clean. Where does that

leave his credibility? He has an agenda and is obviously out to seek revenge."

McQuaid said he received Landis's e-mail messages several weeks ago, but immediately discounted the accusations in them because they were "purely allegations and no proof of anything." He has since sent the messages to the cycling union's legal department.

Landis is embroiled in a separate legal issue in France, where a warrant was issued for his arrest last month for suspicion of involvement in a data hacking case that occurred in the fall of 2006 at the Châtenay-Malabry antidoping lab, which conducted the tests on Landis's urine samples from the 2006 Tour.

Landis, who spent nearly two years and reportedly more than $2 million fighting the charges against him, has agreed to cooperate with authorities in the United States and provide them with the same information he has provided anti-doping and cycling officials, according to two people briefed on the matter. The United States authorities are interested in whatever information Landis has about distributors of banned substances and new methods of doping being used by athletes.

Over the past month, Landis also has been cooperating with officials from the United States Anti-Doping Agency, providing them with details about the other cyclists and Armstrong, the people briefed on the matter said.

Jeff Novitzky, a federal agent who spearheaded the investigation into the Bay Area Laboratory Co-operative steroids case, is involved in the investigation. It is not clear whether Landis has contacted him via e-mail or telephone.

Landis, who lives in California but grew up in rural Pennsylvania, won the inaugural running of the Tour of California, in 2006. That was several months before his improbable victory at the Tour de France, when he rode solo over a mountain pass to put himself in contention for the victory.

After winning the Tour, Landis tested positive for synthetic testosterone and was subsequently barred from the sport for two years after a very public, costly and caustic legal battle.

Landis had insisted he was innocent and wrote a book in 2007 titled, "Positively False: The Real Story of How I Won the Tour de France." His fans donated money for his defense. As recently as a few months ago, he was on "Larry King Live" to discuss his case and emphasize his innocence.

Armstrong seized on that point in his comments on Thursday, saying: "I remind everybody that this is a man who wrote a book for profit and now has a completely different version. This is somebody who took close to $1 million from innocent people for his defense under a different premise."

In his e-mail messages to cycling officials, Landis also named team officials he alleged had been involved in doping.

Doping regimens were encouraged by some team officials, including Johan Bruyneel, the longtime Postal Service team manager and current head of Armstrong's RadioShack team, Landis wrote in one e-mail message.

Bruyneel responded Thursday, saying, "He needs to seek professional help, and by that I don't mean lawyers."

Landis also said the former head of the Phonak team, Andy Rihs, also tolerated doping. Landis was a member of the team when he won the 2006 Tour.

Rihs, who now owns BMC Racing, based in the United States, issued a statement calling Landis's allegations "lies" and said, "Neither I nor the management of the team knew that Floyd Landis was doped."

Landis said Bruyneel introduced him to the use of steroid patches, blood doping and human growth hormone, according to officials who received the e-mail. Landis also said that in 2003, after breaking his hip, he had stored bags of blood in Armstrong's apartment in Girona, Spain. He said that his blood was stored in a refrigerator, along with bags of blood belonging to Hincapie and Armstrong.

Landis, in his e-mail messages to cycling officials, also recounted helping Leipheimer and Zabriskie use the blood booster EPO before the Tour of California several years ago. Neither of those riders has ever tested positive for a performance-enhancing drug or method.

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

# EXHIBIT C

# The New York Times

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »



May 21, 2010

# After Doping Allegations, a Race for Details

By JULIET MACUR

BIG BEAR LAKE, Calif. — When Floyd Landis admitted this week to doping throughout his cycling career — and alleged that other top riders and managers in the sport were also involved in systematic doping — some of his colleagues and the officials at the Tour of California were not surprised.

Because, for at least two months, Landis had been telling people in the sport that he was about to come clean.

"He told me: 'I've been living a lie. I can't sleep at night. I have to ease my burden, so I've got to tell the truth about what I've done,' " said Andrew Messick, the sports director for A.E.G., the company that runs the Tour of California, in describing a conversation he had with Landis on April 3. "I told him two things. One, none of this is new. If you hang around cycling long enough, you hear things about riders and what they've done. And two, what makes you think anyone would believe you?"

Speaking after Stage 6 of the Tour of California on Friday, Messick said Landis was adamant about telling the truth because he wanted to help the sport. Landis did not mention that he would publicly accuse others of doping — including the seven-time Tour de France winner Lance Armstrong — as he eventually did in e-mail messages recently sent to top cycling officials.

"He was trying to find other riders to come clean with him, but nobody would," Messick said, adding that he suggested that Landis contact the United States Anti-Doping Agency to tell his story to officials there.

Now some of Landis's former teammates — including Armstrong, George Hincapie, Levi Leipheimer and David Zabriskie — and others he has accused of doping are faced with a decision: Do they also want to tell what they know, if anything, about doping in the sport?

Two people Landis has accused of doping said on Friday that they had been contacted by antidoping officials who had asked them to cooperate with an investigation in exchange for leniency. Those people did not want their names published because they are still deciding if they want to come forward.

Landis, who was stripped of his 2006 Tour de France title for doping, has met with antidoping

agency officials at least twice, according to e-mail messages Landis sent to cycling officials. In a message to Messick, he said he was trying to negotiate amnesty for the riders he was implicating, adding that he did not think it would happen because antidoping officials "like to destroy athletes publicly."

Landis is also cooperating with an investigation led by the Food and Drug Administration special agent Jeff Novitzky, the lead investigator in the Bay Area Laboratory Co-operative steroids case, said people who have been briefed on the matter. Those people did not want their names published for fear of losing their access to sensitive information.

Landis told ESPN.com that he had no documentation of others' past doping. In the absence of a positive test, an antidoping agency would need proof — and not just another athlete's word — to issue sanctions against an athlete, antidoping officials said.

Michael Rogers of Team HTC-Columbia is trying to ignore all that. His name was not mentioned in the messages Landis sent to cycling officials that included details of others doping in the sport. With two stages left in the Tour of California, Rogers is leading the race by four seconds, over Zabriskie of Team Garmin-Transitions.

Rogers said the doping allegations have not affected his race.

"We come here to race and we're not going to let things out of our control take this away," he said after Stage 6, which was won by Peter Sagan of Liquigas.

Armstrong could not control what Landis said about him this week. On Friday he was back home in Austin, Tex., and his team was trying to control the fallout. Armstrong crashed out of the race on Thursday, and on Friday his RadioShack team posted a statement on the team's Web site rebutting Landis's accusations.

Neither Landis nor Armstrong, through his manager Mark Higgins, could be reached for comment.

The RadioShack team's Web site posted a series of unsubstantiated e-mail messages between Landis, Armstrong, Messick, Landis's doctor and a former lawyer for USA Cycling; none of the messages originated from Armstrong.

Armstrong and his team manager, Johan Bruyneel, said that Landis had been threatening to come forward with doping allegations for years. They said that in exchange for his silence, Landis had been asking for money, a job on the team, or both.

Bruyneel has characterized Landis's efforts as "blackmail," but the messages posted Friday focused on Landis's effort to race at the Tour of California, not on a money-for-silence scheme.

The messages said that Landis and his personal doctor, Brent Kay, had asked for their cycling

team, OUCH-Bahati Foundation Pro Cycling team, to be included among the teams racing in the Tour of California. Kay, who did not return phone calls, is the primary sponsor of that racing team. Messick said the team was not invited because the group of riders was not strong enough.

On May 11, Landis sent an e-mail message to Armstrong, Kay and Messick inviting them to a meeting he was having with Usada in Los Angeles on May 12. Landis said he was inviting Kay "as the result of a threatening phone call from Mr. Armstrong last Monday." Landis also said that Armstrong should stop suggesting that Landis had psychological or alcohol-related problems.

In another exchange, Landis asked Messick to return $40,000 that Kay had spent on a sponsor's tent at the race if his team was not invited to compete, suggesting that the $40,000 would end up in Armstrong's bank account as an appearance fee. Messick called that suggestion "massively inappropriate."

---

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

# EXHIBIT D

# The New York Times



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please **click here** or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

July 13, 2010

# Armstrong Investigation Heating Up

By MICHAEL S. SCHMIDT and JULIET MACUR

Federal authorities investigating possible fraud and doping charges against Lance Armstrong and his associates have issued grand jury subpoenas to witnesses, according to several people briefed on the case.

The people spoke on the condition of anonymity because they did not want to be identified discussing a federal investigation.

The grand jury subpoenas represent a significant step in the investigation into whether Armstrong and others on the United States Postal Service cycling team were involved in systematic doping in the early- to mid-2000s.

That federal investigation was kick-started this year when the rider Floyd Landis, who was stripped of the 2006 Tour de France title for doping, told investigators that he and other riders on the Postal Service team had engaged in doping together.

In particular, Landis said the team used its money to buy doping products and that Armstrong and the team manager, Johan Bruyneel, had encouraged doping on the team. Landis said that at one race the team bus came to a halt for the riders — including Armstrong and the United States road racing national champion George Hincapie — to conduct blood transfusions.

Armstrong, who is in 31st place at this year's Tour de France, has repeatedly said he has never used performance-enhancing drugs or methods. He also has never been sanctioned for a doping violation. He has said that Landis's claims are not true and that Landis, who had lied about his own doping practices until recently, is not credible.

Landis, who has met several times with the lead agent on the case, Jeff Novitzky, is not thought to be among the witnesses the authorities want to question before the grand jury, at least at this point. But other riders, including several who are competing at the Tour, have already been contacted by investigators.

At least two people previously involved with the United States Postal Service Team told investigators of their past doping practices.

Officials involved in the case said the investigators were especially interested in the people who

helped finance the Postal Service squad, which included Armstrong.

That team was owned by Tailwind Sports, a company that Thom Weisel, of the investment banking firm Thomas Weisel Partners Group, founded before Armstrong's first Tour victory in 1999.

Armstrong, his longtime team manager Bruyneel, his agent Bill Stapleton and others eventually became part owners of Tailwind.

Copyright 2011 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  XML  |  Help  |  Contact Us  |  Back to Top

# EXHIBIT E

MORE *flexibility*

AdChoices ▷

OPEN

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com.

See a sample reprint in PDF format.          Order a reprint of this article now

# THE WALL STREET JOURNAL

WSJ.com

SPORTS | JULY 10, 2010

# U.S. Casts Wider Net in Probe of Cycling

By REED ALBERGOTTI And VANESSA O'CONNELL



Getty Images

The peloton rides along the route from Montargis to Gueugnon in stage six of the Tour de France on Friday.

A federal probe into doping in professional cycling is proceeding quickly, and investigators are currently in discussions with several riders and their attorneys to secure their cooperation after the Tour de France ends later this month.



Getty Images

American Floyd Landis admitted drug use.

The U.S. criminal investigation, which is being led by the Food and Drug Administration, isn't aimed at prosecuting rank-and-file riders who used performance-enhancing drugs during their careers, according to people familiar with the investigation. Rather, it is designed to potentially bring charges against any team leaders and team directors who may have facilitated or encouraged doping by their riders.

FDA special agent Jeff Novitzky, the lead investigator, didn't return calls seeking comment.

It's unclear how many riders have spoken to investigators or agreed to be interviewed at a future date. Two people familiar with the matter say Mr. Novitzky already has talked to several riders.

Cyclist George Hincapie of the BMC professional cycling team, now competing in the Tour de France, has been called by Mr. Novitzky but hasn't talked directly to him. One person familiar with the matter said that Mr. Hincapie's lawyer has been talking to investigators and that Mr. Hincapie is likely to agree to talk to


Agence France-Presse/Getty Images
George Hincapie.


Associated Press
Austrian Bernard Kohl admitted to doping.

Mr. Novitzky when he returns to the U.S. Mr. Hincapie is a former teammate of seven-time Tour de France winner Lance Armstrong on the U.S. Postal Service cycling team.

Mr. Hincapie's Los Angeles attorney, Zia F. Modabber, confirmed that he had talked to Mr. Novitzky on Mr. Hincapie's behalf but declined to discuss the specifics of his conversation. "My desire is to let George do his job with as few distractions as possible," he said.

American cyclist Tyler Hamilton, who rode with Mr. Armstrong's U.S. Postal Service team from 1995 to 2001, has been asked to speak with investigators but has not yet agreed.

In an email, Mr. Hamilton, whose career was derailed by two positive tests for banned substances, said: "I am aware that there is an investigation of other people in progress, and if I am subpoenaed to provide information, I will provide my full cooperation."

In addition to the FDA, anti-doping officials in the U.S. and in a handful of other countries have joined the investigation. Interpol, the international police organization, has helped bring other law enforcement agencies into the probe.

"The investigation has reached out pretty widely," said David Howman, director general of the World Anti-Doping Agency, who says his agency has been updated on the investigation. "There has been significant progress."

The U.S. government's interest in cycling stems from allegations made this spring by former cyclist Floyd Landis.

In April, Mr. Landis sent a series of emails to cycling officials claiming there had been widespread doping in the sport and accusing several other riders of doping, including Mr. Armstrong, his former teammate.

Investigators are focused primarily on Mr. Landis's allegations concerning the U.S. Postal Service team, but the probes may include other riders and teams in the U.S. and other countries, according to people familiar with the situation.

In Mr. Landis's emails, which were first published in The Wall Street Journal, he admitted doping himself and described the methods he said he had seen while riding for the U.S. Postal Service cycling team and with the Phonak team.

**Floyd Landis Accuses Lance Armstrong of Doping**
6:35

He was once one of Lance Armstrong's trusted teammates. Now Floyd Landis alleges that Armstrong's US Postal Service cycling team was involved in an elaborate doping scheme. WSJ's Simon Constable talks to reporter Reed Albergotti about the story.



**The Dark Side of Cycling**



In later interviews with the Journal, Mr. Landis said he had seen Mr. Armstrong and several other riders take prohibited blood transfusions

## Decades of Doping



Branger/Roger Viollet/Getty Images

Henri Pelissier in the 1923 Tour de France.



Getty Images

Tyler Hamilton of the U.S. has twice been suspended for drugs.

---

### More

**Blood Brothers:** Cyclist Floyd Landis gives an exclusive tour through what he and others say is a culture of systematic doping in the sport.

and receive them himself during the 2004 Tour de France.

Transfusions, which enhance performance by boosting a rider's red-blood cell count, are considered cheating by the International Cycling Union, the sport's governing body. Mr. Landis was stripped of his 2006 Tour de France title after failing a drug test. He denied doping back then, but recently changed his story.

Mr. Armstrong has broadly dismissed Mr. Landis's allegations and has questioned his credibility. Mr. Landis's claims, he said in a statement last week, are like "a carton of sour milk: once you take the first sip, you don't have to drink the rest to know it has all gone bad."

The statement also said the Wall Street Journal article was "full of false accusations and more of the same old news from Floyd Landis, a person with zero credibility and an established pattern of recanting tomorrow what he swears to today."

"The more appropriate investigation and use of taxpayers' money should focus on the confessed fraud committed by Landis, an admitted perjurer with an agenda," Mr. Armstrong's lawyer Timothy Herman said in a statement to Reuters on Saturday.

"These kind of leaks and the stories based on them, are inaccurate, are extraordinarily unfair and are used for publicity and advancing personal agendas."

It is unclear what kinds of charges federal investigators might bring. People familiar with the matter say they are exploring several avenues, including whether teams defrauded sponsors by failing to race cleanly or whether Mr. Armstrong's U.S. Postal Service team misused federal funds.

In the wake of Mr. Landis's disclosures, some riders and team officials are stepping forward with similar stories. In an interview in Vienna this week with Dow Jones Newswires, former pro cyclist Bernhard Kohl, who quit professional cycling after a positive drug test in 2008, said Mr. Landis's descriptions of doping rang true.



Getty Images

Lance Armstrong strongly denies doping.

"That was exactly the way I also did it," said Mr. Kohl, referring to Mr. Landis's allegation that he and other U.S. Postal riders received blood transfusions during the tour in a hotel room. "The details of the blood bags and the checking for cameras and microphones, the cutting up of the bags and flushing them in the toilet, it all took place in exactly that way," he added.

The Belgian cycling union said this week that Johan Bruyneel, former director of the U.S. Postal Service team, had been questioned by the union's attorney in charge of investigating doping claims. Mr. Bruyneel "formally denied" Mr. Landis's allegations, the union said in a statement.

The union said that investigating attorney Jaak Fransen "will now complete the file and will take actions that are deemed necessary," but would make no further comment.

Mr. Bruyneel didn't reply to an email seeking comment.

—Flemming Emil Hansen and John W. Miller contributed to this article.

**Write to** Reed Albergotti at reed.albergotti@wsj.com and Vanessa O'Connell at vanessa.o'connell@wsj.com

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

**UPCOMING GAMES:**

MLB

**Rockies @ Yankees**

Saturday June 25, 2011 at 1:05 pm

GET TICKETS »

MLB

**TX Rangers @ Yankees**

Thursday June 16, 2011 at 1:05 pm

GET TICKETS »

MLB

**Rockies @ Yankees**

Friday June 24, 2011 at 7:05 pm

GET TICKETS »

MLB

**TX Rangers @ Yankees**

Wednesday June 15, 2011 at 7:05 pm

GET TICKETS »

MLB

**TX Rangers @ Yankees**

Tuesday June 14, 2011 at 7:05 pm

GET TICKETS »

**See More Games From Seat Geek »**

# EXHIBIT F



Are you retirement ready?

Explore your options—
Retirement Planner
START HERE

SmartMoney
THE WALL STREET JOURNAL.

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.          Order a reprint of this article now

# THE WALL STREET JOURNAL

WSJ.com

SPORTS  |  JULY 17, 2010, 11:15 A.M. ET

# Cycling Investigators Subpoena LeMond

By REED ALBERGOTTI and VANESSA O'CONNELL

(*See Corrections & Amplifications below.*)

Former Tour de France-winning cyclist Greg LeMond was issued a subpoena in connection with the investigation into drug use in professional cycling.



Getty Images

Greg LeMond, seen in a 2008 file photo.

## Blood Brothers

Cyclist Floyd Landis gives an exclusive tour through what he and others say is a culture of systematic doping in the sport.

**Blood Brothers: Spilling Cycling's Secrets**

**The Case of the Missing Bikes**

Mr. LeMond is not a subject of the investigation. But prosecutors assigned to the case are seeking documents Mr. LeMond obtained in the discovery phase of his recently-settled lawsuit with Trek Bicycle Corp., a person familiar with the matter said.

In the recently-settled Trek-LeMond lawsuit, which had been removed to U.S. District Court in Minnesota in April 2008, Mr. LeMond and Trek each alleged the breach of a sublicense agreement. Terms of the settlement agreement were not fully released.

Mr. LeMond had accused Trek of neglecting the LeMond-brand bikes at the urging of star cyclist Lance Armstrong. Mr. LeMond alleged that Mr. Armstrong was seeking retribution against Mr. LeMond for his public remarks accusing Mr. Armstrong of doping. Trek, in turn, had accused Mr. LeMond of hurting its bike sales by accusing Mr. Armstrong of doping.

Mr. Armstrong has faced doping accusations during his career, which he has denied. He has never been sanctioned.

Trek distributed LeMond-branded bicycles. It also sponsored Lance Armstrong's cycling teams during all of his Tour de France victories. Representatives from Trek did not immediately respond to emails and phone calls seeking comment.

A major focus in the LeMond-Trek lawsuit was the extent of the relationship between Trek president John Burke and Mr. Armstrong. Mr. LeMond's attorneys obtained emails between Messrs. Armstrong and Burke that allegedly show the two were close, the person familiar with the case said.

Documents in the case also include a transcript of a 2004 phone conversation between Messrs. LeMond and Burke. In that conversation, Mr. LeMond said he believed there was mounting evidence that Mr. Armstrong was doping. "Well, I still get back to the innocent until proven guilty, and

that's somebody else's job," Mr. Burke replied, according to the transcript of the conversation reviewed by the Wall Street Journal.

"LeMond has missed no opportunity since 2001 to badmouth Lance Armstrong," said Mr. Armstrong's attorney, Tim Herman. "The whole issue was a contract dispute between LeMond and Trek. Armstrong wasn't party to the suit, and he wasn't asked to testify."

The U.S. government's interest in cycling stems from allegations made this spring by former cyclist Floyd Landis. In April, Mr. Landis sent a series of emails to cycling officials claiming there had been widespread doping in the sport and accusing several other riders of doping, including Mr. Armstrong, his former teammate. Investigators are focused primarily on Mr. Landis's allegations concerning the U.S. Postal Service team, but the probes may include other riders and teams in the U.S. and other countries, according to people familiar with the situation.

As reported by the Journal earlier this month, federal investigators had previously contacted Trek, which was one of the team's sponsors, and asked about the sale of bikes.

The investigation isn't aimed at prosecuting rank-and-file riders who used performance-enhancing drugs during their careers, according to people familiar with the investigation. It's designed to potentially bring charges against any team leaders and team directors who may have facilitated or encouraged doping by their riders.

Mr. Armstrong said in a statement earlier this month that Mr. Landis is "a person with zero credibility and an established pattern of recanting tomorrow what he swears to today."

**Corrections & Amplifications**

John Burke is Trek Bicycle's president. An earlier version of the story referred to him as Richard Burke.

**Write to** Reed Albergotti at Reed.Albergotti@wsj.com and Vanessa O'Connell at Vanessa.O'Connell@wsj.com.

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

UPCOMING GAMES:

MLB
**Rockies @ Yankees**
Saturday June 25, 2011 at 1:05 pm
GET TICKETS  »

MLB
**TX Rangers @ Yankees**
Thursday June 16, 2011 at 1:05 pm
GET TICKETS  »

MLB
**Rockies @ Yankees**
Friday June 24, 2011 at 7:05 pm
GET TICKETS  »

MLB
**TX Rangers @ Yankees**
Wednesday June 15, 2011 at 7:05 pm
GET TICKETS  »

# EXHIBIT G

**The New York Times**

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

August 4, 2010

# Cyclists Said to Back Claims That Armstrong Doped

By JULIET MACUR and MICHAEL S. SCHMIDT

Federal prosecutors have intensified their criminal investigation of the cyclist Lance Armstrong since the end of the Tour de France last month. They questioned many of his former associates, including cyclists who have supported and detailed claims that Armstrong and his former United States Postal Service team participated in systematic doping, according to a cyclist who has been interviewed and two others privy to the inquiry.

In May, Armstrong's former teammate Floyd Landis shook the cycling world by publicly accusing Armstrong and other team members of using performance-enhancing drugs and blood transfusions to gain an unfair advantage. Landis said that Armstrong — the biggest name in the sport — had encouraged doping and that the team had sold its bikes to help finance an expensive doping program.

Armstrong has denied any wrongdoing and has said that Landis, who was stripped of his 2006 Tour title for doping and received a two-year ban from the sport, has no credibility.

But now, prosecutors and investigators have more than Landis's account to go on, according to the two people with knowledge of the investigation. They spoke on condition of anonymity because they did not want to jeopardize their access to sensitive information.

A former teammate of Armstrong said in a telephone interview Wednesday that he had spoken with investigators. He said he detailed some of his own drug use, as well as the widespread cheating that he said went on as part of the Postal Service team — all of which he said was done with Armstrong's knowledge and encouragement.

The rider, who has never tested positive for performance-enhancing drugs or methods, asked that his name not be used because investigators advised him not to speak publicly about the information he provided. He has not been called before the grand jury that has been convened in Los Angeles to investigate the case.

Riders have been compelled to come forward. Tyler Hamilton, who is serving an eight-year ban for using performance-enhancing drugs, has met with the grand jury, those who have been briefed on the case said. His lawyer, Chris Manderson, said that Hamilton had received a grand jury subpoena but did not say whether Hamilton had already provided testimony.

Armstrong is considered one of the more remarkable athletes in American history, someone who dominated his sport and also had a compelling personal story, having beaten testicular cancer.

Jeff Novitzky, a special agent for the Food and Drug Administration, is in charge of the investigation and has been interviewing Armstrong's associates and former teammates.

Novitzky, the lead investigator in the Bay Area Laboratory Co-operative steroids case, is trying to determine if Armstrong, his teammates, the owners or managers of his former team conspired to defraud their sponsors by doping to improve their performance and win more money and prizes.

Armstrong did not respond to requests for comment put directly to his agent and his manager on Wednesday.

Toward the end of the Tour de France, Armstrong, a seven-time winner of the event, said he would deny any involvement in doping "as long as I live."

Bryan D. Daly, a defense lawyer representing Armstrong, said any cyclists who claim that Armstrong doped were not telling the truth.

"They just want them to incriminate Lance Armstrong and that's my concern," Daly said, adding that the prosecutors were working closely with the United States Anti-Doping Agency to pressure Armstrong's former teammates. "To the extent that there's anyone besides Floyd Landis saying things, the bottom line is, if you take away the soap opera and look at the scientific evidence, there is nothing."

Daly said the reasons behind the investigation were still "very murky for us."

"If Lance Armstrong came in second in those Tour de France races, there's no way that Lance Armstrong would be involved in these cases," Daly said. "I think that the concern is that they are caught up in the pursuit of a celebrity to catch him in a lie."

The federal prosecutor Doug Miller is in charge of the case. Prosecutors are moving the case along because the 10-year statute of limitations on some of the charges they are investigating is set to expire next spring.

Several of Armstrong's former employees and teammates — including George Hincapie, the United States national road racing champion — were contacted by Novitzky before the Tour de France, which began in early July.

Hincapie's lawyer, Zia F. Modabber, had said that Hincapie was likely to talk to Novitzky once the Tour was over. Modabber, who is based in Los Angeles, did not return a phone call or an e-mail on Wednesday.

Cyclists called to meet with Novitzky or testify before the grand jury may run into their own problems if they don't tell the truth and are later caught lying. In the Balco case, the sprinter Marion Jones received six months in prison, in part for lying to investigators about her use of performance-enhancing drugs. She had insisted for years that she was clean.

The track coach Trevor Graham was sentenced to house arrest for lying to federal investigators. Tammy Thomas, a cyclist, was given house arrest for lying to a grand jury.

In the Armstrong matter, more riders are expected to meet with the grand jury as early as next week, the people close to the investigation said.

Armstrong, who has just returned from a post-Tour vacation in the Bahamas, was in Denver on Wednesday to announce a weeklong stage race to be held next August in Colorado. To promote the event, he rode through the city's downtown streets with Gov. Bill Ritter, drawing a large crowd.

In Denver, Armstrong told The Associated Press that he had "nothing to say" about the federal investigation.

---

# EXHIBIT H

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

August 21, 2010

# A Champion Against Cancer, Now Under Siege

By BRUCE WEBER and JULIET MACUR

AUSTIN, Tex. — Barry Bonds. Marion Jones. Alex Rodriguez. Roger Clemens. There is no shortage of athletes who have fallen from grace, their achievements on the playing field and their public stature compromised by accusations of cheating or revelations of criminal or otherwise repugnant behavior.

The case of Lance Armstrong is far more complex. Having survived testicular cancer that metastasized to his lungs and his brain, Mr. Armstrong — who went on to win a record seven Tour de France titles — has become a powerful symbol of the possibilities of life after the disease. He has also become a world-class philanthropist, his Livestrong foundation doling out $31 million last year on behalf of cancer patients.

But now that he and his former team are subjects of a federal investigation into doping activities, those in the interdependent circles of his world are concerned that the inquiry will tarnish or erode all he has built.

"There are just so many unknowns at this point," Doug Ulman, the chief executive of Livestrong and a cancer survivor, said in an interview at the foundation's airy new headquarters here. "That's the most frustrating thing."

