**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-mc-00565 DAR |
| Petitioner, | **UNDER SEAL** |
| v. | Assigned to:   Hon. Deborah A. Robinson |
| LANCE ARMSTRONG, | Assignment Date:      October 17, 2011 |
| Respondent. | Description:            Miscellaneous |

**[PROPOSED] ORDER DENYING PETITION FOR SUMMARY ENFORCEMENT OF INSPECTOR GENERAL SUBPOENA AND GRANTING RESPONDENT LANCE ARMSTRONG'S MOTION TO QUASH**

587104.01

After considering the United States' Petition for Summary Enforcement of Inspector General Subpoena and Respondent Lance Armstrong's Motion to Quash, the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, the Court rules that Respondent Lance Armstrong's Motion to Quash should be GRANTED, and the United States' Petition for Summary Enforcement of Inspector General Subpoena should be DENIED.

IT IS SO ORDERED.

Dated: _____, 2011

_____
Honorable Deborah A. Robinson
United States Magistrate Judge