To Dr. John R. Seffrin, the chief executive of the American Cancer Society, the investigation should be irrelevant. Whatever Mr. Armstrong's transgressions as an athlete, he said, they pale in comparison with the good he has done.

"Lance Armstrong has done more to destigmatize cancer than anyone," Dr. Seffrin said.

Few would dispute that Mr. Armstrong is a splendid athlete, gifted and dedicated, or that he is a magnificent publicist for his cause. Since 2004, when Livestrong and its corporate partner Nike gave the world the yellow bracelet to signify that the wearer had been touched by cancer, more than 70 million have been distributed.

But his competitive side is also compelling. A power-wielding, polarizing figure in cycling, Mr. Armstrong, who turns 39 next month, has a reputation for being a brutal competitor and an aggressive self-promoter. A day after spending three weeks as his teammate at the 2009 Tour, the winner, Alberto Contador, who has supplanted Mr. Armstrong as the world's best rider, said

in Spanish: "He is a great rider and did a great Tour. Another thing is on a personal level, where I have never admired him and never will."

Mr. Armstrong has long fended off suspicions that his Tour titles were tainted by performance-enhancers, and he has never officially tested positive for any illegal substances. (At the 1999 Tour, he failed a test for a corticosteroid but produced a doctor's note for it.)

Through one of his lawyers, Mr. Armstrong declined to be interviewed for this article.

During the Tour de France in July, he issued perhaps his most forceful statement on the issue: "As long as I live, I will deny it. There was absolutely no way I forced people, encouraged people, told people, helped people, facilitated. Absolutely not. One hundred percent."

But Mr. Armstrong's vehement claims of innocence amid the acknowledged widespread cheating in professional cycling strike many as far-fetched.

In cycling, he is also known as a control freak, an intense micromanager of his image and of the complicated apparatus that is a professional cycling team.

"He's the most binary guy I've ever met," said Bill Strickland, a cyclist and writer who has known Mr. Armstrong since 1994 and whose recent book "Tour de Lance" followed Mr. Armstrong as he prepared for the 2009 Tour after a three-year hiatus from the event. "He told me his motto is Win/lose, live/die. He equates winning with living and losing with dying. Every moment you're around him, he wants to win. You can be in a conversation with him and he'll try to get the upper hand. It never lets down."

Cycling teams are built to focus on and nurture one star whom the other riders, known by the French word domestiques, support by blocking the wind, for instance, and ferrying water. And in his book, Mr. Strickland described a telling incident from the 2003 Tour.

Early in the race, Victor Hugo Peña, a domestique for Mr. Armstrong's United States Postal Service team, briefly moved ahead of Mr. Armstrong in the standings and wore the yellow jersey signifying the overall leader. But Mr. Armstrong insisted that Mr. Peña continue to perform the chores of a domestique, a flagrant usurpation of Tour tradition, an embarrassment to Mr. Peña and a purposeful reminder of cycling's social order.

"That was so typical of who he is," said Mr. Strickland, who is editor at large for Bicycling magazine. "To those of us who saw that, it was criminal. And so perfectly Lance."

At races, Mr. Armstrong is a titillating presence, always at the center of a throng. Fans, some living with cancer, gather several deep around his team bus, hoping to glimpse or touch him. "It's like being at Lourdes," Mr. Strickland said.

Some of what makes Mr. Armstrong's character difficult to parse is the blinding sheen of his

celebrity. Between his divorce from Kristin Richard, with whom he had three children, and his relationship with Anna Hansen, who is expecting their second child, his string of girlfriends included the singer Sheryl Crow, the actress Kate Hudson and the fashion designer Tory Burch.

"I just don't see the whole 'complicated' thing," said Ms. Burch, who has remained close to Mr. Armstrong. "He loves life. He's a happy guy. He's a great father; I've seen that firsthand. And I'm amazed by what he's done for people with cancer — people I know and people I don't."

With 2.6 million followers on Twitter, Mr. Armstrong cultivates his fame, sharing personal activity reports, occasional shout-outs to cancer patients — "Pulling for Christopher Hitchens!" — and promos for Livestrong. A couple of weeks ago, Mr. Armstrong posted on Twitter that he would be leading a ride through the streets of Denver to promote a Colorado stage race in 2011. Two thousand riders showed up.

Some of this is certainly vanity — he sent a Twitter message about spending five hours with Bono talking about "Africa & Cancer & where the 2 meet" — but to be cynical about his cancer work would be unfair.

As chairman of Livestrong, he may no longer be involved in its day-to-day operation, but Mr. Ulman, its president, says that they speak each morning and that the organization relies on him not just as a spokesman, but also for relationship building and policy guidance.

Mr. Armstrong also served two three-year terms on the President's Cancer Panel, which is charged with assessing the National Cancer Program. One of Livestrong's newest ventures, a "navigation center" to help patients in Austin negotiate the health care system, is an idea Mr. Armstrong borrowed from the panel's former chairman Dr. Harold P. Freeman, who founded the first such center, in Harlem.

"He came to see me at our center, which takes care of poor black and Hispanic people, many of whom have no health insurance," Dr. Freeman said. "He showed a genuine interest in what I was trying to do and came back four different times. I see him as a compassionate person who cares about people who don't have resources."

## Accusations Old and New

Not surprisingly, perhaps, Mr. Armstrong's detractors in the cycling world are both legion and fearful, and the contentions of the few who have publicly spoken ill of him are well known. His critics include Floyd Landis, a former Postal Service teammate whose 2006 Tour title was annulled because he failed a drug test. Another former teammate, Frankie Andreu, said in a deposition for a civil lawsuit in 2005 that he and his wife visited Mr. Armstrong in the hospital during his cancer recovery in 1996 and heard Mr. Armstrong tell a doctor that he had used several performance-boosting drugs, including the endurance enhancer EPO. And Greg LeMond, who in 1986 became the first American to win the Tour de France, continues to assert

that Mr. Armstrong cheated, although he acknowledges that he never saw Mr. Armstrong dope.

Mr. Andreu's and Mr. LeMond's accusations and the circumstantial case against Mr. Armstrong that the journalists David Walsh and Pierre Ballester laid out in their 2004 book, "L.A. Confidentiel," are old enough to be stale.

But in May, Mr. Landis, reversing his years of denials, said publicly that he and Mr. Armstrong were active participants in systematic drug use and blood doping on the Postal Service team, which competed from 1999 to 2004. (According to a 2001 article in Texas Monthly, the Postal Service, a taxpayer-supported agency, paid Mr. Armstrong $8 million annually.)

Another former Postal Service rider confirmed to The New York Times recently that he used drugs himself and corroborated Mr. Landis's statements that cheating was rampant on the team and that Mr. Armstrong encouraged it. The rider spoke on condition of anonymity because federal investigators told him not to speak publicly about the case.

Charges being considered in the investigation of the Postal Service team include fraud, drug distribution, tax evasion, money laundering and breaches of employment law, according to two people close to the investigation, who spoke on the condition they not be identified.

The lead investigator in the case, Jeff Novitzky, now a special agent for the Food and Drug Administration, is a formidable foe. Mr. Novitzky's previous inquiry into drug use by athletes connected to the Bay Area Laboratory Co-operative ensnared Mr. Bonds, who is facing trial next year on perjury charges relating to his 2003 grand jury testimony, and Ms. Jones, the Olympic sprint gold medalist, who went to prison partly for lying to investigators about her doping regimen. Novitzky also uncovered the first evidence against Mr. Clemens, who was indicted Thursday on charges that he lied before Congress about his use of performance-enhancing drugs.

None of Mr. Novitzky's other targets, however, had Mr. Armstrong's saintly aura among fans.

"His foundation has done so much for the public good, and there is no question that once the investigation turns into a prosecution, it's going to tarnish the brand," said William Moran, a New York lawyer who specializes in crisis management, adding that prosecutors should not risk moving forward unless they can win. "They need to have a slam-dunk here, because this is about more than Lance Armstrong."

**Thriving Foundation**

Founded in 1997, two years before Mr. Armstrong's first Tour title, Livestrong has defied the recession. According to the foundation's 2009 annual report, revenue and earnings surpassed $50 million, by far its best year, coincident with Mr. Armstrong's return to the Tour, where he finished a surprisingly strong third. (In this year's Tour, which he said would be his last, he

finished 23rd.)

Even after Mr. Landis's accusations in May, Livestrong officials said, the foundation suffered no downturn in donations or in attracting volunteers. Business is proceeding as usual, Mr. Ulman, Livestrong's president, said.

"We're not naïve enough to think this couldn't have an impact," he said. "We just don't know enough about what's going to happen."

Mr. Armstrong recently withdrew from the Leadville 100, a mountain bike race he won last year, saying he wanted to spend time with his children and was still smarting from a hip injury. This weekend he is in Philadelphia visiting cancer patients, courting top fund-raisers and, with about 5,000 others, riding in Sunday's Livestrong Challenge, one of the foundation's signature participatory events.

"I'd be devastated if, because of his situation, the foundation was hurt," said Fayruz Benyousef, a consultant to nonprofit organizations, including Livestrong, whose father died of leukemia and whose own Hodgkin's disease was diagnosed in 1988. "That would be a real sad day for everybody."

So what are people to make of Lance Armstrong?

Jay Coakley, a sociologist and the author of "Sports in Society: Issues and Controversies," said that he had no doubt that Mr. Armstrong was guilty of doping, but that it did not matter. For athletes, he said, the line between performance enhancement and medical treatment has become so fuzzy that it is impossible to discern.

"Deciding to use performance-enhancing substances and methods has nothing to do with lack of morality," Mr. Coakley said. "It has to do with normative structure of elite sport, and the athlete's commitment to his identity as an athlete."

Not everyone in sports shares his view. But if Mr. Armstrong is found to have doped, then he will also be exposed as a liar. Playing out that hypothetical situation, Mr. Coakley said: "If he had told the truth, he'd be gone. How much money would he have raised for cancer?"

Whether charges will ever be brought against Mr. Armstrong or others associated with the Postal Service team is unknown, but the fallout from a long investigation could have implications well beyond cycling.

"Lance is an icon of hope and inspiration to millions and millions of people," said Mark McKinnon, a business strategist and political media consultant who is also on Livestrong's board. "So there's a lot at stake."

# EXHIBIT I

# The New York Times



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

September 3, 2010

## Landis Said to File Suit Against Cycling Team

By JULIET MACUR

Floyd Landis, who was stripped of the 2006 Tour de France title for doping, has filed a federal whistle-blower lawsuit against his former team — the United States Postal Service squad that included the seven-time Tour winner Lance Armstrong — claiming that the team defrauded the government, two people briefed on the matter said on Friday.

Landis is claiming that team management was aware of the team's widespread doping when the contract with the Postal Service clearly stated that any doping would constitute default of their agreement, the people said. They did not want their names published because the suit is still under seal. The case was first reported by The Wall Street Journal in its online edition.

In May, Landis publicly claimed that Armstrong and other Postal Service teammates were involved in systematic doping in the early-to-mid 2000s. Armstrong has vehemently denied allegations that he has doped. He has said Landis lacks credibility after lying about his doping practices.

Armstrong and his former Postal team are already under federal criminal investigation for charges that may include fraud, tax evasion, money laundering, drug distribution and breaches of employment law. A grand jury has been convened and has already begun to hear testimony and examine documents. This week, Armstrong's lawyers met with prosecutors at the United States Attorney's office in Los Angeles, the office that is in charge of the case.

Landis, who served a two-year ban after testing positive for synthetic testosterone at the 2006 Tour, filed his whistle-blower suit under the False Claims Act, the people with knowledge of the case said. Those suits give citizens the right and the financial incentive to hire their own lawyers and bring lawsuits on the government's behalf.

If the government recovers any money in the suit, Landis will be eligible to receive a percentage. Whistle-blower suits are initially kept secret to protect the person bringing the suit.

"This news that Floyd Landis is in this for the money reconfirms everything we all knew about Landis," said Mark Fabiani, Armstrong's spokesman, in an e-mailed statement. Fabiani called Landis "a serial liar, an epic cheater and a swindler."

"What remains a complete mystery is why the government would devote a penny of the

taxpayers' money to help Floyd Landis further his vile, cheating ambitions," he said.

Landis reportedly spent nearly $2 million in his defense during his antidoping case — including donations solicited from the public — before admitting this spring that he had used performance-enhancing drugs for most of his career. He could not be reached for comment on Friday.

The government considers the merits of federal whistle-blower cases and can choose to join the lawsuit, but whether the United States Justice Department will do so in this case is unclear. A Justice Department spokesman did not respond to a request for comment Friday night.

Government officials have recently been gathering documents in relation to Armstrong and the Postal Service team. In the past two weeks, a lawyer from the Justice Department's commercial litigation branch and the inspector general of the Postal Service have been separately requesting documents relating to the Postal Service team, including documents from a 2005 civil lawsuit that examined allegations that Armstrong had used performance-enhancing drugs.

Copyright 2011 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  XML  |  Help  |  Contact Us  |  Back to Top

# EXHIBIT J

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

September 16, 2010

# Recording May Play Role in Armstrong Inquiry

By JULIET MACUR

A woman who worked closely with Lance Armstrong during the years he won the Tour de France is expected to testify before a federal grand jury as early as next week in a criminal investigation of Armstrong and his associates.

Stephanie McIlvain, who served as Armstrong's liaison to one of his sponsors, the sunglasses company Oakley, is expected to be asked if she knows anything about whether Armstrong doped, according to a person briefed on the investigation who spoke on condition of anonymity. She is also expected to be asked about the influence Armstrong, the seven-time Tour de France winner, has over the people who work in cycling.

Neither McIlvain nor her lawyer, Thomas H. Bienert Jr., returned phone calls seeking comment.

McIlvain is one of several people who have received a subpoena to testify to the grand jury, which has been convened in Los Angeles to examine whether Armstrong and his associates have committed any crimes. Prosecutors are looking into possible charges of fraud, tax evasion, drug distribution and breach of employment law.

Tyler Hamilton, one of Armstrong's teammates on the United States Postal Service team, has already testified, according to people briefed on the case. Other teammates, who did not want their names published because the case is continuing, have spoken with investigators. At least two riders have admitted to doping while on the United States Postal Service team and have said Armstrong pressured teammates to dope.

Next up will most likely be McIlvain, who testified about Armstrong in a 2005 civil lawsuit. Armstrong and his former team owner, Tailwind Sports, brought that case against SCA Promotions, an insurance company that was seeking to withhold a $5 million bonus from Armstrong because of doping allegations against him.

In the SCA case, which was settled in Armstrong's favor, McIlvain was questioned about a time in 1996 when she and others close to Armstrong were visiting him in a hospital during his battle with testicular cancer. Frankie Andreu — a former teammate and close friend on the United States Postal Service team — and his wife, Betsy, testified that they had overheard a

conversation that day between Armstrong and a doctor in which Armstrong admitted to using steroids, testosterone, cortisone, growth hormone and EPO. The Andreus are cooperating with the federal investigation.

McIlvain testified during depositions in the SCA case that she did not hear Armstrong admit to drug use. Armstrong, who for years has denied doping, testified that no one at the hospital had asked him if he had used performance-enhancing drugs.

Prosecutors are expected to focus on one particular piece of evidence when questioning McIlvain before the grand jury, according to the person briefed on the case. It is a tape recording of a phone conversation between McIlvain and the three-time Tour winner Greg LeMond; they also used to work together.

The taped conversation was among the reams of records that SCA Promotions turned over to federal prosecutors in July.

LeMond, a longtime nemesis of Armstrong, has publicly stated that he believes Armstrong used banned performance-enhancing drugs. In the taped conversation from 2004, McIlvain appears to contradict her sworn testimony and Armstrong's in the SCA case. LeMond asks McIlvain if she would tell the truth about what she heard in the hospital room if a lawsuit between LeMond and Armstrong ever arose.

"I'm not going to lie," McIlvain is heard saying on the recording. "You know I was in that room. I heard it."

She later adds: "If I lie, I wouldn't be able to live with myself. You know, because I, too, know quite a bit because Lance and I were close, you know. But I definitely won't lie about that because it's public knowledge. A lot of people know about it, you know."

McIlvain is also heard on the tape speaking about the power Armstrong had over the people who worked with him and for him.

"For someone to have that much influence on people is scary," she said, adding, "Well, the whole thing of it is, Greg, is there is so many people protecting him that it is just sickening, you know."

She goes on to say that the part of Armstrong's story that makes her the maddest is "how many people he has given false hope to."

Kathy LeMond, Greg's wife, said she was surprised McIlvain had not been charged with perjury. "I think what she said is pivotal in this case because it shows what people will do for Lance, how far they will go to protect him," she said.

Tim Herman, Armstrong's lawyer, said the account of Armstrong's admission of drug use to

doctors in 1996 "just doesn't seem plausible." He said McIlvain had told the truth.

"We've got 600 pages' worth of medical records that show the absence of any such conversation," Herman said. "In terms of reliability and credibility, testimony enjoys a lot more credibility than a phone conversation with Greg LeMond." He said LeMond had "a habit of telling people they are being taped from time to time and encouraging them to be colorful in their comments."

McIlvain's conflicting accounts could help prosecutors persuade her to cooperate with the inquiry and provide more information, according to lawyers familiar with such investigations.

Bradley Simon, a former federal prosecutor who specializes in white-collar criminal defense, said that the first step in an investigation like this was to issue an array of subpoenas, then start putting pressure on people whose cooperation the government is seeking.

"Perhaps they have been caught testifying falsely and now have something to hold over them," Simon said. Andreu, Armstrong's longtime teammate, admitted to The New York Times in 2006 that he had used the blood-booster EPO in preparation for the 1999 Tour — Armstrong's first Tour victory.

His wife told The Times that her husband had used EPO in order to be a team player on the Postal Service team. "He did it for Lance," she said at the time.

---

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

# EXHIBIT K

The New York Times



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please **click here** or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

September 23, 2010

# SPORTS BRIEFING | CYCLING; Armstrong Associate Testifies

By JULIET MACUR

One of Lance Armstrong's close associates testified Wednesday before a federal grand jury in Los Angeles looking into possible crimes relating to doping in cycling, according to people briefed on the investigation.

That associate, Stephanie McIlvain, served as Armstrong's liaison to the Oakley sunglass company and worked closely with Armstrong during the years he won the Tour de France. McIlvain was expected to be questioned about the events that unfolded in a hospital room in 1996, when she and others were visiting a cancer-stricken Armstrong.

A former Armstrong teammate and his wife said they had heard Armstrong tell doctors that day that he had used performance-enhancing drugs. In a civil lawsuit, McIlvain testified that she never heard any sort of admission from Armstrong, who has vehemently denied ever doping.

But in a secretly taped phone call from 2004 with the three-time Tour winner Greg LeMond, McIlvain said that she had heard the conversation in the hospital room and would admit that if ever called to testify. In that phone call, though, she never explains what she heard Armstrong say.

Copyright 2011 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  XML  |  Help  |  Contact Us  |  Back to Top

# EXHIBIT L

*The New York Times*



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

September 29, 2010

# Pressure Raised as Armstrong Allies Are Called to Testify

By JULIET MACUR

People inside Lance Armstrong's inner circle of friends and colleagues are being called to testify in front of a grand jury investigating suspected doping and fraud in professional cycling, raising the intensity of the inquiry into the possibility of Armstrong's involvement in crimes while he rode for the United States Postal Service team.

On Wednesday morning, Allen Lim, an exercise physiologist for Team RadioShack who has worked closely with Armstrong this year, testified before the grand jury in Los Angeles, according to The Associated Press.

Lim wrote in an e-mail to The A.P. that he testified "openly and willingly."

Next to testify is likely Kevin Livingston, a former Postal team rider who helped usher Armstrong through the mountains during two of Armstrong's seven Tour de France victories.

Livingston runs his Pedal Hard training studio in Austin, Tex., out of Mellow Johnny's Bike shop, which Armstrong co-owns. Livingston has been subpoenaed to appear in front of the grand jury, people close to the investigation said.

Thom Mrozek, a spokesman for the United States attorney's office for the Central District of California, declined to comment Wednesday on Lim's testimony, Livingston's coming testimony or any of the grand jury proceedings, which are done in secrecy.

In the coming weeks, though, the grand jury is likely to grow busier. Federal prosecutors are seeking an indictment by January, those close to the investigation said, because a statute of limitations for some of the suspected crimes expires that month.

The grand jury has already heard the testimony of several people who at one time were close to Armstrong. The former Postal rider Tyler Hamilton has already testified, as has Stephanie McIlvain, who worked with Armstrong as his liaison to the sunglasses company Oakley during the years he won the Tour.

Lim and Livingston, however, are the first people to testify who remain close to Armstrong.

On the United States Postal Service team, Armstrong and Livingston were clients of the Italian doctor Michele Ferrari, a trainer who had been charged with sporting fraud and malpractice before that conviction was overturned on appeal. Along with only a handful of other riders, Armstrong and Livingston were known to attend training camps together before each Tour.

When approached last week at Armstrong's bike shop in Austin, Livingston was reluctant to talk about his involvement in the case.

"What investigation?" Livingston said. "Sorry, I don't know. I can't talk about that. Who's mentioning my name? Who's saying I'm involved? Which other riders are mentioning my name?"

Another former Postal rider, who did not want to be identified for fear of retribution from Armstrong, said that every rider on Postal was aware of the doping that occurred on the team — particularly among the riders who rode the Tour and other top races.

This spring, Floyd Landis — who won the 2006 Tour but was stripped of the title for doping — publicly said that he participated in an organized doping program on the United States Postal Service team and that Armstrong and other Postal riders did, too. He has filed a federal whistle-blower lawsuit against Armstrong and other principals of the United States Postal Service team, claiming they defrauded the government.

After working as Landis's personal training adviser, Lim was hired by what is now the Garmin-Transitions team, an American-based team known for its tough stance on antidoping. He left Garmin at the end of last year to join the RadioShack team.

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

# EXHIBIT M

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

November 16, 2010

# Lance Armstrong Doping Inquiry Intensifies

By JULIET MACUR and MICHAEL S. SCHMIDT

Federal investigators and antidoping officials from the United States, including the federal agent Jeff Novitzky, have intensified their investigation of Lance Armstrong and are in France to meet with antidoping officials and members of Interpol, according to a person briefed on the investigation who spoke on condition of anonymity.

United States officials have been scrutinizing Armstrong's suspected links to doping for several months. Interpol is an international police organization that helps authorities from different countries work together on investigations.

The presence of United States investigators in France was first reported Tuesday by The Associated Press, which cited unnamed sources.

The investigation of Armstrong began earlier this year and has focused on whether he used performance-enhancing drugs to defraud sponsors while he was a member of the United States Postal Service cycling team. Since the summer, a federal grand jury in Los Angeles has been hearing evidence about Armstrong, a seven-time winner of the Tour de France.

Novitzky, a criminal investigator for the Food and Drug Administration, has been at the center of nearly every important federal investigation into doping. In 2002, he dug through the trash of the Bay Area Laboratory Co-operative, uncovering needles and syringes used to administer steroids and human growth hormone to star athletes.

In recent weeks, the investigation of Armstrong has appeared to branch out internationally. Last week, authorities in Italy raided the Tuscany apartment of the Ukrainian cyclist Yaroslav Popovych, who rode with Armstrong's 2005 Tour de France team and on Armstrong's teams in 2009 and 2010. The raid came days after Popovych testified before the grand jury.

Armstrong has denied doping, but French antidoping officials have long claimed to have evidence to the contrary.

Before retiring in September as the head of the French antidoping agency, Pierre Bordry said that the investigators from the United States were welcome to Armstrong's urine samples from the 1999 Tour. Those samples had been retroactively tested for the banned blood-boosting drug EPO in 2005, and several of those samples tested positive, according to lab officials. A Dutch

lawyer hired by the International Cycling Union later cleared Armstrong of the EPO doping allegation.

"We don't see any new facts here," Mark Fabiani, a spokesman for Armstrong, said in a telephone interview. "In the case of the French lab result, all of this is old stuff."

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

# EXHIBIT N



Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.          Order a reprint of this article now

## THE WALL STREET JOURNAL

WSJ.com

SPORTS  |  NOVEMBER 17, 2010

# U.S. Cycling Investigation Shifts Its Focus to Europe

By DAVID GAUTHIER-VILLARS And REED ALBERGOTTI

PARIS—U.S. federal investigators looking into alleged widespread doping on Lance Armstrong's United States Postal Service cycling team met with officials from France's anti-doping agency AFLD this week in a move that signals the increasingly global focus of the probe.

According to people familiar with the matter, the meetings took place Tuesday in Lyon at the headquarters of international police organization Interpol, which has vowed to give U.S. investigators a helping hand in the matter.

The U.S. team of investigators included the Food and Drug Administration's Jeff Novitzky, federal prosecutor Doug Miller and United States Anti-Doping Agency head Travis Tygart. These investigators questioned AFLD officials about information they have about Mr. Armstrong, who underwent scores of anti-doping tests conducted by the AFLD when he took part in the Tour de France, these people said. Messrs. Novitzky, Miller and Tygart could not be reached for comment.

U.S. investigators are most interested in learning more about Mr. Armstrong's 1999 urine samples, which have been preserved in refrigerators at a French national anti-doping laboratory, the people familiar with the matter said.

An AFLD official said Tuesday that the French watchdog agency was ready to share all information it has about Mr. Armstrong with U.S. authorities.

A statement emailed by a spokesman for Mr. Armstrong said: "the samples were clean when originally provided and tested. So we have nothing to be concerned about. Period."

According to two people familiar with the matter, Interpol, the international police force, has been aiding investigators by helping to coordinate activities and communication between police forces.

On Saturday, Italian police raided the home of Yaroslav Popovych, a Ukranian cyclist who is a current teammate of Mr. Armstrong's on the RadioShack team. Mr. Popovych had previously been called to testify in front of a federal grand jury in Los Angeles. He could not be reached for comment.

**Write to** David Gauthier-Villars at David.Gauthier-Villars@wsj.com and Reed Albergotti at reed.albergotti@wsj.com

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

# EXHIBIT O



 PRINT THIS

Powered by  Clickability



January 24, 2011

# The Case Against Lance Armstrong

AS THE CYCLIST AND CANCER CRUSADER FACES POSSIBLE INDICTMENT BY A GRAND JURY, SI TAKES A CLOSE LOOK AT OLD AND NEW ALLEGATIONS THAT HE USED PERFORMANCE-ENHANCING DRUGS WHILE WINNING TOUR DE FRANCE CHAMPIONSHIPS

Selena Roberts, David Epstein

**Around 8 p.m.** on Nov. 11, 2010, Italian police and customs officials acting at the behest of agents of the U.S. Food and Drug Administration (FDA) pulled over Yaroslav Popovych as he drove on a roundabout in Quarrata, a quaint Tuscan village of stucco facades and colorful shutters between Pistoia and Florence. The officials had been looking for Popovych, one of Lance Armstrong's Radio Shack teammates, to execute a search warrant. Italian authorities say the Ukrainian cyclist was startled but cooperative. He led them through olive groves to his house beside a cemetery. There the officials found drug-testing documents, medical supplies and performance-enhancing drugs. They also found e-mails and texts that, they say, establish that as recently as 2009 Armstrong's team had links to controversial Italian physician Michele Ferrari, with whom the Texan had said he cut ties in 2004.

This new evidence is now part of the FDA's investigation, directed by agent Jeff Novitzky, into whether Armstrong was involved in an organized doping operation as a member of the team sponsored by the U.S. Postal Service (USPS), an independent agency of the federal government. In light of this criminal inquiry involving the greatest Tour de France rider of all time, SI reviewed hundreds of pages of documents and interviewed dozens of sources in Europe, New Zealand and the U.S. Because the case could potentially involve accusations that are more than a decade old, SI also examined doping allegations against Armstrong throughout his career as a pro cyclist, discovering information that is reported here for the first time.

The federal inquiry focuses on the period from 1999 to 2004, during which Armstrong won six of his seven Tour de France titles and the USPS team received more than $40 million toward sponsorship of the squad, which was managed by Tailwind, Inc., according to documents reviewed by SI. Through his attorney, Armstrong claims that he "started at USPS as a low paid, regular rider" and "was never the boss, director, the owner, or the doctor." But because government sponsorship is involved, if evidence suggests that Armstrong was directing illegal doping activity, the inquiry could result in charges against him of conspiracy, wire fraud, money laundering, racketeering, drug trafficking and defrauding the U.S. government.

Since August a grand jury has been meeting in Los Angeles to hear testimony by associates and confidants of Armstrong's. Those subpoenaed or interviewed include Armstrong's former teammates Tyler Hamilton, George Hincapie and Kevin Livingston; Mike Anderson, who once worked as Armstrong's bike mechanic and assistant; and Oakley sunglasses marketing representative Stephanie McIlvain. Another former teammate of Armstrong's, Floyd Landis, who won the 2006 Tour de France but was stripped of the title because of a positive drug test, also gave information to investigators.

Because of Landis, Armstrong is facing a related legal challenge. Last April and May, Landis sent e-mails to USA Cycling accusing Armstrong and other riders of having doped while Landis and Armstrong were both on the USPS team. In May, Landis also filed a whistle-blower lawsuit against Armstrong under the U.S. False Claims Act, which allows citizens with evidence of fraud against the government to sue on behalf of the government. The Department of Justice is weighing whether to join Landis's suit. If Landis wins, he could collect up to 30% of what the government recovers. (In July, Armstrong called Landis "a person with zero credibility.")

**Armstrong lives** as he rides—surrounded by a cocoon of aides and helpers, his gimlet eyes focused on victory. Asked about the investigation, he told *The Sydney Morning Herald* on Jan. 5, "I don't let it affect me. I have a foundation to help run and lead. I still have, theoretically, a job—I ride my bike and train every day. It has no effect in what I do on a daily basis."

The Texan holds a unique place in American culture. Addressing Armstrong in a public ceremony at the White House in 1999, Vice

Case 1:11-mc-00565-DAR   Document 7-2   Filed 10/28/11   Page 54 of 136

President Al Gore said, "You captured the eyes of the nation and the hearts of the entire world." Armstrong rode into everyone's life on a bike saddle, breaking the record for Tour de France victories and giving hope to anyone who has ever been told, as he once was, "You have cancer." In 2002, after his fourth Tour de France victory, Armstrong was named SI's Sportsman of the Year.

He has been a fierce advocate for cancer patients, as attested by more than 70 million yellow Livestrong wristbands. Politicians line up to be photographed with him. Celebrities clamor to attend his fund-raising events. Corporations pay him millions to pitch their products. The self-described atheist has become a deity.

But now what? It is unclear if the grand jury will decide to issue an indictment (all grand jury proceedings are secret), but the inquiry's findings may cause the Armstrong faithful to ask, Was the miracle a mirage?

If so, it wasn't created by one man. A legion of devotees rode beside Armstrong as he transformed himself from an unknown teenager out of Plano, Texas, into a global icon. If a court finds that Armstrong won his titles while taking performance-enhancing drugs, his entourage may come to be known as the domestiques of the saddest deception in sports history.

**The lab** run by famed anti-doping expert Donald Catlin doesn't measure up to *CSI* images of forensic facilities. The only hint of the work that goes on inside this nondescript two-story brown building off Grand View Boulevard on the West Side of Los Angeles is a sign on a windowsill next to a brown metal door: ANTI-DOPING RESEARCH.

When Armstrong announced on Sept. 24, 2008, that he was returning to cycling after more than three years away, he added a twist: His Astana team had hired Catlin, who had run the U.S. Olympic anti-doping lab at UCLA for 25 years, to test his blood and urine samples and post the results online. "This will be the most advanced anti-doping program in the world," said Armstrong. "I'm not going to tell you how clean I am, and I'm not going to insinuate how dirty the others are.... Don Catlin can tell you if I'm clean or not."

The move was praised by cycling officials and the media for directly addressing rumors and allegations, particularly in the European press, that Armstrong had achieved his success with the help of PEDs. (Astana was not above suspicion either. At the end of 2007 it had replaced its management team after its lead rider, Alexander Vinokourov, was banned for a year for blood doping—the practice of withdrawing and later reinjecting his own blood to increase his volume of oxygen-carrying red cells.) But some in cycling, and even in Catlin's lab, questioned whether the joint operation might be more about public relations than about meticulous testing. "When I saw them together, it didn't surprise me," says Landis. "[Lance] knows Catlin well." Andreas Breidbach, who was head of the lab's EPO testing group from 2003 to '06, had a similar reaction. "Oh, great, Lance is being tested by his greatest admirer," Breidbach recalls thinking, "and to the outside world it looks convincing."

Catlin says he didn't meet Armstrong face-to-face until 2008, but he says he did field calls over the years from Bill Stapleton, a USOC executive from 1997 to 2004 and Armstrong's longtime agent. "He would call with questions having to do with testing," says Catlin. "It wasn't Lance calling; it was Bill."

Catlin, now 72, has been a member of the International Olympic Committee's medical commission since 1988. The UCLA lab was the official testing facility for the 1984 Los Angeles Games and the 2002 Salt Lake City Olympics, and it has performed in- and out-of-competition testing for U.S. national-team athletes since 1982. Catlin has been heralded for discovering methods to detect doping, such as the test to determine the difference between synthetic and natural testosterone. He is also credited with having identified the illicit performance enhancer THG produced by the infamous BALCO lab in Burlingame, Calif. And for a decade Catlin has served as an expert in cases brought by the U.S. Anti-Doping Agency (USADA) and as a witness in federal investigations such as the BALCO case, which was spearheaded by Novitzky.

Catlin left the Olympic lab at UCLA in 2007, after forming two companies: a for-profit consulting and testing business called Anti-Doping Science, and the nonprofit Anti-Doping Research (ADR), which explores the science of doping. According to tax records for 2007 and '08, Major League Baseball gave Catlin's ADR a $287,335 grant for the primary purpose of developing a urine test for human growth hormone (HGH). The lab has not produced the test, but Don Catlin's son Oliver, the CFO of ADR, says the grant was insufficient to solve such a difficult doping problem. The NFL, which gave ADR grants of as much as $200,000 per year for the same reason as baseball did, recently ended their relationship a year early, according to NFL spokesman Greg Aiello, because Catlin's work had reached what Aiello calls a "dead end."

Catlin's UCLA lab did the testing for the U.S. Olympic Committee during the nine years that Wade Exum was the organization's doping

control director. Exum resigned in June 2000 in protest against what he alleged was the USOC's practice of letting positive drug tests slide. In a subsequent lawsuit claiming that he had been the victim of wrongful termination and racial discrimination, Exum said that 19 U.S. Olympic medalists from 1984 to 2000 had been allowed to compete in the Games despite having failed drug tests. "The welfare of the athlete was not first," says Exum, now a psychiatrist in Nevada. (The USOC denied Exum's allegation about the 19 athletes; Exum's lawsuit was dismissed for lack of evidence.)

Exum's allegations appear to be supported by minutes of USOC anti-doping committee meetings from 1999 and 2000, recently reviewed by SI. In the minutes, officials discuss how to informally test athletes for marijuana and performance-enhancing drugs—not to sanction them but to help them to avoid testing positive at the Olympics. In 2000, according to the minutes, a debate arose within the committee over whether to use Catlin's testosterone testing method (CIR) before the Sydney Games. Baaron Pittenger, the committee chair, said, "We can handle CIR in the same way we're handling marijuana in terms of notifying the athletes." In reply, Catlin said, "Just don't connect the CIR result to the athlete. Do it as a research experience." (Catlin says he doesn't recall that discussion and adds, "I was always fighting to expose the USOC and all its diddling around with everything.")

Lance Armstrong entered the Olympic world around 1990, at age 19, after a transition from competing in the triathlon. Two of his teammates on the 1990 U.S. junior team, Greg Strock and Erich Kaiter, claimed in a suit against USA Cycling in 2000 that coaches administered steroids to them in 1990, damaging their immune systems and cutting short their careers, according to documents from the suit. Neither Strock nor Kaiter ever tested positive. The suit was settled in November 2006; USA Cycling paid each rider $250,000.

From 1990 to 2000, Armstrong was tested more than two dozen times by Catlin's UCLA lab, according to Catlin's estimate. In May 1999, USA Cycling sent a formal request to Catlin for past test results—specifically, testosterone-epitestosterone ratios—for a cyclist identified only by his drug-testing code numbers. A source with knowledge of the request says that the cyclist was Lance Armstrong. In a letter dated June 4, 1999, Catlin responded that the lab couldn't recover a total of five of the cyclist's test results from 1990, 1992 and 1993, adding, "The likelihood that we will be able to recover these old files is low." The letter went on to detail the cyclist's testosterone-epitestosterone results from 1991 to 1998, with one missing season: 1997, the only year during that span in which Armstrong didn't compete. Three results stand out: a 9.0-to-1 ratio from a sample collected on June 23, 1993; a 7.6-to-1 from July 7, 1994; and a 6.5-to-1 from June 4, 1996. Most people have a ratio of 1-to-1. Prior to 2005, any ratio above 6.0-to-1 was considered abnormally high and evidence of doping; in 2005 that ratio was lowered to 4.0-to-1.

But the high ratios had not led to sanctions. In his letter Catlin did not address the 6.5-to-1 result, but he wrote that he had attempted confirmation (a required step) on the 9.0-to-1 and 7.6-to-1 samples, and "in both cases the confirmation was unsuccessful and the samples were reported negative."

Armstrong has long maintained that he has never tested positive for a performance-enhancing drug, and since the A samples were not confirmed by positive follow-up samples, in this case he's right. The 1993, '94 and '96 tests were not reported as positive nor, according to Armstrong, were they brought to his attention. In fact, says Exum, "Out of tens of thousands of tests purchased during my tenure as Director of Drug Control at the USOC, I can remember only one T/E ratio being called positive."

During an interview with SI last week, Catlin was read his 1999 letter. He said that because he tested by code and not by name, he has "no clue which sample belonged to Lance," but he admits the data are disturbing. He explains that one failed confirmation would be a "once-in-a-blue-moon" occurrence. As for the three high T/E ratio results detailed in the letter, he says, "that's very strange." When Catlin's letter was read to Breidbach recently, he too expressed concern, saying, "Wow, that should not happen. If you find a nine and can't confirm, then something is very wrong with your screening test."

In 2005, Armstrong's camp approached Catlin for help in addressing doping allegations against the Texan. On Aug. 23 of that year the French sports daily L'Equipe reported, under the headline LE MENSONGE ARMSTRONG (The Armstrong Lie), that retesting by an IOC-certified Paris lab of urine samples taken from Armstrong and other cyclists during the 1999 Tour de France had indicated positive results for EPO. The retesting was done for research purposes, not for sanctioning, but Armstrong said on Larry King Live, "Do you think I'm going to trust some guy in a French lab to open my samples and say they're positive ... and not give me the chance to defend myself?" His advisers turned to Catlin.

A lawyer arrived at the UCLA lab in the fall of 2005. "My belief was that the lawyer was from USADA," says Breidbach, adding that Catlin asked him to show the lawyer around. Breidbach says they discussed the French lab's results. "I said that if the Paris lab had

done it, it was probably correct," Breidbach says. "If there was a lab that could test for EPO at that time, it was the Paris lab." Weeks later, Breidbach says, "someone told me that this lawyer was working for Armstrong. It became clear to me that Catlin was trying to make a case for Armstrong." Catlin says the lawyer was identified as working for Armstrong and that Catlin viewed his visit as educational. The lawyer, Mark Levinstein, says he did not discuss the Paris lab with Breidbach. He and Breidbach agree only that they discussed EPO testing in general.

The following summer, Dutch lawyer Emile Vrijman, who was hired by the International Cycling Union (UCI) to lead an investigation into the French lab's findings, issued a 132-page report citing a "complete absence" of a chain of custody of the urine samples and a lack of proper record security.

In February 2009, five months after announcing their drug-testing venture, Catlin and Armstrong ended it. In a statement to SI, Armstrong's lawyer explained, "When we announced the program with Dr. Catlin, we were unaware of the details of the rigorous independent program already in place on the Astana team. In addition, Dr. Catlin's program would have been very costly (at least $600,000)."

Says Catlin, "When you try to do a business deal with Lance, you're dealing with an entity that's got lots of lawyers and lots of issues. The cost kept going up and up as we got into those discussions. Astana [was] involved, and when I finally figured that out, I wasn't sure we'd ever get paid."

In its months of overseeing Armstrong's testing program, Catlin's lab had collected only one urine sample from him, says Oliver Catlin. The sample remains in the lab, Oliver says, and he says that it is clean.

In November 2009 *Forbes* magazine asked the world's movers and shakers a question: Who is the most powerful person in your field? Lance Armstrong's answer: Don Catlin.

**For almost** two decades Stephanie McIlvain, a marketing rep for Oakley sunglasses, dutifully trailed Armstrong on the cycling circuit, providing him with the latest eyewear and clothing from the manufacturer and becoming one of his confidants. She flew on private planes with him and delivered sunglasses to him etched with the word *livestrong*. At charity events she and Armstrong were photographed on the red carpet arm in arm, with their spouses alongside.

On Oct. 2, 1996, Armstrong, then 25, was found to have stage III testicular cancer. Twenty-five days later McIlvain was one of several people by Armstrong's side as he recovered from surgery at a hospital in Indianapolis. What was said there has long been in dispute. It was a key part of a 2005 arbitration hearing in a suit filed by Armstrong and Tailwind against SCA Promotions, Inc., and Hamman Insurance Services, Inc., after SCA withheld a $5 million bonus from Armstrong because of doping allegations made against him in the book *LA Confidentiel*, written by British cycling journalist David Walsh and published in French. In a sworn deposition Betsy Andreu, wife of Frankie Andreu, a longtime teammate of Armstrong's, said that she and several others, including McIlvain, were with Armstrong in a conference room at Indiana University Medical Center, watching the Cowboys play the Dolphins on television, when two hospital doctors walked in to discuss Armstrong's medical history with him. According to Betsy Andreu's statement, Armstrong was asked, "Have you ever done any performance-enhancing drugs?" By Andreu's account, Armstrong said yes and then listed them: EPO, growth hormone, cortisone, steroids and testosterone.

In a separate sworn statement, Frankie Andreu corroborated his wife's recollection. McIlvain, however, refuted it in her deposition, saying she never heard Armstrong admit to taking PEDs. In his deposition Armstrong said that no one from the hospital asked him if he had ever used performance-enhancing drugs or substances. The case was settled before it went to a panel of judges. SCA Promotions paid Armstrong the bonus plus lawyers' costs and fees—a total of $7.5 million.

For years Armstrong has disparaged Betsy Andreu's testimony, telling SI in 2007 that Andreu was motivated by "bitterness, jealousy and hatred" and claiming to *The Guardian* a year later, "Betsy blogs 24 hours a day about me. If that ain't sick, what is?" For her part, Andreu says, "Soon after I testified, I realized why people were so afraid of Lance. The vast majority of American journalists bought the Lance lie hook, line and sinker, and either dismissed the truth I spoke or were openly hostile toward me. The cycling world was filled with fans and people within the industry insulting me, questioning my motives or inventing outright lies about me. The sheer quality and quantity of the vitriol was overwhelming at times... . I wasn't going to compromise my integrity. I didn't decide to 'take Lance on,' I decided not to lie for him; there's a difference."

McIlvain's testimony certainly helped Armstrong. But according to Betsy Andreu, three-time Tour de France winner Greg LeMond and cycling journalist James Startt, McIlvain told them that she had in fact heard Armstrong say what the Andreus recounted. In a phone conversation with LeMond 14 months before the SCA deposition, secretly taped by LeMond, McIlvain is heard saying, in reference to Armstrong's statement, "You know I was in that room. I heard it, you know." She also says of Armstrong, "So many people [are] protecting him that it is just sickening, you know."

McIlvain did not return calls for comment, but in 2007 she told SI, "I do stand by my [court] testimony." At the time of the conversation with LeMond, she said, she was "in a bad place in my life." She added, "I've never seen Lance Armstrong do drugs, never heard of him doing drugs."

As part of their inquiry, federal investigators have reviewed all the documents, tapes and information related to the SCA arbitration hearing. In September, McIlvain appeared before the grand jury in Los Angeles under subpoena. Her deposition in the SCA case had lasted 103 minutes; her appearance in the federal inquiry lasted seven hours.

**Pinpricks to** the finger were an off-day ritual for the Motorola team during the 1995 Tour de France. This wasn't a blood brothers' sacrament—but it was close to that for those riders who participated. According to Stephen Swart, a cyclist on the team, they were preparing to check their hematocrit levels (percentage of red cells) to determine how much of the banned blood-boosting drug EPO to inject. Swart says that on a recovery ride after a race in Italy that March, Armstrong, disappointed with the team's result, had suggested that riders start taking EPO, which was banned by the IOC in 1990. "He was the instigator," Swart says. "It was his words that pushed us toward doing it. It was his advice, his discussions."

Frankie Andreu, another member of the Motorola team, who participated in the conversation between Armstrong and Swart in Italy, says the Texan "determined what riders were hired and fired. Everybody knew he was calling the shots. You didn't want to get on his bad side. He was the boss."

Swart, who admits to having taken EPO when he rode with Motorola, says that blood-testing machines no bigger than a toaster would be brought into a hotel room. One by one, a half-dozen cyclists, including Armstrong, would prick a finger, put the blood into a vial and place it in a centrifuge. The red blood cells would separate from the white ones, and the machine would measure the rider's hematocrit level. The readings were important in helping regulate the intake of EPO, a drug that can cause the body to produce so many oxygen-carrying red cells that the blood can thicken and the user can suffer a stroke.

Swart recalls a specific day, July 17, 1995, that his hematocrit level was 48. "Lance was at 54 or 56," he says. Swart also remembers Italian cyclists joking about their high hematocrit levels as they rushed to hotel ice machines to fill EPO-carrying thermoses. (Once cycling introduced a test for EPO, in 2001, a reading higher than 50 resulted in a 15-day ban.) Swart says he never saw Armstrong or any other rider inject EPO, nor did Armstrong provide him with it.

By the mid-1990s, according to Armstrong's deposition in the SCA case, he had begun a relationship with Michele Ferrari, the Italian physician who publicly defended EPO use. Ferrari, an omnipresent figure on the Tour de France, told *L'Equipe* in 1994, "EPO is not dangerous, it's the abuse that is. It's also dangerous to drink 10 liters of orange juice." Nonetheless the doctor, who did not respond to SI's requests for comment, has always denied allegations that he doped riders, once telling *USA Today,* "I'm totally against administration of any kind of medicines with the intent of artificially enhancing performance."

According to Landis, however, "[Ferrari] was matter-of-fact about [doping]." Landis, who was a client of Ferrari's, says the doctor helped him transfuse his own blood to boost his performance. "It was like, This is what we have to do to win," Landis says. "He wasn't a thrill-seeker about it. He got satisfaction from winning the Tour de France, but he wasn't flamboyant or boastful. He was very calculated about what he did."

Two cyclists say Ferrari used coded language and symbols to detail doping regimens. A dot, for example, represented EPO. Sources with knowledge of the federal investigation say agents have been provided with cyclists' training logs and alleged doping programs handwritten by Ferrari. These notes could be relevant to the government's inquiry if the details match records about Armstrong's last three teams—Radio Shack, Astana and Discovery—found in the raid in Italy.

Once the press discovered Armstrong's relationship with Ferrari, in 2001, the Texan described his visits to the doctor as routine checkups. Three years later Armstrong announced that he had instructed U.S. Postal team members to cut ties with Ferrari after he

was found guilty in an Italian court of "sports fraud."

Armstrong said in a statement, "Dr. Ferrari has been a long-time friend and trusted adviser to me and the USPS team, during which time he never suggested, prescribed or provided me with any performance-enhancing drugs. I have always said that I have zero tolerance for anyone convicted of using or facilitating the use of performance-enhancing drugs."

The verdict against Ferrari was overturned two years later on a technicality—it was discovered that the statute of limitations had expired before his trial—but the view of the doctor as a doping specialist remained. People close to the investigation believe that the raid on Popovych's house links Armstrong's teams to Ferrari as recently as 2009, the year Armstrong returned from retirement to bring attention to the war on cancer.

**After Armstrong's** cancer diagnosis, former teammates say, even Ferrari questioned his methods. "I remember when we were on a training ride in 2002, Lance told me that Ferrari had been paranoid that he had helped cause the cancer and became more conservative after that," says Landis. (Ferrari, again, declined to talk to SI for this story.)

A few years earlier, according to a source familiar with the government's investigation of Armstrong, the Texan became interested in Baxter Healthcare Corp., a company based in Deerfield, Ill., that focuses in part on developing drugs to treat hemophilia. According to that source, the FDA has information that Armstrong gained access to a Baxter-made drug in clinical trial in the U.S. and Europe in the late 1990s. According to public records, a study on a drug called Diaspirin Cross-Linked Hemoglobin (DCLHb) began in early 1997 and ended in 1998. Baxter developed the drug, whose trade name is HemAssist, for use in cases of extreme blood loss, such as by shock and trauma victims; in animal studies it was shown to boost the blood's oxygen-carrying capacity without the thickening caused by EPO. The human trials were ended, however, after a number of patients died—though not necessarily from the drug's effects; some of the trauma victims were likely to have died anyway.

Armstrong's lawyers say that he denies ever having taken HemAssist, and they claim it was impossible for him to have had access to the drug after the clinical trials ended and Baxter abandoned development in September 1998. Still, stockpiles of the drug may have remained, says Dr. Robert Przybelski, an associate professor at Wisconsin who was the director of hemoglobin therapeutics at Baxter in the late '90s, although he adds that he doesn't know of any missing quantities. What would a cyclist want with the drug? "If somebody was going to design something better than EPO, this would be the ideal product," says Przybelski. DCLHb would certainly give the endurance-starved cyclist a push in the Pyrenees. "[Hemoglobin-based oxygen carriers] do everything they want EPO to do without the potential side effects of increased blood viscosity and strokes," says Przybelski. "And it doesn't last long [in the body], 12 to 24 hours, which is ideal for an event."

**Mike Anderson** says he felt a dull sadness as he stared at the little white cardboard box in Armstrong's bathroom cabinet. His eyes focused on the word ANDRO written on the label. Anderson tried to rationalize it. Maybe it was leftover cancer medication, but this was 2004, long after Armstrong's disease had been defeated, and there was no prescription attached.

Anderson knew there were drugs in cycling, but as Armstrong's bike mechanic and personal assistant from 2002 to '04, he had seen no hard evidence against his boss. There was, of course, the conversation that year on a training ride near Austin in which they discussed Belgian cyclist Johan Museeuw, who had been accused of doping. "Everyone does it," Armstrong said matter-of-factly, according to Anderson. And later in '04 there would be the day Armstrong seemed to evaporate from his ranch—the first time in two years he'd left without alerting Anderson—when USADA drug testers showed up at the gate. Still, that seemed circumstantial to Anderson. So that day in Armstrong's apartment in Girona, Spain, where Anderson had been sent to remove all traces of Armstrong's ex-wife, Kristin, before Armstrong arrived with his girlfriend, Sheryl Crow, Anderson didn't look inside the box. Still, the box was, well, tangible.

Anderson never mentioned the box to Armstrong, but in papers filed in the spring of 2005, when Anderson sued Armstrong for allegedly reneging on a business deal to help him build a bike shop, Anderson's lawyers would write the name of the substance as "Androstenin, or something very close to this." Anderson's account in legal documents piqued the interest of the FDA. Six months ago, Novitzky interviewed Anderson about his time working for Armstrong. Novitzky pronounced the word as *An-droh-steen-die-own* (Androstenedione), the steroid that became infamous when it was found in Mark McGwire's locker. Androstenedione has been on the IOC list of banned substances since 1997. Through his lawyers, Armstrong denies ever having taken andro.

Federal investigators have access to the documents filed in the Anderson-Armstrong lawsuit. According to those papers, shortly after

Armstrong won his sixth Tour de France, in 2004, Anderson, who was back home in Austin, says he got a call from Armstrong's friend Derek Russey, alerting him that USADA drug testers had shown up at the Armstrong ranch in Dripping Springs, Texas, and Lance wasn't there. Athletes subject to USADA testing are required to notify the agency of their whereabouts, and missing three random tests over 18 months can count as a violation. Anderson says he became involved in a plan to fool the testers. His job was to keep an eye on the USADA officials—a man and a woman in a white SUV—while Armstrong's friend John Korioth retrieved the cyclist's black Suburban from the private terminal at the Austin airport and drove it to the ranch. The idea was for Korioth, posing as Armstrong behind the tinted windows of the car, to drive past the testers on the road and give the impression that Armstrong had been around all along and they simply could not get hold of him.

In an affidavit in the case, Russey denied calling Anderson. When contacted by SI, Korioth denied that the incident had occurred, saying, "It was proven through USADA that that didn't happen. Mike Anderson fabricated that out of thin air." In response to Korioth's assertion, Travis Tygart, USADA's CEO, says, "USADA has never concluded that Mike Anderson fabricated the story."

Through his lawyer, Armstrong says he never participated in an attempt to avoid USADA testers at his ranch. In an affidavit filed in the SCA case, Tygart said that USADA had tested Armstrong 12 times from 2001 to 2005 and that he had "never had an adverse analytical finding reported to USADA."

Anderson's lawsuit against Armstrong was settled for an undisclosed amount, but his prospects in the bike industry around Austin were no longer bright. Today Anderson runs The Bike Hutt in Wellington, New Zealand. He still remembers opening the cabinet as the day "I found proof that there is no Santa Claus." (Armstrong's legal counsel has described Anderson as "discredited.")

**During the** years Armstrong rode for USPS, he flew on private charters such as NetJets. One feature of flying into private airports is less stringent customs checks. "We went from place to place with no problems, using private airports," says Landis. Customs agents, he says, rarely asked questions. "You'd walk into a small building and were asked for your passport, if that," says Landis. "I remember one time Lance said, 'I don't have time for this' and kept walking."

Customs agents at the airport in St. Moritz, Switzerland, stopped Armstrong in 2003, according to Landis. Armstrong, Landis and other members of the USPS team walked off the plane, headed for customs and were asked to open their duffel bags for a search. "Lance had a bag of drugs and s---," says Landis. "They wanted to search it, which was out of the ordinary."

The agents looked through the bag and found syringes and drugs with labels written in Spanish. As Landis recounts, Armstrong then asked a member of the contingent to talk to the agents and persuade them that the drugs were vitamins and that the syringes were for vitamin injections. Says Landis, "The agents looked at us sideways but let us through."

When asked if the incident in St. Moritz described by Landis happened, Armstrong's lawyer said, "No."

**Novitzky's investigations** of the use of performance-enhancing drugs date back to baseball's so-called steroids era, during which the federal agent led the BALCO inquiry that resulted in the prosecution and conviction of former Olympic gold medalist Marion Jones for lying about her use of PEDs, and the upcoming trial of retired baseball star Barry Bonds on perjury charges. Armstrong is determined to keep his legacy from crumbling under Novitzky's investigation, but there have been times when he has seemed to treat his adversary as if he were an inferior cyclist in a road race rather than a formidable investigator.

Just after the raid on Popovych's house, and following a meeting Novitzky had in Lyon, France, with Interpol, Armstrong unleashed his cheeky Twitter alter ego, Juan Pelota (a pun on the English word *one* and the Spanish word for *ball*, in reference to Armstrong's testicular cancer surgery). Pelota tweeted: *Hey Jeff, como estan los hoteles de quatro estrellas y el classe de business in el aeroplano? Que mas necesitan?* Translated, the mangled Spanish tweaks Novitzky by asking, "How are the four-star hotels and business class in the airplane? What more do you need?"

That is a question for the grand jury.

**Find this article at:**
http://sportsillustrated.cnn.com/vault/article/magazine/MAG1180944/index.htm

☐ Check the box to include the list of links referenced in the article.

Copyright © 2007 CNN/Sports Illustrated.

# EXHIBIT P

About AP

Essential News from The Associated Press

May. 10, 2011 2:55 PM ET

A A A

# APNewsBreak: Feds ask for help with Armstrong case

**GREG RISLING**, Associated Press

AIM       Share

LOS ANGELES (AP) — Undeterred by the slap on the wrist a jury gave Barry Bonds, U.S. investigators are forging ahead in a separate drug-related case against another superstar athlete — Lance Armstrong.

In France, where Armstrong became famous by winning the Tour de France seven straight times, officials received a request from U.S. authorities last month for help gathering evidence about the cyclist and other members of his former U.S. Postal team.

The move indicates federal authorities are looking to bolster their case against Armstrong so they can give a grand jury in Los Angeles the fullest account possible of the cyclist's actions before deciding whether Armstrong, like Bonds, also should face criminal charges related to using performance-enhancing drugs.

People familiar with the investigation said the French request has been in the works since late last year, shortly after U.S. investigator Jeff Novitzky,



FILE - This Jan. 24, 2011, file photo shows Lance Armstrong during a fundraising bike ride in Brisbane, Australia. U.S. authorities are asking European officials for help gathering evidence against Armstrong in a case related to the use of performance-enhancing drugs. People familiar with the investigation have told The Associated Press that the request for evidence made to French officials mentions Armstrong by name and specifically targets him and other members of his former U.S. Postal team. (AP Photo/Tertius Pickard, File)

| More News | Video |
|---|---|

**Lab chief told feds of suspicious Armstrong test**
Jun. 1, 2011 10:02 PM ET

**Lab chief told feds of suspicious Armstrong test**
Jun. 1, 2011 8:07 PM ET

**Alberto Contador wraps up 2nd Giro d'Italia title**
May. 29, 2011 5:51 PM ET

**Lab director denies hiding Armstrong positive test**
May. 27, 2011 5:39 PM ET

**CAS postpones appeals hearing in Contador case**

prosecutor Doug Miller and other American authorities traveled to Interpol headquarters in south-central France to meet with European investigators, prosecutors and anti-doping officials from France, Belgium and Italy.

May. 26, 2011 11:36 AM ET

The American evidence request specifically targets U.S. Postal and mentions Armstrong by name, said officials who have seen it. To date, federal prosecutors have called several people connected to Armstrong to testify before the grand jury, including exercise physiologist Allen Lim and Ukrainian cyclist and former Armstrong teammate Yaroslav Popovych.

Associated Press reporters in the U.S. and Europe interviewed about a half-dozen people familiar with the case, all of whom requested their names not be used because they're not authorized to speak publicly about the investigation. The probe initially focused on the Rock Racing cycling team, then turned toward Armstrong after a former teammate, Floyd Landis, alleged Armstrong had a long-running doping system in place.

Advertisement



**Rates Hit 3.175%! No SSN Required!**
$150k for $633/mo, $200k for $844/mo and $250k for $1,055/mo



**600% Penny Stock Gains**
Alerts on Stocks that move. Huge Potential. Free Sign Up!



**2011 Financial Aid**
You May Qualify for Financial Aid To Go Back To School!

Advertisement



**600% Penny Stock Gains**
Alerts on Stocks that move. Huge Potential. Free Sign Up!



**San Francisco: Go Back to School!**
Learn how Financial Aid May Help Those who Qualify!



**Rates Hit 3.175%! No SSN Required!**
$150k for $633/mo, $200k for $844/mo and $250k for $1,055/mo

The people said the case against Armstrong, who has steadfastly denied doping and never failed a drug test, could ultimately lead to charges of fraud and conspiracy related to the alleged building of a doping program, at least part of which was said to be operating while his team received government sponsorship.

"This case isn't like Bonds and Clemens," said one person familiar with the investigation, bringing up pitcher Roger Clemens' upcoming trial on perjury charges related to alleged use of PEDs. "Those were about lying. This is about corruption to the core."

Thom Mrozek, a spokesman with the U.S. attorney's office in Los Angeles, declined comment.

Mark Fabiani, counsel to Armstrong, criticized investigators for leaking "self-serving information."

"Persistent, inaccurate leaks can't change the facts: This inquiry has been going on for a year now, and the only result has been an enormous waste of taxpayer dollars and diversion of prosecutorial resources," Fabiani said.

The U.S. request to the French is one of the most recent developments in the case, which has also been progressing in the United States, Italy and other European countries, with investigators seeking phone and bank records, along with statements from dozens of witnesses who have had contact with Armstrong over the years.

One official who spoke with the AP described the combined efforts as a team trying to put together a jigsaw puzzle, though some skeptics have wondered aloud if it's worth the time and money to solve it.

The Bonds trial, which culminated an eight-year investigation and ended last month with a hung jury on three counts and a conviction on an obstruction of justice charge, brought out a number of critics. Among them was U.S. Rep. Jack Kingston, a Georgia Republican who questions using scarce federal resources on hard-to-win cases against celebrity athletes.

"What bothers me is that you've got a very powerful federal government that has the money and time and resources to ruin someone's reputation," Kingston said at the time of the trial. He also has asked Novitzky's employer, the Food and Drug Administration, to spell out how much has been spent on the cycling probe. The federal agency has yet to provide that figure.

But if the Bonds trial and its anti-climatic closing chapter purveyed any sort of message to American investigators, it certainly had nothing to do with halting the cycling probe.

"There is a substantial investment in the investigation which makes it less likely that they'll walk away from it," said Laurie Levenson, a former federal prosecutor and a professor at Loyola University Law School. "I don't think they would spend this time or money as a witch hunt against Lance Armstrong."

European investigators also are continuing to pursue drug cases involving some of Armstrong's associates.

In Italy, a probe into banned physician Michele Ferrari, Armstrong's former training adviser, is turning up evidence that could also be useful in the American case.

Armstrong maintains he severed professional ties with Ferrari in 2004, but an Italian law enforcement official told the AP last month that Armstrong had repeatedly met with Ferrari in recent years, including before the 2010 Tour de France. The race was Armstrong's last Tour before he retired again; he fared poorly.

Ferrari was cleared on appeal in 2006 of criminal charges accusing him of distributing doping products to athletes, but he remains barred for life by the Italian Cycling Federation. The Italian official said Armstrong's meetings with Ferrari were usually in St. Moritz, Switzerland, or Monte Carlo, Monaco.

Armstrong has since acknowledged meeting Ferrari nonprofessionally since severing formal ties. Italian officials have not yet received an official request to send evidence to the United States.

Asked if the Americans might be hesitant to go after Armstrong following the outcome of the Bonds case, one European law enforcement official responded, "Was (Bonds) also accused of fraud involving federal funds? ... I know Novitzky isn't the only one investigating."

In America, investigators from the Internal Revenue Service, the Drug Enforcement Administration, the FBI and the FDA are working on the case and reporting to officials from the Department of Justice, the AP was told. If criminal charges are ever brought against Armstrong, Levenson said it will have to get approval from DOJ brass.

"A Lance Armstrong (case) will go all the way up the chain," she said. "(Attorney General Eric) Holder or one of his chief deputies will sign off on the indictment or be briefed on it. They will have input even before this case gets indicted."

The U.S. investigators have requested urine samples that were taken from U.S. Postal riders for anti-doping controls in France and were subsequently frozen and stored by France's anti-doping agency.

Among the samples requested are those from the first Tour de France that Armstrong won in 1999 and from other years when he dominated France's storied race. The French agency also has stored Armstrong's urine samples from the 2009 Tour when he placed third on his comeback, riding for the Astana team.

"All of Lance's samples were 100 percent clean when they were first given and tested," Fabiani said. "In fact, over his 20-year career, Armstrong has taken nearly 500 drug tests, in and out of competition, and never failed a single one."

Samples must be properly transferred to the United States so they'll pass muster if entered as evidence in a U.S. court proceeding. French authorities, again acting at the request of the U.S. investigators, also are expected to interview and take witness statements from people in France.

These will include people who were connected to U.S. Postal or who worked in French anti-doping while Armstrong was competing. Pierre Bordry, the former head of France's anti-doping agency who at times had an antagonistic relationship with Armstrong, is among those expected to talk to the French investigators acting on the U.S. request, the AP was told.

Meanwhile, Novitzky, who also has been involved in the Bonds and Clemens cases, is insisting on the need for secrecy from the Europeans, warning that leaks could compromise the probe.

"They want the procedure to be solid," one official familiar with the case said.

"He is doing a very good job," the official added, referring to Novitzky's conduct during the probe. "When he bites, he doesn't let go."

Associated Press
Copyright 2011 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.
    AIM       Share

AP Privacy Policy | AP Terms of Use

©  Associated Press. All Rights Reserved.

# EXHIBIT Q

May 20, 2011 6:36 PM

# Ex-teammate: I saw Lance Armstrong inject EPO

Lance Armstrong is among the greatest athletes of all time - an American hero who beat cancer to win the Tour de France, the Super Bowl of cycling, seven times. But now Armstrong is the focus of a federal investigation into performance enhancing drugs. A grand jury in Los Angeles has been hearing secret testimony from some of Armstrong's former teammates on the U.S. Postal Service team.

One of the prime witnesses is Tyler Hamilton. Under oath, behind closed doors, Hamilton has told a story that may change the history of sports. Over the years, some former teammates have accused Armstrong of doping. But, it's been said in professional cycling that if Hamilton broke his silence, then the full story of the legendary U.S. Postal Service team would be known.

**Pelley on reporting the Armstrong story**
*Scott Pelley talks about his bombshell investigation into teammates' charges that Lance Armstrong used banned drugs.*

Hamilton does that now, in public, for the first time.

"Well, I just told my family for the first time four days ago about all this. It was brutal. Was the first time, really, I confided in them and then told them the whole story, you know, starting from the first time I doped till to up through the end," Hamilton told correspondent Scott Pelley.

Hamilton always denied doping until this moment. He's an Olympic gold medalist who kept the secrets of his sport for 14 years. He refused to cooperate with the federal investigation of Armstrong. But in June, he was served a subpoena which forced him to testify before the grand jury.

"If I could've pressed the button, if I could've deleted memory, you know, from when I was born up till the present moment, I probably would've pressed that button," Hamilton said.

Asked why, he told Pelley, "'Cause it was awful. What I went through was awful. There was a time I just wanted it all to disappear."

Hamilton sat down with "60 Minutes," reluctantly, because what he had to say would ruin his record as a champion cyclist and implicate Armstrong, to whom he still feels gratitude for their years as teammates. Hamilton helped lead Armstrong to victory in three Tour de France races, in 1999, then 2000, and 2001.

**Who is Tyler Hamilton?**
*Meet the cyclist who exposed the dirty world of illegal drug use in the sport of cycling on "60 Minutes."*

In racing, the team leader is protected by his teammates. They clear his path, also fend of challengers in the tight pack of competitors that's known as a "peloton." Armstrong was the leader of the team sponsored by the U.S. Postal Service.

His top teammates, who led him to victory again and again, were Hamilton and George Hincapie. They were constant companions and kept each other's secrets.

"For the record, tell me what you saw in terms of what Lance Armstrong took in performance enhancing drugs," Pelley asked Hamilton.

"He took what we all took, really no difference between Lance Armstrong and I'd say the majority of the peloton, you know. There was EPO, there was testosterone, I did see a transfusion, a blood transfusion," he replied.

Extra: Tackling the Tour de France
Extra: Starving for the sport
Extra: Armstrong was an "eye opener"

All of those things are banned in races and in training. So why would a rider take the chance of getting caught?

Well, it's hard to imagine the endurance demanded by the Tour de France - 21 days, 2,000 miles and a vicious vertical climb totaling some 50,000 feet in all. This ordeal is one reason that cycling became a dirty sport. Armstrong won seven times. And in those seven races, all of the second and third place finishers, except one, were at some point implicated in doping.

Armstrong's story appeared miraculous. He'd won more tours than any man and claimed to have done it as one of the only clean racers at the top of the sport.

"Is there evidence? Where's evidence of doping here?" Armstrong said, while talking to reporters at a bike race.

If there's little physical evidence, Hamilton says there are a number of witnesses. He told us that Armstrong was doping the very first time he won the tour. One of the drugs, EPO, boosts the production of red blood cells to enhance endurance.

"He was using EPO in the Tour de France in 1999?" Pelley asked.

"Correct," Hamilton said.

"He was using EPO in the Tour de France in the year 2000?" Pelley asked.

"He used it before to prepare for the Tour," Hamilton said.

"And what about the Tour in 2001?" Pelley asked.

"He used it to prepare for the Tour. I can't say that he used it during the Tour," Hamilton said.

Asked what he actually witnessed, Hamilton told Pelley, "I saw it in his refrigerator, you know. I saw him inject it more than one time."

"You saw Lance Armstrong inject EPO?" Pelley asked.

"Yeah, like we all did, like I did many, many times," Hamilton said.

"You saw it more than once?" Pelley asked.

"I think I saw it a couple times," Hamilton replied.

Produced by Michael Radutzky and Tanya Simon It appears the federal investigation with its subpoenas and sworn grand jury testimony has broken cycling's code of silence. We don't know how many U.S. Postal Service team riders were using performance enhancing drugs, but we have learned that at least three have told federal authorities they used banned substances and witnessed Armstrong using them too.

One of those riders is Armstrong's former teammate George Hincapie, who Armstrong once said was like a brother to him. Hincapie has never been tainted by scandal. He rode next to Armstrong in all seven Tour de France victories.

But now we're told that Hincapie, for the first time, has told federal investigators that he and Armstrong supplied each other with the blood booster EPO and discussed having used testosterone, another banned substance, during their preparation for races.

Through his attorney, Hincapie declined to be interviewed, citing the ongoing investigation.

"Is it just a bunch of guys making decisions on their own about what they want to do? Or is this a doping program that was directed for the rest of the team?" Pelley asked Tyler Hamilton.

"You know, the team really encouraged it," he replied.

"The team management?" Pelley asked.

"The team management encouraged it, yes," Hamilton said.

The team at the time was managed by Johan Bruyneel and Hamilton says some of the team doctors supervised the doping. He's not the only member of the team to tell us that doping on U.S. Postal was both directed and systematic.

We spoke to a former team member who did not want to be named. But he said that he was instructed by some team doctors to use EPO and that Armstrong recommended he use the banned steroid cortisone before time trials. Neither Bruyneel nor the team doctors we contacted wanted to comment. Prosecutors are investigating which of the team's managers or doctors may have been involved in illicit doping.

"Was Lance Armstrong encouraging the doping?" Pelley asked Hamilton.

"He obviously was the biggest rider in the team and he helped to call the shots. Yes, he doped himself, you know, like everybody else but he was just being part of the culture of the sport. But yeah, I mean, he was the leader of the team and he expected for going in, for example the '99 Tour, which was his first tour that he won we were gonna do everything possible to help Lance win. We had one objective, that's it," Hamilton said.

It was in that 1999 Tour de France that Hamilton says Armstrong used another drug called "Andriol."

"Basically Andriol is just in a little red pill, but basically what's inside is just oil, a special oil. Another way to take it was just you'd get a little, like, eyedropper thing and you'd have a little glass container of it. I saw him take it that way, too, with me, you know," Hamilton said.

"And that oil was what?" Pelley asked.

"Testosterone," Hamilton said.

"Another banned substance?" Pelley asked.

"Correct," Hamilton replied.

Asked if they did this together, Hamilton said, "I remember one time after a race getting a drop of oil from him, you know, he put it, just squirt it in my mouth, squirted in a teammate's mouth and squirted it in his own mouth, you know. Just a tiny amount, enough that's not gonna be detectable the next day when you get drug tested."

Hamilton told us that doping was happening on the U.S. Postal Service team before Armstrong joined. The best riders got special treatment.

"I remember seeing some of the stronger guys in the team getting handed these white lunch bags," Hamilton remembered. "So finally I, you know, started puttin' two and two together and you know, basically there were doping products in those white lunch bags."

"You weren't getting one in the beginning?" Pelley asked.

"No," Hamilton said.

But he told Pelley that eventually he did get one of those bags.

"And inside the bag was what?" Pelley asked.

"In my lunch bag I got EPO. You know, other guys got other things such as growth hormone. I mean, it's sad to say it, I was kinda willing and accepting of the lunch bag, but you know, in a way it was also an honor that, 'Wow, like, they think I'm good enough to be with the 'A' team guys,'" Armstrong said.

It was 1997 - Hamilton says he had never doped before, but now a team doctor said that he could make the Tour de France team if he used EPO.

"He recommended and thought it was a good idea for both the team, for myself, and for my health that I take some therapy as he called it. And that was, so he was...recommending that I take EPO," Hamilton told Pelley.

When asked what he thought in that moment, Hamilton told Pelley, "Yeah it was a pretty emotional moment. I told him that I needed a little bit of time to think about it, and basically I was starting to see a little bit of the dirty side of the sport. It was tough. I felt like at this point in my career I was so close to the goal, I've gotta do it. You know, like, what would you do?

You're that close, you've worked so hard to get to that moment. I mean, really you can say my whole life to get to that point."

"You were concerned in that moment that if you didn't do the EPO you wouldn't make the A team, you wouldn't ride the Tour [de France], is that right?" Pelley asked.

"Yeah," Hamilton said. "I kinda felt like I owed it to myself to look the other way and keep going forward."

"There was a time there where it felt like everybody was taking EPO," Frankie Andreu, who joined the U.S. Postal Service team the following year, told Pelley.

Andreu is another witness in the federal investigation. "Things were just getting faster and faster and sprinters were getting over the big mountains and winning, you know, climbing stages. There's 200 guys flying over these mountains and you can't even stay in the group. And it's just impossible to keep up. And it's like, 'What the hell's going on here?' That was kind of the mindset," Andreu told Pelley.

"If a rider was using EPO and the other riders in the race were not, the EPO is a race winner?" Pelley asked.

"Oh yeah, for sure, yeah," Andreu said. "If you weren't taking EPO you weren't going to win."

Andreu admitted to investigators that he turned to EPO for a brief time. "I got tired of getting dropped and trying to survive and having guys that normally never should have been riding in front of me kicking my butt. It was a matter of survival, just keeping up, not getting dropped, having my place in the peloton. Training alone wasn't doing it. And I think that's how many of the other riders during that era felt, I mean you kind of didn't have a choice," he said.

Hamilton told us that learning how to use EPO without getting caught was part of the U.S. Postal Service team's training. Some of the team doctors did frequent blood tests to make sure that riders were taking enough EPO to get a boost in red blood cells, but not so much that it would raise suspicion. They were testing something called hematocrit, the proportion of red cells in the blood.

Hamilton remembered that once during training the doctor told him that his hematocrit was too low.

"So they told me basically to take care of it," he remembered.

Asked what that meant, Hamilton said, "Taking some EPO. Either resting a lot, which if you rest a lot your hematocrit will go up. Or, that was a critical part of the year for training, putting in a lot of miles, so I really didn't have that option."

He says he needed the banned EPO and he knew who to call. "You know, I reached out to Lance Armstrong. And he helped me out. And, you know, I think the next day or two a package, FedEx or DHL package arrives with not a lot but just a little bit of EPO just to bump my values up a couple points," Hamilton said.

"And that package was sent by whom?" Pelley asked.

"I don't remember whose name was on the package, but you know, Lance confirmed that he'd sent me some. And it did arrive," Hamilton said.

"It was arranged by Lance Armstrong," Pelley asked.

"Correct," Hamilton said. "But, you know, I reached out to him, I asked for this. He - sure, it was an illegal doping product - but he helped out a friend, so I want to make it clear that, you know, if the roles were reversed and I had the connection I would have done the same thing for Lance."

"What was that conversation like when you made this request?" Pelley asked.

"Back in the day we had code - code words for certain things and we had, you know most riders had secret, had a second phone that was kind of secret, they didn't really share with anybody, so secret phones, secret code words. I asked him for some it was either Poe or Edgar Allen Poe, which was kinda, that was the code name for EPO," Hamilton said.

Hamilton says those secret cell phones he mentioned were not registered in their names and they used them just in case the authorities were listening.

Hamilton told Pelley other members of the team had secret phones, including Armstrong.

Through a representative, Armstrong denied sending the EPO.

Hamilton says that some of the top riders on the team also used another method to boost red blood cells: a banned technique called "blood doping."

In blood doping, a rider gives his own blood, stores it, and then, at a critical point in the Tour, transfuses the blood back into his body. The fresh blood boosts the red blood cells in a worn out rider.

Hamilton says he first encountered blood doping in the year 2000 as he and Armstrong were preparing for the Tour de France. He says that he was instructed by Armstrong to join him on a private jet for a flight from France to Valencia, Spain.

Asked what happened when he arrived in Spain, Hamilton said, "A staff member met us at the airport. We were quickly shipped to, driven to a hotel. Went up to two different rooms, a teammate and I in one room and Lance in another. They instructed us to lie down on the bed and they basically extracted blood. I think it was 450 ccs of blood."

That's about a pint of blood, and around ten days into the 2000 Tour de France, about halfway through the race, Hamilton says the team members stopped at a hotel where the fresh blood was transfused back into their bodies.

"Did you see Lance Armstrong getting the blood transfusion?" Pelley asked.

"Yeah," Hamilton replied.

"You didn't see them take his blood weeks before, but you saw the transfusion going back into his blood during the Tour de France race in 2000?" Pelley asked.

"Yeah, but I was transfusing blood. And my teammate was. And I guarantee you every other team had probably two or three riders that were doing the same thing. I'd bet my life on it," Hamilton said.

Hamilton says the story he's telling in this interview is the same one that he told under oath to the grand jury. In return for his testimony, the government has given him limited immunity from prosecution. But as part of that deal, if he's found to be lying, he loses that immunity and becomes liable for prosecution.

"You know, Lance Armstrong has dismissed everyone who has spoken out against him as having an ax to grind. He says they have no credibility. And he might say that you have no credibility because now in this interview you're admitting that you doped and that the only reason you're speaking out now is because the government gave you a deal. What do you say to that?" Pelley asked Hamilton.

"I'm tellin' the truth," he replied. "And yeah, I'm sure he'll come out with accusations. And you know, I feel bad that I had to go here and do this. But I think at end of the day like I said, long term, the sport's gonna be better for it."

"If what you're saying about Armstrong is true, that he is essentially in your estimation a cheat and a liar, how is it possible that he's gotten away with that all this time?" Pelley asked.

"Well, there's a lotta other cheats and liars out there too who've gotten away with it. It's not just Lance, you know? I mean with a little luck I'd still be out there today being a cheat and liar," Hamilton said.

Over weeks, we've had several conversations with Armstrong and his lawyers. We told them in detail about the allegations. They declined an interview.

Armstrong's representative sent a statement attacking Armstrong's accusers as motivated by "greed and a hunger for publicity." The statement also attacks the federal investigation saying, "The time has long passed for this nonsensical investigation to stop and for the enormous wasted resources to be re-directed to investigations that might actually protect Americans from wrongdoing." The statement did not address any of our questions about doping.

Armstrong has been tested for performance enhancing drugs hundreds of times. He insists he has never tested positive. That claim is the cornerstone of his public image, and it's also the pledge he made to the U.S. government when his team accepted a multi-million dollar sponsorship from the United States Postal Service.

Prosecutors are now investigating whether that pledge was a lie and, if so, whether it constituted fraud against the United States. They are also asking whether laws against trafficking and distribution may have been violated.

We've learned that authorities are looking into one particular drug test taken in 2001. We asked Armstrong's close teammate Tyler Hamilton about that test that came during a race in Switzerland.

"As you know, Lance Armstrong has repeatedly said that he has never doped and that he's never failed a doping test. Do you have any reason to doubt his claim that he's never failed a test?" Pelley asked.

"Yeah. I know he's had a positive test before," Hamilton said.

Hamilton told Pelley that Armstrong tested positive for EPO. Asked when and where, he said, "I mean, it's hard for me to talk about this, you know? Ah, Tour of Switzerland. 2001."

"How do you know he had a positive test?" Pelley asked.

"He told me," Hamilton said.

It was June 2001; The Tour de Suisse was a warm up race for the Tour de France. A positive test would keep a rider out of the big event, but Hamilton says Armstrong wasn't worried.

"He was so relaxed about it and he kinda just said it off the cuff and kinda laughed it off that it helped me sorta stay relaxed because obviously, if he had a positive test, the team's gonna lose the sponsorship, I'm gonna lose my job. Not only am I gonna lose my job but, you know, 50 to 60 other people are gonna lose their jobs. Probably won't get to do the Tour de France. There were a lotta consequences to a positive test," Hamilton said.

"But, there don't seem to have been any consequences," Pelley remarked.

"No," Hamilton said.

Asked what happened, Hamilton said, "People took care of it."

Asked what that means, Hamilton told Pelley, "I don't know all the exact details. But I know that Lance's people and the people from the other side from, I believe from the governing body of the sport figured out a way for it to go away."

"Why do you say that? How do you know that?" Pelley asked.

"I was told this," Hamilton replied.

Asked by whom he was told this, Hamilton said, "Lance."

The sport is governed by the International Cycling Union, also known as the UCI. The incident is under investigation by federal prosecutors and by the United States Anti-Doping Agency.

"60 Minutes" has obtained a letter that was sent from the U.S. Anti-Doping Agency requesting information from the Swiss lab that did the test. That letter reveals that the lab found the initial test of a urine sample "suspicious" and "consistent with EPO use." We have also learned that the lab director met with Johan Bruyneel, the U.S. Postal Service team's manager, and Armstrong.

Such a meeting would be highly unusual according to David Howman, the director general of the World Anti-Doping Agency.

"What would be wrong with either the athlete or the athlete's coach being in this meeting with the lab director?" Pelley asked.

"You can't have a situation where you have athletes going and having one-on-one conversations with lab just for the mere perception that that would be wrong. We can't have a situation where athletes get preferential treatment, preferential information, or even meetings of that nature," Howman said.

We are told that the Swiss lab director has given a sworn statement to the FBI. An official familiar with the investigation says that the lab director told the FBI that a representative of the International Cycling Union wanted the matter of the suspicious test to go no further. The lab director also said that the meeting with Bruyneel and Armstrong was arranged by the International Cycling Union itself.

The lab director says that testing procedures were discussed during that meeting, which Howman believes could be very valuable to someone seeking to beat the test.

"The sophisticated doper can beat the tests...if he knows what he's doing," Pelley remarked.

"Yes," Howman said. "I've used the example of Marion Jones to exemplify that. She ran for many years, won many events. I think gave more than 160 samples for analysis. Not once did she test positive. She held her hand up and said, 'I have tested hundreds of times and never tested positive.' What did that mean? Nothing."

"And after a criminal investigation, she finally admitted that she had been using performance-enhancing drugs," Pelley pointed out.

"And went to jail. And served her time," Howman said.

Whether or not Armstrong was able to get preferential treatment, there is something else that concerns Howman: around the time the International Cycling Union (UCI) arranged that unusual meeting, Armstrong donated $25,000 to the UCI -- the same organization that polices doping.

Three years later, he announced another $100,000 donation. Armstrong says that he was supporting anti-doping efforts

"It doesn't look good when you are effectively giving money to the people who have your fate in their hands. And the testing program," Howman said.

Asked if other cyclists have done the same thing, Howman said, "Not to my knowledge. I have not heard of any other athlete in any other country in any other sport having done that. It's unique."

Asked if it's inappropriate, Howman said, "Totally inappropriate, I would have thought."

The International Cycling Union strongly denies that Armstrong's donations were inappropriate. We asked the International Cycling Union to provide us with the test results from the 2001 Tour de Suisse. They said they couldn't because of rider confidentiality.

However in a letter given to us by Armstrong's attorney, UCI said "none of the samples reported positive...belongs to Mr. Lance Armstrong."

We have learned that another focus of federal authorities is the relationship between Armstrong and Michele Ferrari, an Italian doctor and famous trainer of top cyclists.

"Armstrong has always maintained that Dr. Ferrari provided him with a training regimen and never ever gave him performance enhancing drugs. Based on your personal knowledge, is that true?" Pelley asked Tyler Hamilton.

"I can't say I saw Michele Ferrari ever give Lance Armstrong performance enhancing drugs. But, do I know for a fact that they talked about performance enhancing drugs and how to take it and when and when, how, and why? Yes," Hamilton said.

"And how do you know that?" Pelley asked.

"'Cause I heard it," Hamilton said.

"You were there?" Pelley asked.

"Yeah, yeah," Hamilton said.

"Those conversations were about what?" Pelley asked.

"Drugs. I mean, a lotta other things. Michele Ferrari is (an) amazing coach, a trainer. He's a brilliant guy. He taught Lance how to train properly. Obviously, in cycling there's more than just training and resting and eating correctly. There's one more element, the doping part. And he gave him, you know, a doping schedule," Hamilton said.

Hamilton told us that he too worked with Ferrari for about a year and received a doping schedule for taking EPO. Ferrari declined to comment. He was banned from the sport by the Italian cycling federation in 2002. Armstrong says that he ended his professional relationship with Ferrari in 2004. But Italian investigators say that there is evidence Armstrong and his representatives continued making large payments to Ferrari through 2010.

As we said, Armstrong declined to appear in this story, so we've put together several things that he's said about doping in the past, in his own words.

This is 2001: "I have the facts on my side and that's what they don't know, what they've done is, they've written, as I said, they've written the conclusion and then they've tried to fill in the rest, with a house of cards and with speculation and with innuendo. Explain to me how we've passed so many tests if we're so dirty and they don't want to answer that question and that's not fair."

This is a news conference in 2004: "We got nothing to hide, we know that, everybody knows that, we've, we've proven time in and time out that that we're clean and I can tell you that the controls today in cycling in 2004 are a hell of a lot more than they ever were before and they're a lot more than any other sport."

And finally, Armstrong said this last year, when another former teammate, Floyd Landis, accused him of doping: "It's his word versus ours. We like our word, we like where we stand, we like our credibility."

Hamilton left Armstrong and the U.S. Postal Service team in late 2001 to lead a competing team; in 2004 he went on to win a gold medal for the United States at the Athens Olympics.

"It was just an amazing feeling. I was ecstatic and I slept with the gold medal on the coffee table right next to the bed. I remember wakin' up that first night and waking up thinking, like, 'Was that just a dream?' and looking over and there it was and, like, 'Wow, this was real,'" Hamilton remembered.

But the dream didn't last. Not long after the Olympics, questions were raised about whether he was doping.

Asked if he was doping at the Olympics, Hamilton told Pelley, "For the Olympics, no. But it's possible, you know, through residual effects from previous races that there was some performance enhancement."

At a race, weeks later, Hamilton tested positive for blood doping and when asked about it under oath, he denied that he had ever doped and said that there was no doping program on the U.S. Postal Service team.

"I felt like if I told the truth, 'Yeah, I doped before, doin' EPO and testosterone and occasional transfusion of my own blood,' then I woulda had to open the doors and tell the whole truth, not just a little bit of the truth, but the whole truth. And I would've taken down a lotta people in the sport, lotta old friends, teammates, coworkers, staff members. And, you know, I kept my mouth shut. And it was for the sake of the sport. I didn't wanna hurt it any worse than it's been hurt," Hamilton said.

Hamilton was suspended from cycling for two years and retired in 2009 after testing positive for a banned steroid that he says was contained in an herbal supplement that he was taking to combat depression. Today, even the high points of his career - including the gold medal - are bad memories.

"I don't even like to look at the gold medal anymore 'cause it makes me sad, makes me sad about all the things I've gone through in the sport of cycling. It's just packed away in a safe. I don't go around and show it to people with a lotta pride. The culture of the sport really ruined those feelings for me," Hamilton said.

In anticipation of this broadcast, last Wednesday, Hamilton decided to surrender his Olympic gold medal to U.S. anti-doping authorities. As for his next chapter, Hamilton just turned 40, he's writing a book and coaches young riders in the sport that he still loves.

For many years, cycling enforced a code of silence. As long as riders were outpacing the science of testing, it was in no one's interest to talk about the illicit edge that many enjoyed. In the pack of riders known as the peloton, Armstrong was protected by his loyal lieutenants George Hincapie and Tyler Hamilton.

Now that both men have testified to federal investigators, it will be up to the grand jury to decide whether to bring criminal charges, whether the allegations of cheating have overtaken the legend.

© 2011 CBS Interactive Inc.. All Rights Reserved.

# EXHIBIT R



# Ex-teammate Hincapie reportedly tells feds Armstrong used PEDs

Posted 5/20/2011 8:58:38 PM |

NEW YORK (AP) — A report by *60 Minutes* says George Hincapie, a longtime member of Lance Armstrong's inner circle, has told federal authorities he saw the seven-time Tour de France winner use performance-enhancing drugs.



Christophe Ena, APIn the past two days, two former teammates have accused Lance

Armstrong of doping.Enlarge

By Christophe Ena, AP

In the past two days, two former teammates have accused Lance Armstrong of doping.

A segment of the report aired Friday night on the *CBS Evening News*, one day after it broadcast an interview with another former member of Armstrong's U.S. Postal Service team, Tyler Hamilton, who said he also used

PEDs with Armstrong.

Hincapie has often been depicted as one of Armstrong's most loyal teammates and was with him for all seven Tour victories. In an interview last year, Armstrong said Hincapie was "like a brother to me."

**ALLEGATIONS:** Tyler Hamilton accuses Armstrong of doping

**HAMILTON:** 2004 Olympian returns gold medal to USADA

Hincapie is among a number of former Armstrong teammates and employees who have appeared before a federal grand jury in Los Angeles investigating doping in cycling. Hamilton said he testified for six hours before the panel.

Armstrong has never tested positive and has steadfastly denied doping.

Using unidentified sources, *60 Minutes* reported that Hincapie testified that he and Armstrong supplied each other with the endurance-boosting substance EPO and discussed having used another banned substance, testosterone, to prepare for races. Citing the ongoing investigation,

Advertisement



Print Powered By  FormatDynamics™



Hincapie declined to be interviewed by *60 Minutes*, which will air its piece on the Armstrong investigation at 7 p.m. ET Sunday.

Reached by the Associated Press at the Tour of California in Solvang, Hincapie said he didn't want to talk about the *60 Minutes* report.

"It's just unfortunate that that's all people want to talk about now," he said. "I'm not going to partake in any cycling-bashing. I have done everything to be the best I can be. ... I want the focus on the future of the sport, what it's done to clean itself up. I believe in cycling and want to support it."

Later, Hincapie released a statement through his attorney: "I can confirm to you that I never spoke with *60 Minutes*. I have no idea where they got their information. As I've said in the past, I continue to be disappointed that people are talking about the past in cycling instead of the future. As for the substance of anything in the *60 Minutes* story, I cannot comment on anything relating to the ongoing investigation."

Asked to comment on the newest *60 Minutes* report, Armstrong spokesman Mark Fabiani said: "We have no way of knowing what happened in the grand jury and so can't comment on these anonymously sourced reports."

The Hincapie and Hamilton revelations come a year after Floyd Landis, who had his 2006 Tour title stripped for using steroids, turned the focus of the feds' cycling investigation onto Armstrong, claiming he and Armstrong had both used drugs while on the U.S. Postal team.

But while Hamilton and Landis have credibility problems that Armstrong has pointed out — both cyclists denied using drugs for years before changing their story and implicating Armstrong — there aren't nearly as many issues with Hincapie.

The 37-year-old cyclist from New York has no known positive tests. He was on the Postal team even before Armstrong and, once Armstrong joined it, the two were frequent roommates on the road.

When Landis alleged that drug use was common on the U.S. Postal team — and included Hincapie among those who doped — Hincapie responded by saying, "It bothers me, because I've been doing this for 17 years and never heard anything bad about me."

After CBS aired the Hamilton interview Thursday night, the cyclist gave his 2004 Olympic gold medal back to the U.S. Anti-Doping Agency, which said it is working with the International and U.S. Olympic committees on an investigation.

Advertisement



Print Powered By FormatDynamics™



*60 Minutes* also released an excerpt from another Armstrong teammate, Frankie Andreu, who said he took banned substances because lesser riders he believed were doping were passing him during races.

"Things were just getting faster and faster and sprinters were getting over the big mountains and winning, you know, climbing stages," Andreu said in the interview. "There's 200 guys flying over these mountains and you can't even stay in the group. And it's just impossible to keep up. And it's like, 'What the hell's going on here?' "

After the Hamilton and Andreu interviews went public, Armstrong launched a website refuting the claims and calling into question the credibility of Andreu, Hamilton and Landis. He also posted a letter addressed to CBS News, calling the *60 Minutes* reporting "disgraceful journalism."

Meantime, a pair of Armstrong's former European teammates told the AP they had no knowledge of doping within the ranks of the U.S. Postal team.

Pascal Derame, a Frenchman who was on the 1999 Tour-winning team with Armstrong, said he never saw Armstrong dope, but also conceded he wasn't in the cyclist's inner circle. Steffen Kjaergaard of Norway, who rode for U.S. Postal in 2000 and 2001, said he didn't feel any pressure to dope and "didn't have any hints — 'You should do this. You should do that.' "

*Copyright 2011 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

*For more information about reprints & permissions, visit our FAQ's. To report corrections and clarifications, contact Standards Editor Brent Jones. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.*

Advertisement



Print Powered By **Format Dynamics**

# EXHIBIT S

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

JOHN W. KEKER

May 31, 2011

**Via Electronic Mail**

Jeffrey Fager, Chairman
CBS News
555 W. 57th Street
New York, NY 10019

Re:     May 22 Broadcast of 60 Minutes

Dear Mr. Fager:

We write to demand that *60 Minutes* explain to viewers that the assertion made in your May 22, 2001 broadcast that Lance Armstrong tested positive for a banned substance in 2001 Tour of Switzerland was incorrect, false, and broadcast in error. We also demand that you issue an on-air apology to Mr. Armstrong for the demonstrable falsehood that you recklessly presented, and then bolstered with other untrue assertions and facts taken out of context.

A centerpiece of your May 22nd broadcast was the allegation that Mr. Armstrong tested positive for EPO during the 2001 Tour of Switzerland. *60 Minutes* provided a forum for Tyler Hamilton to state that Mr. Armstrong had tested positive at the Tour of Switzerland, 2001 and that "people took care of it" and "figured out a way for it to go away." Host Scott Pelley then attempted to bolster Mr. Hamilton's allegation with a letter leaked from a government investigator to "the Swiss lab that did the test. That letter reveals that the lab found the initial test of a urine sample 'suspicious' and 'consistent with EPO use.'" Then, host Pelley alleged, based on an anonymous source, that "we have also learned that the lab director met with Johan Bruyneel, Postal's manager, and Lance Armstrong. Such a meeting would be highly unusual according to David Howman, the director general of the world anti-doping agency." Finally, host Pelley suggested bribery on Mr. Armstrong's part, when he reported that "around the time the International Cycling Union arranged that unusual meeting, Armstrong donated 25 thousand dollars to the cycling union—the same organization that polices doping. Three years later he announced another one-hundred thousand dollar donation."

We alerted *60 Minutes* producers in advance of the show that virtually **every single one** of these allegations was false. We provided evidence to prove it, and we warned CBS that the

Jeffrey Fager
May 31, 2011
Page 2

defamatory message that it sought to convey was an outrage.  *60 Minutes* went ahead with the broadcast anyway.

Now, just one week after the broadcast, further factual proof has come to light, demonstrating beyond doubt that the factual assertions at the heart of the *60 Minutes* broadcast were false.  Stripped of its factual moorings, the show's final allegation of bribery was nothing more than a hatchet job.

> ### There was no positive test result for Lance Armstrong at the 2001 Tour of Switzerland

Needless to say, the core of the claim regarding a positive test in 2001, a suspicious meeting with a lab director, a cover-up, and Mr. Pelley's suggestion of bribery was Tyler Hamilton's assertion that Mr. Armstrong had a positive test during the 2001 Swiss tour. That allegation, upon which 60 Minutes' defamatory house of cards was built, is simply not true.  A record of all positive tests recorded during that race demonstrates that Mr. Armstrong did not test positive.  Furthermore, stage-by-stage leader results for the race demonstrate Mr. Armstrong would have been tested no less than five separate times during the race.  Had there been a positive test, it would be easy to prove.  Indeed, the absence of a positive test is easy to prove.  Your story was based on a falsehood.

> ### There was no secret meeting at the Swiss lab during the Tour of Switzerland involving the lab director, Mr. Armstrong and Johann Bruyneel

According to the *Washington Post*, "the Swiss lab director who has attracted the attention of federal and anti-doping investigators trying to determine whether Lance Armstrong covered up a positive drug test for erythropoietin (EPO) from the 2001 Tour de Suisse said Friday there was no positive test and no clandestine meeting between him and Armstrong and, as far as he knew, appropriate drug-testing procedures were followed." ["Swiss lab director says he found no positive result for Lance Armstrong," May 27, 2011].

According to the *Washington Post*, "Saugy also said that a meeting he had with Armstrong and Johan Bruyneel regarding EPO testing occurred in 2002, about a year after the 2001 race, and had nothing to do with results from the '01 race.  He said it was part of an attempt to provide general education on a new testing method that had been controversial with athletes because of early problems.  Indeed, in 2001 a positive EPO test of a world-class middle distance runner was thrown out because the testing method used hadn't been properly certified.  'The meeting was organized one year later at a period when the test was very much criticized by the sport and the scientific community,' Saugy said.  'The meeting was organized.   .   .by UCI in respect to the transparency

Jeffrey Fager
May 31, 2011
Page 3

needed or requested by the athletes in general on the methods of detection of doping from the labs.'" [*Washington Post*, May 27, 2011]

According to a separate report, "Saugy said that the meeting did not take place at the Swiss lab -- as stated by Hamilton in the *60 Minutes* TV show -- but during a trip made to collect blood samples. 'And it also wasn't about discussing a particular result or to cover up anything. I explained how the EPO test worked and why there were suspect samples as well as positive ones. This information was part of a lecture that I had been giving in various locations.'" [*Cycling News*, May 27, 2011]

In other words, not only was there no positive test in the 2001 Tour of Switzerland, as you falsely reported, but there was no 2001 meeting with the lab director to cover it up, as you also falsely reported. In this regard, Mr. Pelley's on-air interview with Mr. Howland of WADA about how unusual such a meeting with a lab director was, simply created an innuendo of improper conduct from pure fiction. Certainly in the absence of either a positive test, or any 2001 meeting with the lab director, Mr. Pelley's discussion of how suspicious and unusual the meeting was were untethered to reality, and instead broadcast solely to create the desired defamatory effect.

> **There was no cover-up of any test result by Mr. Armstrong or anyone else**

Dr. Saugy has now told reporters that "I never suspect mishandling of the result by UCI. It was not a positive result. The same [actions] would occur today." [*Washington Post*, May 27, 2011]

> **Lance Armstrong did not attempt to influence the UCI with his charitable contributions**

In the absence of a positive test, in the absence of a suspicious test, and in the absence of an unusual meeting, the suggestion by host Scott Pelley that Mr. Armstrong's charitable contributions to the UCI were corrupt is the baseless icing on the defamatory cake.

Simply put, the allegations at the very core of the *60 Minutes* broadcast are untrue. 60 Minutes built its story on a series of falsehoods, and then took one fact, Mr. Armstrong's contributions to UCI, and presented them in a false light. What is particularly disturbing is that 60 Minutes had access to the true facts, could easily have verified them, and apparently chose instead to broadcast untruths and then layer innuendo on top of the falsehoods. There was no positive test belonging to Lance Armstrong. There was no suspicious test result belonging to Lance Armstrong. There was no meeting at the Swiss lab to talk about any test results. There was no bribery to cover up something which had never occurred.

Jeffrey Fager
May 31, 2011
Page 4

    In the cold light of morning your story was either extraordinarily shoddy, to the point of being reckless and unprofessional, or a vicious hit-and-run job.  In either case, a categorical on-air apology is required.

          Very truly yours,

          JOHN W. KEKER
          ELLIOT R. PETERS

JWK/blc

557877.01

# EXHIBIT T

# Lab chief told feds of suspicious Armstrong test

**By Greg Risling**

**Associated Press / June 2, 2011**

LOS ANGELES—The director of the Swiss anti-doping laboratory informed federal authorities last fall that Lance Armstrong's test results from the 2001 Tour de Suisse were "suspicious" and "consistent with EPO use," The Associated Press has learned.

Martial Saugy made the statement in September, according to a person familiar with the investigation, who spoke on condition of anonymity because he was not authorized to speak publicly about the case.

The revelation came to light Wednesday as attorneys for Armstrong demanded an on-air apology from CBS'
"60 Minutes" after Saugy told a Swiss newspaper that the lab found suspicious levels of EPO, a blood-boosting drug, in four urine samples from the race Armstrong won. But Saugy said he didn't know if any belonged to the seven-time Tour de France winner.

That was contrary to what he said in his statement made to officials from the FBI, the Food and Drug Administration and anti-doping authorities, the person familiar with the investigation told the AP. Though Saugy was not under oath, there are potential legal ramifications for lying to authorities working on a federal probe.

"60 Minutes" first reported that Saugy told U.S. officials and the FBI that there was a "suspicious" test result from the 2001 Tour de Suisse. "This was confirmed by a number of international officials who have linked the `suspicious' test to Armstrong," CBS News Chairman and "60 Minutes" executive producer Jeff Fager said in a statement.

In a letter sent to Fager, lawyer Elliot Peters said the May 22 segment about the Austin cycling great was built on a series of falsehoods, and he accused the reputable CBS show of sloppy journalism.

"In the cold light of morning your story was either extraordinarily shoddy, to the point of being reckless and unprofessional, or a vicious hit-and-run job," Peters wrote. "In either case, a categorical on-air apology is required."

Fager said the network stood by its story.

"60 Minutes" also reported there was a meeting between Saugy, Armstrong and the manager of his U.S. Postal team, Johan Bruyneel. On Wednesday, the person familiar with the investigation told the AP that Saugy confirmed to officials investigating doping in cycling that, after learning of the test results, he met with Armstrong and Bruyneel, at the direction of the International Cycling Union.

David Howman, director general of the Montreal-based World Anti-Doping Agency, confirmed to the AP that Saugy had talked to him about suspicious results from the 2001 Tour de Suisse and an ensuing meeting set up by UCI that included people Saugy "didn't anticipate" would be there.

Armstrong attorney Mark Fabiani criticized the AP's reporting saying:

"In an investigation characterized by unlawful leaks, it is amazing how quickly the leaker responded to today's `60 Minutes' letter, by reaching out to the AP in Los Angeles, and leaking some more. It is time for the press to stop giving comfort to this lawless form of character assassination and name names. Who is leaking this information? Whoever is doing so is committing a crime and should be investigated for it."

Saugy didn't respond to an email asking for comment.

Federal officials are now in their second year of investigating doping in cycling. A Los Angeles-based grand jury is hearing evidence that could lead to charges of fraud, conspiracy and drug trafficking against Armstrong and his

team.

Armstrong has denied doping, long invoking the fact that he has never tested positive.

A "suspicious" test "consistent with EPO use," is not a positive, though anti-doping authorities prefer to see the data from such a test.

The AP has learned that on three occasions, Saugy told authorities about the Armstrong tests and had agreed to turn over the results to anti-doping officials. But he never produced them, which prompted the U.S. Anti-Doping Agency to send him a letter in April asking for the evidence.

The letter was obtained by "60 Minutes," which also aired an interview with Tyler Hamilton, a former Armstrong teammate, who said the champion cyclist had told him that he had tested positive at the 2001 Tour de Swiss, but that it wouldn't be a problem because "people took care of it."

The Hamilton interview reasserted allegations made a year earlier by Floyd Landis, another former teammate of Armstrong's.

After the "60 Minutes" segment ran, Armstrong's camp launched a website that produced documents from the Swiss lab, which provided all of its positive tests from the race between 2001 and 2003. Armstrong's initials aren't next to any of the positives.

However, missing in that batch are the results from Armstrong's 2001 tests -- results that do, in fact, exist, according to the statement Saugy is said to have given federal authorities.

In his interview with the Swiss daily Neue Zurcher Zeitung last week, Saugy confirmed meeting with Armstrong and Bruyneel but not in connection with a suspicious test result.

Howman told "60 Minutes" for its broadcast and the AP that any meeting between those parties would have been inappropriate.

"It was a unique situation and in those circumstances, it's not appropriate for athletes or an athlete's entourage to be meeting with lab operators," Howman said Wednesday. "Even if the meeting is as innocent as the day is long, the perception it gives to other athletes and members of the public is wrong, because the principle of anonymity is what we rely on with labs."

The UCI, in a statement issued shortly after the "60 Minutes" piece aired, said it "categorically rejects" Hamilton's allegations that it helped cover up a positive drug test by Armstrong.

© Copyright 2011 Associated Press. All rights reserved. This material may not be published, broadcast, rew ritten, or redistributed.

# EXHIBIT U

**The New York Times** Reprints



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.

June 14, 2011

# Armstrong Encounter Draws Scrutiny by F.B.I.

**By JULIET MACUR**

The F.B.I. has requested surveillance video from a Colorado restaurant to glean more information about a recent confrontation there between Lance Armstrong and his former teammate Tyler Hamilton, according to a restaurant co-owner.

Jodi Larner, a co-owner of the French restaurant Cache Cache in Aspen, said in a telephone interview Tuesday that she spoke to an F.B.I. agent in the morning and that he told her she would be subpoenaed for the surveillance tape.

Federal authorities, who for a year have been investigating Armstrong on suspicion of crimes relating to doping, are looking into whether the encounter between Hamilton and Armstrong on Saturday night constitutes witness tampering, said a person briefed on the matter. That person spoke on condition of anonymity because he did not want to jeopardize his access to delicate information.

A federal investigator working on the case declined to comment.

Hamilton, one of Armstrong's teammates on the now-defunct United States Postal Service squad, is one of the witnesses in the case against Armstrong. Last year, he testified against Armstrong to a federal grand jury in Los Angeles. In an interview last month with the CBS program "60 Minutes," he also described a secretive systematic doping scheme by the Postal Service team.

Armstrong, who has a house in Aspen, eats at Cache Cache about three times a week, Larner

said. Hamilton, in Aspen as part of an event sponsored by Outside magazine, was dining on the restaurant's patio Saturday night.

Larner, a friend of Armstrong's, said the videotape would have images only from the kitchen area of her restaurant, so she doubted that it would help the F.B.I., she said, because the confrontation occurred in the bar area.

"I wish I had the incident on tape, so the whole world could see what happened between Tyler and Lance and shut up about it already," she said. "It was a non-event."

Hamilton, a 2004 Olympic gold medalist, was on his way to see a friend at the bar when he and Armstrong came face to face, said Chris Manderson, Hamilton's lawyer. Armstrong threw out his arm to block Hamilton and began berating him, Manderson said.

"Would you feel threatened if someone said to you, 'We're going to destroy you on the witness stand and we're going to make your life a living hell?' " Manderson said. "Not a lot of shades of gray there."

On Monday, Manderson contacted federal authorities to notify them of the incident. He said they spoke to him about the issue more than once that day. As of Tuesday afternoon, Armstrong had not been contacted by any federal authorities seeking his side of the story.

Larner said Armstrong and his girlfriend, Anna Hansen, were having tequila drinks at the bar with Larner and two other friends when Hamilton walked by the bar at about 10 p.m. Armstrong stopped him and said, " 'Hey, dude,' in a very sarcastic tone," and Hamilton, looking shaken, tried to hug Armstrong, Larner said.

Larner said that she did not hear the rest of the conversation, but that Armstrong never left his barstool while he and Hamilton spoke.

Tony DiLucia, a patron and local real estate broker who was standing next to Armstrong and Hamilton, also said he could not hear the conversation. He said, though, that he could tell by body language that the exchange was not combative.

"It looked like two guys having an intense conversation, but Lance never stood up and

Hamilton just stood there," said DiLucia, who is friends with Larner. "In my honest estimation, I never saw any aggressive stuff happen at all. If things were heated, you'd figure Lance would at least get up."

After the confrontation, DiLucia was invited to sit down with Armstrong to have drinks with him. Hamilton went back to his patio table and had coffee and dessert.

Larner said she told Hamilton later Saturday night that he was not welcome back at her restaurant because the group he was with did not tip its server.

The next day, she said, she returned to work to find threatening voice mails on the restaurant's answering machine because she had stood up for Armstrong on Saturday night. She said she planned to contact the local sheriff about them.

Mark Fabiani, a spokesman for Armstrong, said he and Armstrong had nothing to add to the bystanders' accounts of the incident.

*Michael S. Schmidt contributed reporting.*

# EXHIBIT V

# Armstrong doping probe nearing end

**By JOHN LEICESTER and ANDREW DAMPF | THE ASSOCIATED PRESS | Posted: Saturday, November 20, 2010 12:00 am**

PARIS — A U.S. federal probe into doping in cycling, including whether Lance Armstrong cheated, appears to have made significant headway and is getting closer to its end, say officials who attended or were briefed on meetings between European and American agents this week at Interpol headquarters.

The size of the U.S. delegation, larger than previously known, and the fact that it traveled all the way to France for two days of talks with police officers and other officials from at least three European countries where Armstrong and some of his teammates have competed, trained and lived, was in itself an indication of the importance of the snowballing probe, European officials said.

One European participant said he'd been expecting to meet no more than two or three people at Interpol's high-security compound in the south-central French city of Lyon. He was surprised to be ushered into a conference room where at least a half-dozen American officials were arrayed across the table.

This official said he told himself: ''This is no joke. This is serious, this is hard-nose. It was not a sightseeing trip.''

The official and other participants at the talks or those briefed on them spoke to The Associated Press on condition of anonymity in part because the U.S. delegation requested that the meetings not be discussed publicly. Several European officials said they were concerned that leaks could jeopardize the judicial process and do not want to endanger the probe by talking about it openly and in detail.

''This is a very complex procedure and it can only work within a judicial frame,'' said one European who met with the Americans.

While federal authorities have not disclosed who they are scrutinizing, dozens of interviews by the AP with people involved in the case have pointed to a broad investigation that began with cyclists who had records of doping. It then turned toward Armstrong, who won the Tour de France a record seven times and has consistently denied using performance-enhancing drugs. He has hundreds of clean doping tests as evidence.

At Interpol's glass and concrete headquarters, which is guarded by an electric fence, security cameras and police, U.S. investigators did not go into detail with the Europeans about their

findings, which cyclists they are focusing on or what evidence they have gathered, two European officials said.

 However, both came away with the firm impression that the U.S. probe has moved well past its opening stages. One said it appeared to be nearer its end than its beginning. Both said the Americans did not seem to be looking to Europe for evidence upon which to build their whole case.

 Instead, the U.S. investigators were interested in how to obtain information that could support evidence already gathered in the United States. At least one meeting focused on the legal procedures that would need to be followed for evidence to be transferred from Europe to the United States, said a senior police officer briefed on the talks.

 One of those leading the probe is federal agent Jeff Novitzky, who hounded baseball star Barry Bonds for years and wrung a confession from disgraced Olympic sprinter Marion Jones.

 ''He's going through all of Europe's trash cans. And sometimes you find things in a trash can,'' one participant said of Novitzky. ''They need supplemental proof to back up everything they have gathered.''

 The police officer added that U.S. investigators appeared to be building a significant case.

 ''As we say in our jargon, they have some marbles to play with,'' he said.

 Armstrong spokesman Mark Fabiani described the investigators' trip as wasteful and unnecessary.



# Lance Armstrong Doping Trial Ruling Looms

Recommend

**0**

Be the first of your friends to recommend this.

13 Comments

11:49am UK, Wednesday January 26, 2011

Orla Chennaoui, Olympics correspondent

## Cycling star Lance Armstrong will find out within weeks whether he is to stand trial on doping-related charges, Sky News understands.



The record-breaking seven-times Tour de France winner has been under federal investigation since last spring.

Sources close to the case have told Sky they now believe a grand jury will decide whether or not to issue an indictment within the next few weeks.

**Armstrong** has been the subject of investigation since his former team-mate and disgraced Tour de France winner **Floyd Landis** came clean last May about his use of performance-enhancing drugs.

Among the allegations made by Landis were that he was given the blood booster EPO and testosterone patches directly by **Armstrong**.

He also claims in the 2004 Tour de France, the team bus driver faked engine trouble so the entire squad could undergo blood transfusions on board, without fear of being watched.


Floyd Landis has come clean about his use of performance-enhancing drugs

While Armstrong has faced and vociferously denied doping allegations throughout his career, it is the first time he has come under the scrutiny of the federal authorities.

Their involvement is due to the fact that Landis' claims relate to a time when both riders were members of the US Postal Team, meaning they were effectively government employees.

Armstrong strongly denies all allegations against him.

Key to the case will be determining whether federal funds were used to purchase performance enhancing drugs for the team, thereby defrauding the US government.

The agent leading the investigation, Jeff Novitsky of the Food and Drug Administration, is best known for uncovering the Balco scandal.

It's absolutely legitimate to question his motives and question what he's saying, but also to listen and judge whether it's true.

*Paul Kimmage, Sunday Times correspondent and former cyclist*

That case saw the British sprinter **Dwain Chambers** banned for two years for doping and eventually saw Olympic athlete Marion Jones sentenced to jail.

Many have questioned the motives of Landis for speaking out now.

One journalist who is convinced he is telling the truth is former cyclist Paul Kimmage.

The Sunday Times correspondent has been a long-standing critic of Armstrong and is one of the few journalists to have been given an interview with Landis, due to be published this weekend.

"I'm in no doubt he's telling the truth. I don't think you could make it up," Kimmage told Sky.

"It's absolutely legitimate to question his motives and question what he's saying, but also to listen and judge whether it's true."



# No decision soon in long-time Armstrong probe

Posted 02/12/2011 03:22:00 PM |

**By Pete Yost, Associated Press**

WASHINGTON — News reports since last autumn have said criminal charges against seven-time Tour de France champion Lance Armstrong could be just around the corner. But a decision on whether to indict America's most famous cyclist in a performance-enhancing drug case is not imminent and the federal investigation has encountered serious hurdles, according to lawyers familiar with the matter.

What is clear is that it will be some time before the probe ends and a decision is made.

One of Armstrong's former teammates, Floyd Landis, made headlines last May when he accused Armstrong of cheating to win by doping and teaching others how to beat drug testing. Speculation ran rampant that criminal charges soon would follow. They didn't.

A grand jury investigation based in Los Angeles appeared to be moving fast last summer. Then the published reports emerged. The new year and the Super Bowl, both reported target dates for a decision, came and went without charges.

In fact, the nine months since Landis made his allegations have served only to illustrate

the difficulty of translating them into legal charges.

Armstrong has never been found to have failed a drug test and there is a dispute over whether any forensic evidence exists that could be used against him. So far, Landis, whose credibility is open to question, is the only person to say publicly he saw Armstrong doping. Whether investigators have found other eyewitnesses among current or former Armstrong associates remains unclear.

Investigators have many more witnesses to interview, and the assistant U.S. attorney s upervising the investigation, Doug Miller, is set to handle an unrelated criminal case, according to lawyers familiar with the investigation.

The reports of an impending indictment led Armstrong's lawyers to reach out to the U.S. attorney's office in Los Angeles. Over the past month and a half, that office has assured Armstrong's legal team that no decision on whether to indict is imminent, according to the lawyers. They spoke on

Advertisement

Print Powered By **Format Dynamics**



condition of anonymity because the criminal probe is continuing.

In line with U.S. Justice Department policy, Armstrong's lawyers will get time to argue privately against indictment if the government decides to move toward charging their client, three of the lawyers said.

The only certainty is that it will be quite a while before the Armstrong probe ends.

Thom Mrozak, a spokesman for the U.S. attorney's office in Los Angeles, and Mark Fabiani, a spokesman for Armstrong, declined comment.

The lead investigator in the Armstrong probe, Jeff Novitzky, was instrumental in getting federal criminal charges filed against Major League Baseball home run king Barry Bonds and seven-time pitcher of the year Roger Clemens related to their alleged involvement with performance-enhancing drugs.

The Bonds trial is to begin in March; Clemens' case in July.

Armstrong, 39, stands near the end of a storied career, just as Bonds and Clemens did when they became the focus of investigations into doping.

But there's one major difference: The probe of Armstrong seems to lack a defining event, the kind that led to charges against Bonds, who is accused of lying to a federal grand jury, or Clemens, who allegedly lied to a congressional committee in a nationally televised hearing.

Armstrong, if anything, has been even more

vehement than Clemens and Bonds in denying he engaged in doping.

Plagued by a long history of abuse, the cycling world imposed drug testing long b efore MLB tightened its rules and tests. So Armstrong has been tested hundreds of times over the years for banned substances. He has never been found in violation.

In their hunt for a violation of law, investigators have covered a lot of old ground in Armstrong's life. Among the questions they have asked: Did Armstrong lie about drug use in a civil suit in a Texas state court in 2005? Did he admit to doctors 15 years ago that he used performance-enhancing drugs?

Starting in the late 1990s, did Armstrong defraud the U.S. Postal Service, a team sponsor, by colluding with teammates to cover up doping? Did he engage in mail fraud and money laundering by trafficking in banned substances?

Armstrong's lawyers complain that their client is the focus of a criminal probe in

Advertisement



search of a legal theory.

"Typically, when federal prosecutors initiate investigations they already know the crime that they are investigating — drug dealing, public corruption, organized crime," said former federal prosecutor Michael Pelgro, who has no involvement to the Armstrong probe.

"Here it appears the prosecutors are trying to determine what the credible facts are and then trying to determine whether those facts amount to a federal crime," said Pelgro, now a private attorney in Boston who defends corporations and their executives in criminal investigations.

Landis took a banned performance-enhancing drug to win the Tour de France in 2006. He denied it for five years before changing his story last May at the same time he turned against Armstrong.

In between, Landis raised more than $1 million from now-former friends to fight the drug allegation and publish a book.

The Armstrong camp says Landis' motive is money — that he is seeking to cash in with a False Claims Act lawsuit aimed at potentially recovering millions of dollars from Armstrong for denying his own drug use.

With Landis' credibility at issue, lawyers on all sides agree Landis is unlikely to be called as a prosecution witness if charges were brought against Armstrong.

Landis' switch from denial to admission would be "fair game for cross-examination" by Armstrong's lawyers if prosecutors ever put Landis on the witness stand, said Brian O'Neill, a leading California trial lawyer at

Jones Day in Los Angeles.

Landis' accusations go beyond Armstrong to implicate the governing bodies of cycling.

For example, Landis said Armstrong and longtime coach Johan Bruyneel paid Hein Verbruggen, former president of the International Cycling Union, to cover up a 2002 test at the Tour de Suisse that purportedly showed Armstrong had taken the blood-booster EPO.

One problem: Armstrong won that Swiss race in 2001 but did not even compete there in 2002.

Verbruggen said there was never any positive test. The president of the International Olympic Committee, Jacques Rogge, said, "To my knowledge it is not possible to hide a positive result." The UCI issued a statement denying changing or concealing a positive test result. Bruyneel said, "I absolutely deny everything (Landis) said."

Verbruggen said Armstrong made one visit

Advertisement



to UCI headquarters at Aigle, Switzerland, in 2002 after the center's new indoor training track opened. "We had a lot of the pupils and youngsters there," Verbruggen said. "It was a great thing for them to be in the picture with him."

The French sports daily L'Equipe reported in 2005 that Armstrong samples from 1999 showed traces of EPO after being retested in 2004.

Dutch investigator Emile Vrijman, appointed by the UCI to investigate the handling of the urine tests by the French national anti-doping laboratory, said tests on the samples were conducted improperly and fell so short of scientific standards that it was irresponsible to suggest they "constitute evidence of anything."

But that wasn't the last word.

World Anti-Doping Agency chairman Dick Pound countered that the Dutch investigator's report is full of holes. The issue faded, only to be resurrected in the criminal investigation.

The investigation's most recent high-profile event was a trip by U.S. investigators to France in mid-November for two days of talks with police officers and other officials from at least three European countries where Armstrong and some teammates competed and were tested.

The Holy Grail in the Armstrong investigation would be credible witnesses who say they saw Armstrong take performance-enhancing drugs.

Three lawyers familiar with the probe said they believe prosecutors have heard from

witnesses who say they "understood" Armstrong was doping. But investigators are seeking harder and more incriminating testimony than that.

Even if investigators can overcome these obstacles and assemble evidence of a crime, prosecutors would have to enter a courtroom likely full of potential jurors well aware of Armstrong's compelling life story: A cancer survivor and sports hero whose foundation has raised millions to help others.

___

Online:

*Copyright 2011 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

*For more information about reprints & permissions, visit our FAQ's. To report corrections and clarifications, contact Standards Editor Brent Jones. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.*

Advertisement

Print Powered By [r] **FormatDynamics**™

*The New York Times*



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please **click here** or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

September 29, 2010

# Pressure Raised as Armstrong Allies Are Called to Testify

By JULIET MACUR

People inside Lance Armstrong's inner circle of friends and colleagues are being called to testify in front of a grand jury investigating suspected doping and fraud in professional cycling, raising the intensity of the inquiry into the possibility of Armstrong's involvement in crimes while he rode for the United States Postal Service team.

On Wednesday morning, Allen Lim, an exercise physiologist for Team RadioShack who has worked closely with Armstrong this year, testified before the grand jury in Los Angeles, according to The Associated Press.

Lim wrote in an e-mail to The A.P. that he testified "openly and willingly."

Next to testify is likely Kevin Livingston, a former Postal team rider who helped usher Armstrong through the mountains during two of Armstrong's seven Tour de France victories.

Livingston runs his Pedal Hard training studio in Austin, Tex., out of Mellow Johnny's Bike shop, which Armstrong co-owns. Livingston has been subpoenaed to appear in front of the grand jury, people close to the investigation said.

Thom Mrozek, a spokesman for the United States attorney's office for the Central District of California, declined to comment Wednesday on Lim's testimony, Livingston's coming testimony or any of the grand jury proceedings, which are done in secrecy.

In the coming weeks, though, the grand jury is likely to grow busier. Federal prosecutors are seeking an indictment by January, those close to the investigation said, because a statute of limitations for some of the suspected crimes expires that month.

The grand jury has already heard the testimony of several people who at one time were close to Armstrong. The former Postal rider Tyler Hamilton has already testified, as has Stephanie McIlvain, who worked with Armstrong as his liaison to the sunglasses company Oakley during the years he won the Tour.

Lim and Livingston, however, are the first people to testify who remain close to Armstrong.

On the United States Postal Service team, Armstrong and Livingston were clients of the Italian doctor Michele Ferrari, a trainer who had been charged with sporting fraud and malpractice before that conviction was overturned on appeal. Along with only a handful of other riders, Armstrong and Livingston were known to attend training camps together before each Tour.

When approached last week at Armstrong's bike shop in Austin, Livingston was reluctant to talk about his involvement in the case.

"What investigation?" Livingston said. "Sorry, I don't know. I can't talk about that. Who's mentioning my name? Who's saying I'm involved? Which other riders are mentioning my name?"

Another former Postal rider, who did not want to be identified for fear of retribution from Armstrong, said that every rider on Postal was aware of the doping that occurred on the team — particularly among the riders who rode the Tour and other top races.

This spring, Floyd Landis — who won the 2006 Tour but was stripped of the title for doping — publicly said that he participated in an organized doping program on the United States Postal Service team and that Armstrong and other Postal riders did, too. He has filed a federal whistle-blower lawsuit against Armstrong and other principals of the United States Postal Service team, claiming they defrauded the government.

After working as Landis's personal training adviser, Lim was hired by what is now the Garmin-Transitions team, an American-based team known for its tough stance on antidoping. He left Garmin at the end of last year to join the RadioShack team.

Copyright 2011 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top

   



**Questions remain for Lance Armstrong as cycling comeback winds down**
Bonnie D. Ford and T.J. Quinn [ARCHIVE]
ESPN.com
January 24, 2011
Comment on this story



Lance Armstrong's last international race on Sunday was not the farewell he must have envisioned when he returned to racing in 2009. After his 67th-place finish in Australia's Tour Down Under, Armstrong thanked the fans and then left without addressing reporters.

Armstrong clearly missed competition and also linked the final act of his athletic career with a global cancer awareness campaign. But his comeback stirred up accusations old and new, culminating with those made by former teammate Floyd Landis last spring, which enmeshed Armstrong in an ongoing federal investigation of performance-enhancing drugs in U.S. cycling.

For years, Armstrong has angrily and aggressively denied allegations that he ever doped, but with one more professional cycling race left on his schedule -- the Tour of California in May -- he soon may be forced to answer to the U.S. Department of Justice. Federal agents continue to look into his business connections and alleged doping history, and the U.S. Attorney's Office in Los Angeles could seek an indictment on fraud and conspiracy charges, possibly within the next few months, sources have said.

Some of the questions surrounding his case:

1. How is this case like the cases against Barry Bonds, Roger Clemens and other athletes?

It's only similar in the sense that it involves an athlete, performance-enhancing drugs and the lead investigator is Jeff Novitzky of the Food and Drug Administration. But this case would go far beyond those cases. Bonds and Clemens were indicted for allegedly lying about their PED use (Bonds before a federal grand jury, Clemens before Congress). This investigation is international and potentially involves scores of riders and support staff, executives and investors of several different management entities that owned and operated Armstrong's teams, and several corporate sponsors, chiefly the U.S. Postal Service -- which invested about $40 million in the team from the time Armstrong signed on for the 1998 season. Fraud charges would hinge on the contract language between USPS and Tailwind Sports, the management company, a legal area that wasn't an issue in BALCO. One more distinction is that some of the more sensational accusations leveled against Armstrong concern blood doping, or transfusing one's own blood to enhance oxygen processing. The practice is not illegal in the United States, but it is banned under the World Anti-Doping Agency code, and it will be interesting to see if and how prosecutors can build it into the case.

2. Has Lance Armstrong ever used performance-enhancing drugs?

Armstrong has unequivocally denied ever using PEDs and says he has never failed a drug test. It is true he has never "failed" a test in the sense that he has never been sanctioned for testing positive. But several people have said they either had firsthand knowledge of his use or heard Armstrong admit privately to doping, like Betsy Andreu, who testified in a lawsuit that she was present in a hospital room when Armstrong told a doctor he had used PEDs, and Steven Swart, a former teammate who said Armstrong encouraged their team to start using EPO, a banned drug that boosts the amount of oxygen in the blood and is difficult to detect. But the most damning allegations of late came from Floyd Landis, the cyclist who was stripped of his Tour de France title after a positive test and who admitted his own PED use last year.

Landis' allegations included the first eyewitness account by a rider that Armstrong physically handled or used PEDs or banned techniques. Landis said he received EPO and testosterone patches directly from Armstrong and also described an episode during the 2004 Tour in which the entire team had transfusions on the team bus. Other disputed circumstantial evidence dates back to the 1999 Tour. One of Armstrong's urine samples from that race showed trace amounts of a banned corticosteroid. The level of the substance wouldn't have triggered a sanction at the time, but when the result leaked to the French newspaper LeMonde, Armstrong's team produced a prescription to use the drug for saddle sores. Cycling authorities accepted the explanation, but years later Irish journalist David Walsh quoted a team staff member who said the prescription was filled out on the spot and backdated. Other samples from the 1999 Tour were re-analyzed in 2005 for research purposes. (A reliable test for EPO did not exist in 1999.) Testing in France revealed the presence of EPO in several samples -- results that were published in the daily sports newspaper L'Equipe after a reporter was able to match Armstrong's sample numbers to his identity. Armstrong attacked the methods and motives of the lab, and a report commissioned by international cycling authorities challenged the credibility of the re-testing. But at least one expert in the field, Australian researcher Michael Ashenden, has said he believes the test results are accurate. Sports Illustrated also reported last week that initial screens of several Armstrong drug tests during the 1990s showed excessive testosterone levels but that the findings were never confirmed, and Armstrong was never sanctioned.

3. Will disputed results of past tests be used as evidence?

Maybe, but that could be a slippery slope for federal investigators. One of Armstrong's arguments in disputing the EPO found in the '99 urine samples was that there was no way to prove the samples had been properly stored and secured against sabotage during the intervening years. Lawyers who defend athletes in doping cases have traditionally tried to exploit questions about the "chain of custody," portraying it as a vulnerable part of the anti-doping infrastructure. French authorities have Armstrong's samples from other Tours and have offered to turn them over to U.S. investigators, who hypothetically could have them re-analyzed here. Some media reports have speculated that a new, as-yet-unapproved anti-doping test for plasticizers -- an indication of transfusions -- could come into play. The prosecutors' decision on whether to go the scientific route would turn on their ability to defend not only the science but issues like chain of custody. But the government will have to prove both that doping took place and that there was a conspiracy to break the law.

4. How might the feds follow the money?

The USPS funds were paid to the management companies that operated the team in Armstrong's heyday -- initially Disson Furst Partners, then Tailwind Sports. Late in the Postal years, Armstrong's management company, Capital Sports & Entertainment, co-owned the team with Tailwind, and there was an overlap in executive leadership between the two. Those companies, in turn, would have disbursed some funds to a company owned by team director Johan Bruyneel that held the team's tangible property like bikes and motor vehicles. (This...
Next >



MORE NEWS & ANALYSIS

**ALL TOP NEWS**

NEWS BY SPORT

ANALYSIS BY SPORT

**Back to Top**

**ESPN Mobile Web Home**

**En Español**

**ABC News Headlines**

ESPN Alerts - Sign Up/Manage

Help and Feedback

Search

Patents

Terms of Use

Interest-Based Ads

Privacy Policy/Your California Privacy Rights

**SIGN IN**

# EXHIBIT W

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

July 14, 2010

# Armstrong Distances Himself From Doping Inquiry

By JULIET MACUR

CHAMBÉRY, France — Lance Armstrong, a focus of a federal investigation into possible fraud and doping on the now-defunct United States Postal Service cycling team, distanced himself from that investigation Wednesday, saying that he was just a rider for the team and had no knowledge of what went on within its management.

"The most glaring thing is the misconception that I was the owner of the team," Armstrong said before Stage 10 of the Tour de France, in which he is in 31st place over all. "That's completely untrue. No ownership, none at all."

Armstrong, a seven-time winner of the Tour, said he did not know the people who issued his paychecks when the team was sponsored by the Postal Service through 2004, only that they were signed by the company that owned the team, Tailwind Sports. He said he had "absolutely" no knowledge of how Tailwind used its funds during that time.

"It wasn't my company," Armstrong said. "I can't make it clear enough to you. I don't know. I didn't know the company. I didn't have a position. I didn't have an equity stake. I didn't have a profit stake. I didn't have a seat on the board. I was a rider on the team. I can't be any clearer than that."

When asked why he had not cleared up misconceptions about his role on the team years ago, Armstrong said, "I'm correcting that now."

Armstrong did gain an interest in Tailwind sometime in 2004, after the Tour, according to testimony in a lawsuit that Armstrong and Tailwind brought against SCA Promotions, an insurance company that was seeking to withhold a bonus from Armstrong because of doping allegations.

In testimony related to that lawsuit, Armstrong's agent, Bill Stapleton, said Armstrong was formally granted an 11.5 percent interest in the team sometime around the fall of 2004.

The Postal Service's contract ran from 1996 through the end of 2004. The Discovery Channel became the team's main sponsor in January 2005.

Federal authorities investigating possible fraud and doping charges against Armstrong and some of his associates recently issued grand jury subpoenas to witnesses, according to several people briefed on the case. The people spoke on the condition of anonymity because they did not want to be identified discussing a federal investigation.

Armstrong said Wednesday that he had not spoken with federal investigators, and had not received a subpoena.

The authorities are particularly interested in the people who dealt with the finances of the Postal Service squad.

Jeff Novitzky, a Food and Drug Administration agent who led the investigation in the Bay Area Laboratory Co-operative steroids case, is in charge of the cycling case and is trying to determine if Armstrong, his teammates, the owners or managers of his former team conspired to defraud their sponsors by doping to improve their performance and win more money and prizes. Authorities want to know if money from the Postal Service, an independent agency of the United States government, was used to finance doping.

Thom Weisel, the founder of Tailwind Sports and the owner of a San Francisco-based financial services company, declined to meet with a reporter who traveled to his hotel in Talloires, France, on Wednesday to discuss his role in Tailwind. He was staying at the hotel for a gathering of top USA Cycling donors.

Although Weisel founded the team, Stapleton's company, Capital Sports & Entertainment, managed it from the "winter, spring '03, '04," according to Stapleton's testimony in the SCA insurance case. That company also received an 11 ½ percent interest in Tailwind, Stapleton testified.

Armstrong said neither he nor Stapleton's company gained equity in the team until 2007. His personal lawyer, Tim Herman, said in a statement Wednesday that Armstrong received his first shares of common stock of Tailwind in December 2007.

Armstrong could not say Wednesday who the principals of that Postal Service team were, except for Weisel, whom he called the team's "spiritual leader," and Eddy Borysewicz, a former national team coach who Armstrong said was the director of the Postal Service squad.

"I never had any dealings, any dealings, with the Postal Service, zero, and I never made any assertions either way," Armstrong said. "That's the truth and that's what's in the contracts and that's what will come out."

Capital Sports & Entertainment's Web site says it had direct dealings with the Postal Service when it sponsored the team. "In its role as manager, C.S.E. handled all aspects of this legendary professional cycling team," including an $18 million annual budget, the Web site said.

Armstrong's current RadioShack team manager, the former Belgian rider Johan Bruyneel, helped Armstrong win his seven Tours — including the ones he won while on the Postal Service team. He is among the team officials and riders implicated in allegations by the former Tour winner Floyd Landis, who was stripped of that 2006 title for doping. Landis recently said that riders and officials on the Postal Service team had doped or encouraged doping while he was on the team in the early 2000s.

Bruyneel said last week that the Landis allegations were false.

Investigators have contacted other riders on the Postal Service team whom Landis accused of doping. Landis said Armstrong doped and that he encouraged his teammates to do so, too.

"As long as I live, I will deny it," Armstrong said. "There was absolutely no way I forced people, encouraged people, told people, helped people, facilitated. Absolutely not. One hundred percent."

Landis and at least two other riders on the Postal Service team — Frankie Andreu and a rider who did not want his name published because he still works in the sport — told The New York Times that they were doping while on that squad. But Armstrong said he was sure that none of his former teammates, other than Landis, would implicate him in any doping scheme. He said that if his teammates had doped, he had no knowledge of it.

"I can't speak to what they did themselves; I can't control that," he said. "It would be like me asking you, 'Listen, do you think there's any abuse of performance-enhancing drugs in the N.F.L. in the offensive line?' Most people would say probably yes. Does that mean Peyton Manning is guilty? I mean, I can't control what other riders do."

Armstrong said he would cooperate with any investigation and that he was "respectful of the process," but he hinted that he was not happy about the case.

"Do the American people feel like this is a good use of their tax dollars?" he said. "That's for them to decide. Like I said, as long as we have a legitimate and credible and fair investigation, we'd be happy to cooperate. But I'm not going to participate in any kind of witch hunt. I've done too many good things for too many people."

Armstrong, a cancer survivor who founded a foundation that advocates cancer research and support, said it would be "a shame" if the case affected his foundation or his efforts in the fight against cancer.

"It would be a shame for a lot of people," he said. "I can't control it. Other than clarifying some things, I hope that everybody can pay attention and understand the facts here."

The government rarely prosecutes individuals for using performance-enhancing drugs because

it is only a misdemeanor crime, but prosecutors have gone after people who have used such drugs in connection with other crimes, like the baseball player Barry Bonds and the track star Marion Jones.

Daniel C. Richman, a professor at Columbia University and a former federal prosecutor, said fraud can be difficult to prove.

"Fraud involves obtaining money through some type of misrepresentation or holding back important information," Richman said. "But proving it can be a complicated mess because you need to determine how and when things were said and what the mind-set of the person was."

Richman said even if Armstrong was not directly involved in ownership of Tailwind during the Postal Service years, he might still be implicated in fraud.

"If he is holding himself out as someone that was clean and he was profiting from it, it wouldn't have any impact on his exposure to fraud charges," Richman said. "It doesn't matter what official position he had or did not have with the company."

Copyright 2011 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  XML  |  Help  |  Contact Us  |  Back to Top

*PROBE LOOKS UNDER ROCK Daily News (New York) August 1, 2010 Sunday*

Copyright 2010 Daily News, L.P.



Daily News (New York)

**August** 1, 2010 Sunday
SPORTS FINAL EDITION

**SECTION:** SPORTS; Pg. 66

**LENGTH:** 1046 words

**HEADLINE:** PROBE LOOKS UNDER ROCK

**BYLINE:** BY NATHANIEL VINTON DAILY NEWS SPORTS WRITER

**BODY:**

WHEN THE FEDERAL investigation into potential doping conspiracies on **Lance Armstrong's** cycling teams began, it had more to do with blue jeans than yellow jerseys.

According to multiple sources close to the probe, lead investigator Jeff Novitzky has contacted several members of Rock Racing, a now-defunct pro team that was owned by designer jeans maker Michael Ball. Formed in 2007 in Los Angeles, the team cultivated an outlaw image and provided a home for a number of riders tarnished by doping scandals.

Earlier this year, investigators served a search warrant on Ball's luxury apartment in a high-rise in the Marina del Rey neighborhood on the west side of Los Angeles. In April, his Rock and Republic clothing company went bankrupt. Sources say Ball was under Novitzky's scrutiny before Armstrong's name emerged.

Since the raid on Ball's home, the Daily News has learned, investigators have reached out to Rahsaan Bahati, a former Rock Racing rider who last winter formed his own team and hired cycling outcast Floyd Landis. At the time, Landis was trying to return from a doping suspension that cost him his 2006 Tour de France title.

Landis was promptly cut from the Bahati Foundation Pro Cycling Team in late May in the aftermath of his extraordinary claims that he saw Armstrong use performance-enhancing drugs and methods when the two men were teammates. Landis was a strong support rider for Armstrong on the U.S. Postal Service cycling teams of 2002, 2003 and 2004. Armstrong has strenuously denied the accusations, and has attacked Landis' credibility, citing Landis' four years of denial.

Meanwhile, the Bahati team has disintegrated in recent weeks. A July 20 press release says the team ceased operations because of "financial considerations," while Bahati has maintained the team was merely undergoing a "reorganization." He issued a statement decrying "misinformation" about the status of his team.

What Bahati means to the probe is unclear, but since at least 2007 he has been close to Ball - and Ball was apparently under scrutiny months before Landis sent an email on April 30 outlining what he said was a sophisticated doping program on the USPS team.

"It's my understanding that Novitzky was looking at Michael Ball long before Floyd met with Novitzky or even with the U.S. Anti-Doping Agency," said a person close to the investigation, echoing information provided by two other sources.

Bahati, who was briefly hospitalized months ago, has raced competitively throughout the spring and summer. He declined numerous requests for comment from The News. "I have no comment about anything to do with Ball on or off the record," he wrote in a text message. (Novitzky's interest in Ball and Bahati may help explain one aspect of the feds' cycling probe - the fact that the grand jury issuing subpoenas in the case is empaneled at a courthouse in Los Angeles, a city that seems to have nothing do with bicycle racing, let alone with Armstrong.)

Ball's team was stocked with numerous alumni of U.S. Postal teams, including Tyler Hamilton, who rode in support of Armstrong in 1998, 1999, and 2000. Hamilton was recently subpoenaed by the grand jury, although his attorney has not disclosed when his client is expected to testify. Whether by design or by chance, an investigation into Ball may afford the government an opportunity to get some of the former Postal members under oath. Overseeing the grand jury probe is assistant U.S. Attorney Doug Miller. He and Novitzky have upwards of a year to fish for info.

"While initially enacted as a check against governmental power, federal grand juries today have extremely broad, and essentially unchecked, power in conducting criminal investigations," says Mathew Rosengart, a former federal prosecutor at the firm Manatt, Phelps and Phillips. "The standard for issuing a subpoena is quite low."

Hamilton, who retired from cycling last year after receiving an eight-year ban for a second doping offense, has professed his innocence since his first offense in 2004.

During his grand jury testimony, Hamilton will be alone in a room with at least one prosecutor, up to 23 grand jurors, and a court reporter. His attorney will have to wait outside, and no judge will be present. By law, neither the prosecutors nor the jurors may

even acknowledge publicly that the investigation is taking place before issuing an indictment.

Ball has not spoken publicly about the case since May 26, when he told The News he applauded Landis for coming clean after years of denials. Ball said he was confident the feds wouldn't turn their attention to his team.

The Rock Racing team was always controversial in the cycling world. Formed in 2007, it appeared just as a series of doping scandals put cycling on the ropes. The team, which was designed to bring attention to Ball's Rock and Republic clothing line, cultivated an outlaw image - black uniforms, big trucks and several heavily tattooed riders.

Ball was famous for hosting wild parties, and had a soft spot for riders shunned by other teams following doping scandals. For more than a year, Ball tried unsuccessfully to get Landis to join Rock Racing. Now he may wish he'd never heard of Landis at all.

Novitzky, who was with the Internal Revenue Service in 2003 when he uncovered the BALCO doping ring and in 2006 when he disrupted the steroid distribution network Kirk Radomski set up in clubhouses across Major League Baseball, has demonstrated an uncanny ability to build a blockbuster criminal case by seizing on the relatively minor transgressions of small-fry athletes. Take, for example, the shipment of human growth hormone to journeyman pitcher Jason Grimsley that ultimately led to the undoing of seven-time Cy Young Award winner Roger Clemens.

Could an investigation into Ball or one of the riders on his team have given Novitzky the opening he needed to target Armstrong, one of the most beloved and shrewd athletes in the sporting world? One thing is certain: the Los Angeles grand jury gives him a wide open road.

"The Supreme Court has held that, subject to certain fairly narrow exceptions, the grand jury may go where the evidence takes it," explains Rosengart. "Consistent with their extremely broad prosecutorial discretion, federal prosecutors have tremendous power as well."

**GRAPHIC:** Federal investigation into allegations that **Lance Armstrong** was a blood doper has widened to include Rock Racing team owner Michael Ball and other team members. Photo by AP

**LOAD-DATE:** August 5, 2010

**Los Angeles Times** | ARTICLE COLLECTIONS

← Back to Original Article

## Federal authorities get telephone recording linked to Lance Armstrong case

*In a conversation, Greg LeMond and a woman close to Armstrong talk about her presence in a hospital room in 1996 when others say Armstrong told cancer doctors about his use of performance-enhancing drugs.*

September 15, 2010 | By Lance Pugmire

Federal prosecutors have obtained a telephone conversation secretly recorded six years ago by three-time Tour de France champion Greg LeMond in which he and a woman close to Lance Armstrong discuss her being present in 1996 when others say Armstrong told his cancer doctors about his use of performance-enhancing drugs.

The tape recording and transcript of that conversation are expected to be presented to a federal grand jury in Los Angeles looking into charges of widespread drug use in professional cycling, according to sources close to the investigation who are not authorized to speak publicly about it.

Prosecutors have subpoenaed the woman who sources say is Stephanie McIlvain, a longtime liaison to Armstrong for one of his major sponsors, the eyewear company Oakley Inc.

LeMond was calling McIlvain in connection with a separate business dispute he was having with one of his sponsors when he raised the subject of what McIlvain heard in Armstrong's Indiana hospital room.

About 10 minutes into the tape, LeMond says, "I know what I heard from a source outside of the group here of what, um, happened at the hospital.... I'm not asking you to do anything you would never want to do, but, you know, if I did get down where it was ... a lawsuit ... would you be willing to testify?"

McIlvain answered: "If I was subpoenaed, I would. ... I'm not going to lie. ... I was in that room. I heard it. ... My whole concern is my loyalties to Oakley. ... They say I was never in there. And I know I was in there. You know, I totally know I was in there."

On the tape, McIlvain asked LeMond whether he is recording the conversation and he said no. The tape was made in July 2004, according to LeMond's wife, Kathy. Greg LeMond provided the tape and transcript to prosecutors pursuant to a subpoena, along with tens of thousands of documents.

Armstrong, who captured a record seven consecutive Tour de France victories, has repeatedly said he has never used performance-enhancing drugs or participated in blood doping and never told doctors he had used such drugs. He came under renewed fire this past May after Floyd Landis, a former teammate on the now-defunct U.S. Postal Service team, accused Armstrong and a handful of others of systematic doping.

McIlvain, who lives in Orange County, did not return numerous messages left by The Times. Her attorney, Tom Beinart, said this week that, "It's a shame certain people, including Mr. LeMond, who have an agenda, are attempting to get people to say things that are incriminating. Regardless of their efforts and intent, Ms. McIlvain does not have any evidence that would represent incriminating information about Mr. Armstrong on blood doping or performance-enhancing drugs."

In a 2005 Texas civil case deposition, McIlvain denied she ever heard Armstrong make any admissions of doping or performance-enhancing drug use.

The account of what Armstrong said to those doctors has been in dispute since 2004, when a book about Armstrong reported that former teammate Frankie Andreu and his wife, Betsy, who were present, said they heard Armstrong's hospital room admissions. Although others were in the room at the time, including McIlvain, no one else has corroborated the Andreus' version.

This summer, Betsy Andreu told federal prosecutors and The Times that she thinks McIlvain has been reluctant to substantiate the claim because she does not want to jeopardize her career with Oakley.

Andreu, who said she arranged the LeMond telephone conversation, also has provided federal investigators voice mail recordings allegedly left on her machine by McIlvain in which Andreu says McIlvain acknowledges regret for "lying" in the 2005 Texas civil case deposition.

The grand jury involvement ramps up the pressure on McIlvain, according to one of the sources close to the investigation.

Mark Fabiani, a member of Armstrong's legal team, said, "Greg LeMond's illegal tape is the stalest of all the stale news to emerge from this inquiry so far: Ms. McIlvain disavowed this during her 2005 sworn deposition, and Mr. LeMond violated California law when he made the tape in yet another of his pathetic attempts to settle old cycling grudges."

McIlvain was in California during the conversation with LeMond. California law requires consent by both parties of a recording. Legal expert Laurie Levenson said in federal cases, however, taped conversations can be used as evidence as long as one of the parties — LeMond in this case — is aware of the taping.

*lance.pugmire@latimes.com*

*twitter.com/latimespugmire*

*Times staff writer Diane Pucin and Times researcher Robin Mayper contributed to this report.*



MY REASON FOR SAVING TO KEEP MY FINANCES ON THE RIGHT PATH    TAKE CHARGE®

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.    Order a reprint of this article now

# THE WALL STREET JOURNAL

WSJ.com

SPORTS   |   JULY 2, 2010

# Blood Brothers

*Cyclist Floyd Landis gives an exclusive tour through what he and others say is a culture of systematic doping in the sport.*

By REED ALBERGOTTI And VANESSA O'CONNELL



Associated Press

Nine days into the 2004 Tour de France, the U.S. Postal Service cycling team, led by Lance Armstrong, checked into a hotel near the village of Saint-Léonard-de-Noblat.

It was July 12, one of two rest days on the Tour—the rare breaks that give riders a chance to rest and gird themselves for the punishing climbs and sprints that make this the most depleting event in professional cycling.

According to one of the U.S. Postal team's most prominent riders at the time, Floyd Landis, one room at the hotel had been set aside for a secret procedure.

**Blood Brothers**

To Floyd Landis, one of the mysteries of his time with the U.S. Postal Service cycling team was why more new bikes weren't available for the riders. He eventually struck on one possible answer: The team was selling equipment to the public to raise cash.

**The Case of the Missing Bikes**

**Armstrong Addresses Latest Landis Allegations**

Outside its door, Mr. Landis said, team staff members were stationed at each end of the hall to make sure nobody showed up unannounced. The riders were told before they went into the room not to talk when they got inside, he said. The smoke detectors had been taken down, he said, plastic was taped over the heater and the air-conditioning unit, and anything with a hole in it was taped over. The purpose, Mr. Landis figured, was to obscure the view of any hidden camera.

The riders on the team who participated in this procedure lay down on the bed, two at a time, Mr. Landis said, with a doctor on each side. Mr. Landis said he got a blood transfusion. He said he also saw Mr. Armstrong and two other team members, George Hincapie and José Luis Rubiera, taking blood. He said he didn't see any other riders getting transfusions that day.

The procedure, which enhances performance by boosting a rider's red-blood-cell counts, is considered cheating by the International Cycling Union, the sport's governing body.

Mr. Landis said that he isn't sure what happened to the empty blood bags, but that on other occasions he had seen team staffers dispose of them by cutting them into tiny pieces and flushing them down the toilet.

On July 25, after more than 2,000 miles of racing, the U.S. Postal team rode down the Champs-Élysées in Paris and over the finish line. Mr. Armstrong, the team's lead rider, had won by a dominant margin of more than six minutes. It was Mr. Armstrong's sixth victory in a row, a record.

Mr. Landis won't be riding in this year's Tour de France, which begins Saturday. He has few friends left in professional cycling. This spring, he launched an effort to expose what he says is the sordid reality of the sport. In hours of interviews with The Wall Street Journal in May, Mr. Landis detailed how he had used performance-enhancing drugs extensively during his career, and alleged that Mr. Armstrong and some others had done the same.

**The Dark Side of Cycling**



**For Landis, a New Start**



Michal Czerwonka for The Wall Street Journal

Professional cyclist Floyd Landis talks on his cellphone at a bar in Idyllwild, Calif.

**Cycling Snapshots**

Three other former U.S. Postal riders told the Journal in interviews that there was doping on the team during the time Mr. Armstrong was its lead rider, and one of them admitted that he himself had doped. Several other riders said they had never observed such activity during their time with the team.

Doping is a scourge in professional athletics, and pro cycling has seen numerous scandals and suspensions over the past decade. The picture painted by Mr. Landis in the interviews, and in a series of emails he wrote to cycling sponsors in May, provides the most detailed view yet of what may be one of the biggest and most intricately coordinated cheating conspiracies in sports history. It involves blood transfusions taken in a bus on a remote alpine road, riders wearing testosterone patches to bed, and an operative posing as an autograph-seeking fan to deliver a bag of blood to a rider after a race.

Messrs. Armstrong, Hincapie and Rubiera didn't respond to requests for comment about Mr. Landis's allegations of doping. Speaking to reporters in May, Mr. Armstrong dismissed the accusations in Mr. Landis's emails as untrue, though he said he wasn't going to comment on specific claims.

"Floyd lost his credibility a long time ago," Mr. Armstrong said. "We have a person who has been under oath several times with a completely different version, written a book with a completely different version, someone that took money. He said he has no proof. It is his word versus ours. We like our word. We like where we stand and we like our credibility."

Mr. Landis was stripped of his 2006 Tour de France victory for doping, then lied about what he had done in his 2007 book, "Positively False," in which he also said he had no evidence that Mr. Armstrong had doped.



Jack Guez/Agence France-Presse/Getty Images

Take a look at snapshots from cyclist Floyd Landis's career.

### Decades of Doping



Branger/Roger Viollet/Getty Images

Henri Pelissier in the 1923 Tour de France.

Mr. Armstrong and his advisers said Mr. Landis used the threat of going public with his accusations to try to get a job riding on Team Radio Shack, Mr. Armstrong's current team. Mr. Landis said he did ask for a job on the team last winter, but made no threats in the process.

Federal investigators are looking into Mr. Landis's allegations. The probe is being led by Jeff Novitzky, a special agent for the Food and Drug Administration's Office of Criminal Investigations who led the investigation of the Bay Area Laboratory Cooperative case that implicated many professional athletes in steroid use. Investigators are examining whether the U.S. Postal team defrauded its sponsors by using performance-enhancing drugs while vowing to race cleanly. Mr. Landis said he has shared with investigators details of many of the incidents he described in interviews with the Journal.

Chad Gerlach, who rode with the U.S. Postal team before Messrs. Armstrong and Landis were on it, said he's inclined to believe Mr. Landis's account of widespread doping based on what he saw during his own career. "I believe it because I have seen it personally," he said. "I am not ready to out my friends or provide names. I just saw it. It's just a systematic thing."

Mr. Landis's introduction to the elite ranks of professional cycling came in late 2001 when he was offered a contract to race for the U.S. Postal team. As a first step, he'd been invited to Austin, Texas, to participate in a training camp where the team members could get to know each other.

One evening during the camp, a handful of team members piled into a black Chevrolet Suburban for a night on the town, with Mr. Armstrong serving as the master of ceremonies.

Mr. Landis had met Mr. Armstrong briefly in the past, but most of what he knew about the world's most famous cyclist was what he'd read in Mr. Armstrong's 2000 memoir, "It's Not About the Bike." Mr. Landis had devoured the book, in which Mr. Armstrong chronicled his comeback from testicular cancer and portrayed himself as a modest and devoted family man.

Mr. Armstrong took the wheel of the Suburban and roared off through the streets. Stop signs didn't rate more than a tap of the brake, Mr. Landis said. Some traffic signals were wholly ignored and speed limits went unheeded. In the middle of the trip, Mr. Landis said, another rider asked, jokingly, "Are there no cops in this town?"

The journey ended at the Yellow Rose, a strip club on the north side of town. Don King, the club's general manager, said Mr. Armstrong and other cyclists on his teams have been coming to the club for about a decade. The riders were ushered into a booth. They ordered drinks and mingled with the dancers.

Later that night, some of the cyclists drove downtown to the offices of the agency that represents Mr. Armstrong. There, the party accelerated, according to Mr. Landis. Four strippers arrived at the offices with two bouncers and began performing a private show for the cyclists and others, he said. Mr. Landis and another young rider who attended, Walker Ferguson, said some people were snorting what appeared to be cocaine.

Mr. Armstrong didn't respond to requests for comment about Mr. Landis's description of the party. His lawyer, Tim Herman of Austin, said: "Mr. Armstrong had no contact with strippers or cocaine."

### Floyd Landis Accuses Lance Armstrong of Doping



He was once one of Lance Armstrong's trusted teammates. Now Floyd Landis alleges that Armstrong's US Postal Service cycling team was involved in an elaborate doping scheme. WSJ's Simon Constable talks to reporter Reed Albergotti about the story.

He was once one of Lance Armstrong's trusted teammates. Now Floyd Landis alleges that Armstrong's US Postal Service cycling team was involved in an elaborate doping scheme. WSJ's Simon Constable talks to reporter Reed Albergotti about the story.

Mr. Landis said he was surprised that Mr. Armstrong would be at such a party, but not offended. Mr. Landis had been raised by a Mennonite family in Pennsylvania's Amish Country but had distanced himself from the strict morality of his upbringing. If Mr. Armstrong was different in private than he was in public, he said, he could live with that.

"I made up my mind at that point that he's got his image, and then he's got the reality," Mr. Landis said. "He was the best bicycle racer in the world. I could respect that part, and I was happy to be around him for that."

By the time of the 2001 camp, Mr. Landis had been a professional cyclist for three years. He'd heard that the elite cyclists at the most grueling races used exotic and prohibited blood additives and synthetic drugs. Far from being repelled by this, he said, he had come to assume doping was part of the sport and, if he joined a top team, would be part of his job.

During the camp, Mr. Landis said, he had a private conversation with Mr. Armstrong's team director, Johan Bruyneel. Mr. Landis said he told Mr. Bruyneel that he wanted to be one of the eight riders who would ride with Mr. Armstrong in the Tour de France and that whatever he needed to do to improve beyond the typical training, he was willing to do. According to Mr. Landis, Mr. Bruyneel told him to just keep training, and when the time came, if it was necessary, they would figure it out.

Though nothing explicit was said about doping, Mr. Landis said, he believed the subtext—that Mr. Landis was willing to take performance-enhancing drugs—was clear to Mr. Bruyneel. "The fact that he didn't totally dismiss it was all I really needed to know."

Mr. Bruyneel did not respond to requests for comment. In a press conference in May after the publication of Mr. Landis's emails, which implicated Mr. Bruyneel in doping, Mr. Bruyneel said: "I absolutely deny everything he said."

The job of the eight riders Mr. Armstrong would select as his Tour de France "domestiques," or help riders, would be to shield him from head winds, insulate him from encroaching riders and fetch water bottles from team cars—anything they could to preserve his energy.

In May 2002, Mr. Landis said, Mr. Armstrong told him there was a chance he might be tapped to ride at the Tour. He offered to rent Mr. Landis an apartment in St. Moritz, the Swiss resort town where he was living during the cycling season.

Nearly every day for weeks the two men went on punishing rides in the mountains where, Mr. Landis recalled, he often had trouble keeping up. Mr. Armstrong's training adviser, an Italian doctor named Michele Ferrari, followed behind in an old station wagon stocked with food, water and warm clothes for the descents. At the top of a climb, Dr. Ferrari would pull over to analyze the wattage meters on their bikes that measured how much power they were putting into the pedals.

By June, Mr. Landis had shown great improvement. He finished second to Mr. Armstrong in the seven-day Critérium du Dauphiné Libéré, a warm-up race for the Tour de France. After the race, Mr. Landis said, he was packing to leave the hotel when Mr. Bruyneel, the team director, knocked on the door.

Mr. Landis said Mr. Bruyneel congratulated him and gave him the news he'd been hoping for—that he would likely be named to the nine-man Tour de France team.

According to Mr. Landis, Mr. Bruyneel told him that when he arrived back in St. Moritz, Mr. Armstrong would give him something to shorten his recovery time in the weeks leading up to the Tour. Mr. Landis said Mr. Bruyneel told him they were small patches that contained testosterone and that Mr. Landis should stick one on his stomach two out of every three nights before going to bed.



Keystone/Associated Press

Andy Rihs, owner of the now-defunct Phonak team.

During this conversation, Mr. Landis said, Mr. Bruyneel also told him that before the Tour, Mr. Landis would have some blood extracted—blood that would then be put back in his body during the race. That process would boost his blood's ability to carry oxygen to his muscles.

Both testosterone patches and blood transfusions are banned by the World Anti-Doping Agency, which oversees drug testing in many international sports. If evidence of their use is found in the blood or urine of a cyclist, it usually results in a two-year suspension.

Mr. Landis said the conversation with Mr. Bruyneel didn't come as a surprise, and that he agreed without hesitation. He said he was motivated by the prospect of making more money as a racer, and was happy he was being introduced to doping by somebody he trusted.

That day, Mr. Landis boarded a helicopter with Mr. Armstrong for a flight back to St. Moritz. It was the first time Mr. Landis had been in a helicopter and he said he was awed by the view of the French Alps. "It was fun, man. Riding around with Lance was fun. We lived big."

When he arrived back in St. Moritz, Mr. Landis said, he went to a penthouse where Mr. Armstrong was living with his wife, Kristin, and his three children. While he was sitting at the kitchen table drinking espresso with Mr. Armstrong and his wife, Mr. Landis said, Mr. Armstrong handed him roughly 20 testosterone patches in silvery foil. According to Mr. Landis, Mr. Armstrong didn't say what the patches were.

Mr. Landis said he put them in his backpack. That night, he said, he put one on his stomach. It was the first time he had done anything that wasn't allowed under the rules of cycling, he said.

According to Mr. Landis, a few days later Dr. Ferrari, Mr. Armstrong's training adviser, asked him to lie down on a bed in Mr. Armstrong's St. Moritz apartment. He said Dr. Ferrari stuck a needle into his arm and extracted a half-liter of blood. Mr. Landis said the doctor told him blood would be transfused back into his body at the height of the Tour de France, when his body would be depleted of red blood cells.

A lawyer for Dr. Ferrari said he was unavailable for comment. In 2004, Dr. Ferrari was convicted by an Italian court of malpractice and sporting fraud for advising riders on the use of performance-enhancing drugs. Two years later, an appeals court threw out the verdict, acquitting him of malpractice and ruling that the statute of limitations had expired on the sporting-fraud conviction.

During their training rides in St. Moritz, Mr. Landis said, Mr. Armstrong explained the complicated logistics of transfusions, which involved carrying coolers with hidden blood bags across international borders. He said Mr. Armstrong told him that cyclists used to use erythropoietin, or EPO, a drug that controls red-blood-cell production, to enrich their blood during the Tour. But that substance was now detectable in tests, so riders had turned to transfusions.

In July 2002, with help from Mr. Landis, Mr. Armstrong won the Tour de France, claiming his fourth title, and the team rode with champagne through the streets of Paris. Mr. Landis, who said he'd received one transfusion during the Tour, collected a $40,000 bonus. His performance prompted the team to offer him a contract that would pay him over $200,000 a year for two years.

Less than nine months after having few prospects, and having considered selling his house to pay his bills, Mr. Landis was now an established rider with a bright future in the sport.

For the 2003 cycling season, Mr. Landis and many other American riders had rented apartments in Girona, Spain. Mr. Landis said blood that had been extracted from him, Mr. Armstrong and their teammate Mr. Hincapie was being stored in a refrigerator in the closet of Mr. Armstrong's Girona apartment. Before Mr. Armstrong left town, Mr. Landis said, he asked Mr. Landis to stay in the apartment and to monitor a digital thermometer to make sure the blood stayed at the optimal temperature just above freezing—around two degrees Celsius.

Mr. Hincapie did not respond to requests for comment. After Mr. Landis's emails, which described the blood storage, Mr. Hincapie, through a spokesman, denied the allegations.

The 2003 Tour de France proved a struggle for the U.S. Postal team. Mr. Landis, who had broken his hip in an accident in the off-season, wasn't as strong as he'd been the year before. Mr. Armstrong dueled for days with his main rival, the German Jan Ullrich, before securing what would become his fifth Tour victory.

For Mr. Landis, the race was the high point of his friendship with, and admiration for, Mr. Armstrong. "He's a fighter," Mr. Landis said. "He's a bad-ass bicycle racer. All the things I say about him, I don't in any way wish to take away from that."

By 2004, in his third full season with the team, Mr. Landis began to rival Mr. Armstrong in strength and fitness. He also began to get frustrated, he said, with the way the team revolved around Mr. Armstrong.

During an eight-day race in France in early March, Mr. Landis said, he was in position to win the sixth stage when his carbon-fiber bike frame snapped, nearly sending him over the handlebars. He said he complained to Mr. Bruyneel about not having access to newer bikes like the one Mr. Armstrong rode. Later, at a team gathering, he said, he groused: "There's a guy on the team that has a jet, and I can't get a bike?"—a reference to Mr. Armstrong's occasional use of a private jet.

By calling the team's equipment sponsors, Mr. Landis said, he was able to figure out that not all of the bicycle frames and equipment the team was given each year were going to the riders: About 60 bikes were not accounted for. He said he found out that some of the bikes were being sold for cash. Mr. Landis said Mr. Bruyneel told him that the money raised from the sales helped fund the team's doping program.

Federal investigators have contacted one of the team's sponsors, Trek Bicycle Corp., and asked about the sale of bikes, according to a person familiar with the matter.

Robert Burns, Trek's general counsel, said in an interview that the company was aware that bikes meant for U.S. Postal riders were being sold, but said it didn't know what the money was used for. "Occasionally, you'd see a bike on the Internet somewhere where it would surprise us," he said. "We didn't want to see that stuff getting sold on the market. It should be going to a better use than that." He declined to comment about whether Trek had been contacted by investigators. (Read more about the bikes.)

According to some teammates, Mr. Landis began to grate on Mr. Armstrong and Mr. Bruyneel. "Landis is pushy," said David Clinger, a teammate on the 2002 U.S. Postal squad. Former teammate Benoit Joachim recalled that Mr. Landis had "no middle ground" emotionally. He was "either really, really funny and enjoying life, or aggressive and angry."

Later that season, Mr. Landis said, Mr. Bruyneel was giving a talk about team tactics before a race in France. When he got to Mr. Landis's role in the race, Mr. Armstrong wisecracked that Mr. Landis thought he was a world champion and deserved a jet. Mr. Landis said he shot back: "Not a jet, I want a bicycle. That's not too much to ask for."

After that exchange, Mr. Landis said, he didn't expect to be on the team much longer.

Using performance-enhancing drugs at the Tour de France is especially risky. There are frequent blood and urine tests on top riders. French police and customs agents are on the lookout for doping products, and have repeatedly confiscated them in raids. Journalists rummage through teams' garbage looking for incriminating evidence.

The transfusions in the hotel room near Saint-Léonard-de-Noblat weren't the only occasion during the 2004 Tour when some team members transfused blood, Mr. Landis said. The second time, he said, was an even stranger scene. After one day's stage, the team bus stopped on a remote alpine road. The driver opened the back of the bus to make it appear as though something was wrong, and set about pretending to fix it.

The bus had long benches on each side, and a couple of riders lay down on each one, Mr. Landis said. The doctors hooked them up, taping their blood bags to the sides of the bus, he said. Mr. Armstrong took his transfusion lying on the bus floor, he said. Mr. Landis said the process took about an hour.

At his press conference in May, Mr. Armstrong said: "What's gone on at U.S. Postal...and all of those Tours, we have nothing to hide." As for the specific allegations and claims, he said, "they are not even worth getting into."

During the 2004 Tour, Mr. Landis said, other cycling teams began courting him. Phonak Cycling Team, sponsored by a Swiss hearing-aid manufacturer, had approached him with a $500,000 contract, he said. U.S. Postal made a counteroffer, he said, but he rejected it and signed with Phonak.


Associated Press
Floyd Landis at a press conference following a failed drug test in 2006.

Mr. Landis faced a number of challenges in the 2005 season. One of them was recovering from off-season hip surgery. Another, he said, was that his new team, Phonak, didn't have a doping program. He said he was never quite sure which doping methods worked or how a program was administered. But he said he didn't want to risk losing the edge doping might give him.

Organizing his own program, Mr. Landis said, was expensive and time-consuming. Much of the time he wasn't on the bike he was dealing with the logistics of his doping schedule and the transportation of blood and drugs. Mr. Landis said he teamed up with cyclists on other teams, such as fellow American Levi Leipheimer, on the logistics and transportation of blood. Mr. Leipheimer, who now rides for Mr. Armstrong's Radio Shack team, did not respond to messages seeking comment.

Mr. Landis said he hired a Spanish doctor in Valencia to take transfusions, and paid one person $10,000 to make two separate deliveries of half-liter bags of blood during the 2005 Tour de France. Each time, the person posed as a fan who wanted a jersey signed at the end of a stage. Mr. Landis signed it and the man handed him a nondescript package containing the blood, which Mr. Landis put in his jersey pocket, he explained. Mr. Landis said he transfused the blood himself.

Mr. Landis finished ninth in the 2005 Tour, more than 12 minutes behind Mr. Armstrong, who won his seventh title and then announced his retirement.

Before the 2006 season, Mr. Landis thought he had a good chance to win the Tour de France. That winter, Mr. Landis said, he sat down with Andy Rihs, owner of the Phonak team, and told him that to win the Tour he would need to carry out the same kind of blood doping he had done with U.S. Postal. Mr. Landis said Mr. Rihs supported the plan, and agreed to pay for Mr. Landis's program.

After Mr. Landis made that allegation in his emails, Mr. Rihs said in a statement: "Neither I nor the management of the team knew that Floyd Landis was doped." He denied that Mr. Landis informed him of any doping plan. A spokeswoman for Mr. Rihs said he declined to comment further.

Mr. Landis said money from Mr. Rihs allowed him to hire more people to handle logistics such as transporting blood.



Michal Czerwonka for The Wall Street Journal
Mr. Landis at a California bar in May.

On July 13, 2006, after stage 11 of the Tour, Mr. Landis's overall time was the fastest of any rider. For the first time in his career, he was awarded the yellow jersey that denotes the race leader.

Days later, Mr. Landis faltered badly. During the tour's 16th stage, he fell so far behind the Spaniard Oscar Pereiro that it looked as though he had no chance to win. The next day, however, Mr. Landis broke away from the pack in the mountains, leaving the Spaniard so far behind that he gained back nearly all of the lost time. He took back the yellow jersey in the final time trial against the clock and rolled into Paris with the overall win.

Then Mr. Landis's fortunes turned. Word leaked that a urine test after his miraculous mountain breakaway had revealed an abnormally high testosterone ratio. While another test still needed to be done, Mr. Landis's image had been badly damaged.

Mr. Landis said he had taken testosterone while training for the Tour. But, as he told officials for his Phonak team, he hadn't done so during the race. The next day, Mr. Landis said, team officials advised him to give a press conference to deny taking testosterone during the race. Mr. Landis flew to Spain, where a pair of Spanish lawyers had arranged what he thought was a meeting with a single reporter. Instead, he said, they ushered him into a giant press conference and handed him a statement that had been translated from Spanish. Mr. Landis tripped on the odd wording as he read the statement aloud. He said he realized immediately he had come off badly.

Minutes after the press conference ended, Mr. Landis said, he got a phone call. It was Mr. Armstrong.

Mr. Armstrong's message was simple, Mr. Landis said: If anyone asked if he had taken performance-enhancing drugs, he should respond "absolutely not," and stop talking. Mr. Landis said Mr. Armstrong advised him to get a lawyer and to not say anything else.

On the heels of the press conference, Mr. Landis said, Jonathan Vaughters, a former U.S. Postal rider, invited him to fly to New York and lie low for a while. There, Mr. Vaughters urged Mr. Landis to come clean—about everything he'd done.



Agence France-Presse/Getty Images
Italian doctor Michele Ferrari, a former training adviser for Mr. Armstrong.

Mr. Landis was conflicted. If he told the truth about taking blood transfusions, including the one he said he'd just taken during the Tour, he said he would have looked like a "lunatic" for giving that press conference. He said he was concerned the truth would not only jeopardize the careers of his friends and teammates, but might end his own.

At the same time, he felt wronged by the testing system. "I felt the punishment I received for what had happened was unfair, especially considering the magnitude of the problem and the people who were never punished."

By that fall, Mr. Landis had decided to appeal the drug test, he said, because he hadn't taken testosterone during the Tour. That, he believed, meant the whole testing protocol must have been scientifically unsound.

Pat McQuaid, president of the International Cycling Union, which usually oversees testing at the Tour, said Mr. Landis's subsequent appeals resulted in rulings that validated the testing protocol.

During a May 2007 arbitration hearing before the U.S. arm of the World Anti-Doping Agency, Mr. Landis repeatedly lied to a three-lawyer panel. He denied using testosterone or performance-enhancing substances while on the U.S. Postal team, and denied doping while on the Phonak team.



Getty Images

Mr. Landis celebrates in Paris after winning the 2006 Tour de France.

That September, Mr. Landis said, he was about to take a morning bike ride in Temecula, Calif., when his phone rang. His lawyer, Maurice Suh, told him the panel was about to make its decision. Mr. Landis said he went into the garage and cracked open a beer. "If there was ever a time to drink in the morning," he said, "that was it."

A couple of hours later, Mr. Suh told him he'd lost.

Mr. Landis said he walked upstairs to find his Tour de France trophy. With the iconic purple chalice in hand, he walked onto the balcony overlooking his driveway, hoisted the trophy over his head and threw it as hard as he could. It hit the pavement and shattered into hundreds of pieces.

In 2008, Mr. Landis appealed his case to the Court of Arbitration in Sport. He lost that appeal, too.

In February 2009, Mr. Landis came back to cycling after a two-year suspension. That same year, Mr. Armstrong also decided to return to the sport after a 3½-half-year retirement. Their experiences could not have been more different. Mr. Armstrong's team was invited to compete in the Tour de France, and he finished third.

Mr. Landis had a terrible showing at the 2009 Tour of California. Later, he fell off a ladder while painting his house and injured his leg. Mr. Landis said he began seeing a therapist—and discovered how liberating it was to tell the unvarnished truth about his career in cycling.

For the 2010 season, Mr. Landis joined the OUCH-Bahati Foundation cycling team, a lower-division club, and set his sights on the Tour of California, the biggest race the team could have participated in. But in March, Mr. Landis said, he found out his team would not be invited to take part. For Mr. Landis, it was the last straw. He decided to go public about cycling.



Agence France-Presse/Getty Images

Lance Armstrong and U.S. Postal team director Johan Bruyneel in 2002.

On a sunny, cool morning in late May, Mr. Landis sat on the deck of a small cabin in the San Jacinto Mountains southeast of Los Angeles, drinking coffee and eating an omelette. The cabin, which he bought in 2007, sits among pine trees near the end of a narrow, bumpy road wide enough for one car.

The living room, with its mismatched couches, looked somewhat bare—like a college student's first apartment. A Cannondale bike leaned against a window in the kitchen. On the refrigerator, there were nine stickers—U.S. Anti-Doping Agency notices of passed drug tests, all given since Mr. Landis's return to cycling.

Mr. Landis was about to go for a bike ride. He said he wasn't sure what he was going to do next. He had no races, nothing to compete for. He said he was planning to watch the Tour de France on television.

—John W. Miller, Stacy Meichtry, Ann Zimmerman and Kimberly Peterson contributed to this article.

- **Sponsors Stand By Armstrong**
- **The Case of the Missing Bikes**

- ■ **Photos:** Landis's New Start
- ■ **Photos:** Cycling Snapshots

**Write to** Reed Albergotti at reed.albergotti@wsj.com and Vanessa O'Connell at vanessa.o'connell@wsj.com

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

**UPCOMING GAMES:**

MLB
**Yankees @ Mets**
Friday July 1, 2011 at 7:10 pm
GET TICKETS  »

MLB
**Rockies @ Yankees**
Sunday June 26, 2011 at 2:05 pm
GET TICKETS  »

MLB
**Rockies @ Yankees**
Saturday June 25, 2011 at 1:05 pm
GET TICKETS  »

MLB
**TX Rangers @ Yankees**
Thursday June 16, 2011 at 1:05 pm
GET TICKETS  »

MLB
**Rockies @ Yankees**
Friday June 24, 2011 at 7:05 pm
GET TICKETS  »

**See More Games From Seat Geek  »**

# EXHIBIT X





Powered by Clickability

Posted: Saturday February 7, 2009 10:12AM; Updated: Monday February 9, 2009 12:27PM

## Sources tell SI Alex Rodriguez tested positive for steroids in 2003

**Story Highlights**

Rodriguez tested positive for Primobolan and testosterone while with the Rangers

Under the 2003 survey testing, there were no penalties for a positive test

Rodriguez was one of 104 players who tested positive that year

By Selena Roberts and David Epstein

In 2003, when he won the American League home run title and the AL Most Valuable Player award as a shortstop for the Texas Rangers, Alex Rodriguez tested positive for two anabolic steroids, four sources have independently told *Sports Illustrated.*

Rodriguez's name appears on a list of 104 players who tested positive for performance-enhancing drugs in Major League Baseball's '03 survey testing, SI's sources say. As part of a joint agreement with the MLB Players Association, the testing was conducted to determine if it was necessary to impose mandatory random drug testing across the major leagues in 2004.

When approached by an SI reporter on Thursday at a gym in Miami, Rodriguez declined to discuss his 2003 test results. "You'll have to talk to the union," said Rodriguez, the Yankees' third baseman since his trade to New York in February 2004. When asked if there was an explanation for his positive test, he said, "I'm not saying anything."

The MLBPA issued a statement on Saturday, saying "Information and documents relating to the results of the 2003 MLB testing program are both confidential and under seal by court orders. We are prohibited from confirming or denying any allegation about the test results of any particular player[s] by the collective bargaining agreement and by court orders. Anyone with knowledge of such documents who discloses their contents may be in violation of those court orders."

**Rob Manfred**, MLB's Executive Vice President of Labor Relations, also released a statement on Saturday, saying, "We are disturbed by the allegations contained in the *Sports Illustrated* news story which was posted online this morning. Because the survey testing that took place in 2003 was intended to be non-disciplinary and anonymous, we can not make any comment on the accuracy of this report as it pertains to the player named." ( Click here for full statement)

Though MLB's drug policy has expressly prohibited the use of steroids without a valid prescription since 1991, there were no penalties for a positive test in 2003. The results of that year's survey testing of 1,198 players were meant to be anonymous under the agreement between the commissioner's office and the players association. The testing's information was found, however, after federal agents, armed with search warrants, seized the '03 test results from Comprehensive Drug Testing, Inc., of Long Beach, Calif., one of two labs used by MLB in connection with that year's survey testing. The seizure took place in April 2004 as part of the government's investigation into 10 major league players linked to the BALCO scandal -- though Rodriguez himself has never been connected to BALCO.

The list of the 104 players whose urine samples tested positive is under seal in California. However, two sources familiar with the evidence that the government has gathered in its investigation of steroid use in baseball and two other sources with knowledge of the testing results have told *Sports Illustrated* that Rodriguez is one of the 104 players identified as having tested positive, in his case for testosterone and an anabolic steroid known by the brand name Primobolan. All four sources spoke on the condition of anonymity due to the sensitive nature of the evidence.

Primobolan, which is also known by the chemical name methenolone, is an injected or orally administered drug that is more expensive than most steroids. (A 12-week cycle can cost $500.) It improves strength and maintains lean muscle with minimal bulk development, according to steroid experts, and has relatively few side effects. **Kirk Radomski**, the former New York Mets clubhouse employee who in 2007 pleaded guilty to illegal distribution of steroids to numerous major league players, described in his recent book, *Bases Loaded: The Inside Story of the Steroid Era in Baseball* by the Central Figure in the Mitchell Report, how players increasingly turned to drugs such as Primobolan in 2003, in part to avoid detection in testing. Primobolan is detectable for a shorter period of time than the steroid previously favored by players, Deca-Durabolin. According to a search of FDA records, Primobolan is not an approved prescription drug in the United States, nor was it in 2003. (Testosterone can be taken legally with an appropriate medical prescription.)

Rodriguez finished the 2003 season by winning his third straight league home run title (with 47) and the first of his three MVP awards.

Because more than 5% of big leaguers had tested positive in 2003, baseball instituted a mandatory random-testing program, with penalties, in '04. According to the 2007 Mitchell Report on steroid use in baseball, in September 2004, **Gene Orza**, the chief operating officer of the players' union, violated an agreement with MLB by tipping off a player (not named in the report) about an upcoming, supposedly unannounced drug test. Three major league players who spoke to SI said that Rodriguez was also tipped by Orza in early September 2004 that he would be tested later that month. Rodriguez declined to respond on Thursday when asked about the warning Orza provided him.

When Orza was asked on Friday in the union's New York City office about the tipping allegations, he told a reporter, "I'm not interested in discussing this information with you."

In its statement on Saturday, the MLBPA said, "As we have explained previously, in detail and in public, there was no improper tipping of players in 2004 about the timing of drug tests. As set forth in our letter to **Chairman Waxman** of the House Government Reform Committee, in September 2004 MLBPA attorneys met with certain players, but we are not able to confirm or deny the names of any of the players with whom we met."

Anticipating that the 33-year-old Rodriguez, who has 553 career home runs, could become the game's alltime home run king, the Yankees signed him in November 2007 to a 10-year, incentive-laden deal that could be worth as much as $305 million. Rodriguez is reportedly guaranteed $275 million and could receive a $6 million bonus each time he ties one of five players at the top of the list: **Willie Mays** (660), **Babe Ruth** (714), **Hank Aaron** (755) and **Barry Bonds** (762), and an additional $6 million for passing Bonds. In order to receive the incentive money, the contract reportedly requires Rodriguez to make extra promotional appearances and sign memorabilia for the Yankees as part of a marketing plan surrounding his pursuit of Bonds's record. Two sources familiar with Rodriguez's contract told SI that there is no language about steroids in the contract that would put Rodriguez at risk of losing money.

Arguments before an 11-judge panel in the U.S. Court of Appeals for the Ninth Circuit in Pasadena are ongoing between government prosecutors and the players' association over the

government's seizure of the test results from the Long Beach lab. The agents who collected the material had a search warrant only for the results for the 10 BALCO-linked players. Attorneys from the union argue that the government is entitled only to the results for those players, not the entire list. If the court sides with the union, federal authorities may be barred from using the positive survey test results of non-BALCO players such as Rodriguez in their ongoing investigations.

**Roberts:** Q&A on breaking A-Rod story
**Keith:** A-Rod controversy spoils entire 2009 campaign
**Verducci:** How SI's report affects A-Rod, Yanks and MLB
**Jenkins:** A-Rod goes from backing Bonds to joining him in misery
**Heyman:** Rodriguez tainted by players union's mistake
**Ballard:** A-Rod becomes latest superhero unmasked
**McCann:** Rodriguez unlikely to face criminal charges
**React:** How does this news impact your opinion of A-Rod?
**Gallery:** A-Rod through the years

**Find this article at:**
http://sportsillustrated.cnn.com/2009/baseball/mlb/02/07/alex-rodriguez-steroids

☐ Check the box to include the list of links referenced in the article.

Copyright © 2007 CNN/Sports Illustrated.

# EXHIBIT Y

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to
your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit
www.nytreprints.com for samples and additional information. Order a reprint of this article now.

June 17, 2009

# Sosa Is Said to Have Tested Positive in 2003

By **MICHAEL S. SCHMIDT**

Sammy Sosa, who joined with Mark McGwire in 1998 in a celebrated pursuit of baseball's single-season
home run record, is among the players who tested positive for a performance-enhancing drug in 2003,
according to lawyers with knowledge of the drug-testing results from that year.

The disclosure that Sosa tested positive makes him the latest baseball star of the last two decades to be linked
to performance enhancers, a group that now includes McGwire, Roger Clemens, Barry Bonds, Alex
Rodriguez, Manny Ramirez and Rafael Palmeiro.

Sosa, who is sixth on Major League Baseball's career home run list and last played in 2007, had long been
suspected of using performance-enhancing drugs, but until now had never been publicly linked to a positive
test.

In a recent interview with ESPN Deportes, Sosa, 40, said he would "calmly wait" for his induction into
baseball's Hall of Fame, for which he will become eligible in 2013. But his 2003 positive test, when he played
for the Chicago Cubs, may seriously damage his chances of gaining entry to the Hall, a fate encountered by
McGwire, who has attracted relatively little support from voters in his first three years on the ballot.

The 2003 positive test could also create legal troubles for Sosa because he testified under oath before
Congress at a public hearing in 2005 that he had "never taken illegal performance-enhancing drugs."

The 2003 test that ensnared Sosa was the first such test conducted by Major League Baseball. Under
guidelines agreed upon with the players union, the test results were to remain anonymous but would lead to
testing with penalties the next year if more than 5 percent of the results were positive.

That is indeed what occurred. But for reasons never made completely clear, the test results were not
destroyed by the players union and the 104 positives were subsequently seized by federal agents on the West
Coast investigating matters related to the distribution of drugs to athletes.

The union immediately filed court papers alleging that the agents had illegally seized the tests, and over the
past six years judges at various levels of the federal court system have been weighing whether the
government can keep them. An 11-judge panel in California is preparing to rule in the case, but regardless of
its verdict, the losing side is expected to appeal to the United States Supreme Court.

As the union feared, the names on the list have begun to emerge. In February, Sports Illustrated reported
that Rodriguez was on the 2003 list, and Rodriguez subsequently acknowledged that he had used steroids for
three years.

The lawyers who had knowledge of Sosa's inclusion on the 2003 list did not know the substance for which Sosa tested positive. They spoke on condition of anonymity because they did not want to be identified as discussing material that is sealed by a court order.

A lawyer for Sosa, Jay Reisinger, declined comment, as did an official with Major League Baseball.

Sosa became a national figure with the Cubs in 1998, when he and McGwire, of the St. Louis Cardinals, engaged in a compelling race to overtake Roger Maris's single-season home run record of 61. McGwire passed Maris first and ended up with 70. Sosa followed with 66.

The home run race was credited with helping revive interest in baseball after a strike wiped out the 1994 postseason and the beginning of the 1995 season.

In the seasons that followed, Sosa exceeded 60 home runs on two more occasions. But he was fading as a player when he traveled to Washington in March 2005 to testify with Palmeiro and McGwire and others at a hearing called by a House committee to examine the use of performance-enhancing drugs in baseball.

At the hearing, Sosa testified that "everything" he had heard "about steroids and human growth hormones is that they are bad for you, even lethal" and that he "would never put anything dangerous like that" in his body.

"To be clear," he added, "I have never taken illegal performance-enhancing drugs. I have never injected myself or had anyone inject me with anything."

During that hearing, McGwire, by then retired, repeatedly declined to answer questions about possible drug use, saying he was not there to talk about the past. His statements were widely viewed as an admission of guilt, and since then he has had little involvement with baseball except for privately serving as a hitting tutor for several major leaguers.

At that same hearing, Palmeiro pointed his finger at committee members as he said: "I have never used steroids. Period." Five months later, he was suspended for 10 games as a result of a positive steroids test.

The committee declined to ask the Justice Department to investigate him for perjury, in part because it felt it could not establish that Palmeiro was lying at the time he testified. Unlike Palmeiro, Sosa testified after he had tested positive, not before, but it is not clear if the committee will want to pursue the matter.

The committee did refer Clemens to the Justice Department for investigation of perjury after he repeatedly denied using performance-enhancing drugs in a public hearing in 2008, and Clemens's statements are being studied by a federal grand jury.

Bonds, who set a single-season home run record of 73 just three years after McGwire hit 70, holds the career mark for home runs, with 762. He is awaiting trial on charges that he lied to a federal grand jury when he testified that he never knowingly used performance enhancers.

Like Sosa, Bonds and Clemens last played in 2007 and, at this point, also seem destined to appear on the 2013 Hall of Fame ballot. That fact, in itself, would seem to guarantee that the issue of drug use in baseball is likely to reverberate for years to come.

Copyright 2009 The New York Times Company

Privacy Policy   |   Terms of Service   |   Search   |   Corrections   |   RSS   |   First Look   |   Help   |   Contact Us   |   Work for Us   |   Site Map

http://www.nytimes.com/2009/06/17/sports/baseball/17doping.html?pagewanted=print

EXHIBIT Z

*The New York Times*



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to
your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit
www.nytreprints.com for samples and additional information. Order a reprint of this article now.

**July 31, 2009**

# Ortiz and Ramirez Said to Be on '03 Doping List

By **MICHAEL S. SCHMIDT**

**Manny Ramirez** and **David Ortiz**, the sluggers who helped the **Boston Red Sox** end an 86-year World Series championship drought and capture another title three years later, were among the roughly 100 Major League Baseball players to test positive for performance-enhancing drugs in 2003, according to lawyers with knowledge of the results.

Some of baseball's most cherished story lines of the past decade have been tainted by performance-enhancing drugs, including the accomplishments of record-setting home run hitters and dominating pitchers. Now, players with Boston's championship teams of 2004 and 2007 have been linked to doping.

Baseball first tested for steroids in 2003, and the results from that season were supposed to remain anonymous. But for reasons that have never been made clear, the results were not destroyed and the first batch of positives has come to be known among fans and people in baseball as "the list." The information was later seized by federal agents investigating the distribution of performance-enhancing drugs to professional athletes, and the test results remain the subject of litigation between the baseball players union and the government.

Five others have been tied to positive tests from that year: **Barry Bonds**, **Alex Rodriguez**, **Sammy Sosa**, Jason Grimsley and David Segui. Bonds, baseball's career home runs leader, was not on the list, although federal agents seized his 2003 sample and had it retested. Those results showed the presence of steroids, according to court documents.

The information about Ramirez and Ortiz emerged through interviews with lawyers and others connected to the pending litigation. The lawyers spoke anonymously because the testing information was under seal by a court order. The lawyers did not identify which drugs were detected. Ramirez, who is now with the **Dodgers**, recently served a 50-game suspension for violating baseball's drug policy. Ortiz had not been linked to performance-enhancing substances.

Asked about the 2003 drug test before the Red Sox played Oakland on Thursday in Boston, Ortiz shrugged. "I'm not talking about that anymore," he said. "I have no comment."

After the game, he issued a statement confirming the report: "One, I have already contacted the players association to confirm if this report is true. I have just been told that the report is true. Based on the way I have lived my life, I am surprised to learn I tested positive. Two, I will find out what I tested positive for. And, three, based on whatever I learn, I will share this information with my club and the public."

But the **Mitchell report**, which was released in December 2007, said that players who tested positive in 2003

were notified by the union after the tests were seized.

Theo Epstein, the Red Sox' general manager, said the organization stood behind Ortiz. "We care about him and he's meant a lot to us as an organization," Epstein said. "We admire his approach to this, which is, he's not going to run from it or hide from it."

In St. Louis, where the Dodgers were playing the Cardinals, Ramirez told reporters that he would not discuss the drug test, according to The Los Angeles Times. "You guys want to talk about the game, what is happening now, we can sit down and talk for two hours," Ramirez said. "If you want more information, call the union."

The players union has argued that the government illegally seized the 2003 test results, and judges at various levels of the federal court system have weighed whether the government can keep them.

The government intends to question players on the list to determine where the drugs came from. An appeals court is deliberating the matter.

"The leaking of information under a court seal is a crime," Donald Fehr, the union's executive director, said in a statement. "The active pursuit of information that may not lawfully be disclosed because it is under court seal is a crime."

Yet one by one, the names of elite players tied to performance-enhancing drugs have surfaced this year. In February, it was Rodriguez and Bonds. In May, it was Ramirez — for the first time. In June, it was Sosa.

Rodriguez had been viewed by some as a clean player who could eventually overtake the career home run record established by Bonds. But Rodriguez later admitted that he used a performance-enhancing drug from 2001 to 2003. The Times reported in June that Sosa was among those who tested positive in 2003.

By 2003, Ramirez had long since established himself as one of baseball's best hitters. Ortiz, however, was less known. In 2002, the Minnesota Twins effectively cut him after failing to trade him. He signed a bargain contract with the Red Sox and began the 2003 season as a backup.

Ortiz quickly blossomed, setting personal highs in home runs (31) and runs batted in (101). He surpassed those numbers in each of the next four seasons and became known by the affectionate nickname Big Papi. Ramirez, with his dreadlocks and quirky behavior, and Ortiz, with his gregarious personality and portly build, formed a dynamic tandem on and off the field.

In 2004, they helped the Red Sox overcome a 3-0 series deficit against the Yankees in the American League Championship Series. The Red Sox then swept the St. Louis Cardinals in the World Series to end decades of heartbreak in Boston.

Ortiz had a game-winning home run and a game-winning hit against the Yankees and was named the most valuable player of that series. Ramirez was named the World Series M.V.P. after going 7 for 17 with a home run.

Three years later, Ramirez and Ortiz helped return Boston to the World Series, where they defeated the Colorado Rockies.

Last season, the Red Sox traded Ramirez to the Dodgers after team officials grew concerned that he was not playing hard in response to a contract dispute. Ramirez played brilliantly in Los Angeles, becoming popular among fans and leading the Dodgers to the playoffs.

But he was suspended in May after officials learned he had been prescribed a fertility drug often used by bodybuilders after they stop using steroids. When Ramirez was suspended, he issued a statement that appeared to maneuver around his 2003 test results.

"I've taken and passed about 15 drug tests over the past five seasons," he said.

That five-year period extended back to 2004, which excluded the 2003 test.

Since returning from his suspension, Ramirez has been accepted by the home fans. Through 49 games this season, he has compiled a .317 average and hit 11 home runs.

Ortiz had a wrist operation last year and missed nearly a third of the season. He started this year in a slump and did not hit his first home run until a month and a half into the season. Since June 1, however, he has hit 13 more home runs.

In 2007, Ortiz said that he used to buy a protein shake in the Dominican Republic when he was younger and did not know if it contained a performance-enhancing drug. In February, he said: "I would suggest everybody get tested, not random, everybody."

And, he was asked, if a player tests positive for steroids?

"Ban them for the whole year," he said.

*David Waldstein contributing reporting from Boston.*

*David Waldstein contributed reporting from Boston.*

Copyright 2009 The New York Times Company

Privacy Policy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map