IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



JAN 12 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Petitioner, ) | |
| v. ) | Misc. No. 11mc0565 (JEB/DAR) |
| LANCE E. ARMSTRONG, ) | **UNDER SEAL** |
| Respondent. ) | |

### UNITED STATES' CONSENT APPLICATION
### FOR AN ORDER PARTIALLY UNSEALING THIS ACTION

For the reasons set forth in the accompanying Memorandum and as further specified in the accompanying proposed Order, the United States respectfully moves this Court for an Order that partially lifts the seal in this matter to permit the United States to disclose under seal to the United States District Court for the Central District of California the existence of this action, including but not limited to providing portions of Respondent's Response to Motion for File Under Temporary Seal (ECF 8); Respondent's Motion to Quash (ECF 7); Respondent's Opposition to Petition for Summary Enforcement of Inspector General Subpoena (ECF 6); and Respondent's supporting Declarations attached thereto.

A partial lifting of the seal in this case is necessary so that the United States may obtain and disclose to this Court documents under seal in the Central District of California in support of its Petition to Enforce a United States Postal Service Inspector General subpoena issued to Mr. Armstrong. In response to the Government's Petition, Mr. Armstrong makes reference to a sealed proceeding in the Central District of California. To respond to Mr. Armstrong's argument as to that matter, the United States seeks a partial lifting of the seal in this case, so that it may then seek a partial lifting of the seal in the California proceeding. Any disclosures the United

States makes to the California Court about this matter will be filed under seal to maintain the temporary seal that is currently in place in this case.

Pursuant to Local Civil Rule 7(m), counsel for the United States conferred with counsel for Respondent, and Respondent consents to the partial lifting as requested.

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar 434122
Assistant United States Attorney

DARRELL C. VALDEZ, D.C. Bar 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

JOYCE R. BRANDA
MICHAEL D. GRANSTON
ROBERT E. CHANDLER, D.C. Bar # 477640
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-4678
Fax: (202) 514-0280

Attorneys For United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 11mc0565 (JEB/DAR) |
| ) | |
| LANCE E. ARMSTRONG, ) | UNDER SEAL |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF UNITED STATES' CONSENT APPLICATION FOR AN ORDER PARTIALLY UNSEALING THIS ACTION

The United States submits this memorandum in support of its consent application for for an Order partially unsealing this action so that it may disclose under seal the existence of this action to the District Court for the Central District of California. This Application is being filed out of an abundance of caution so as to avoid any claim that the United States violated the temporary seal in this matter.

On June 10, 2011, the United States served a United States Postal Service Office of the Inspector General (USPS-OIG) subpoena upon Respondent Lance Armstrong, in furtherance of the USPS-OIG investigation into the use of banned substances and procedures by members of the United States Cycling Team in violation of the sponsorship agreement that the Team had with the USPS. The subpoena contains 21 requests for documents, including documents relating to Mr. Armstrong's interest in or control of the corporate entities that owned and managed the USPS team (requests 1-2, 6); his understanding and compliance with the sponsorship agreement with the USPS (requests 3-5); funds paid to Mr. Armstrong directly or indirectly by the USPS (requests 1, 6, 10-13); and the use of any banned performance enhancing drugs or procedures by Mr. Armstrong or other members of the cycling team (requests 7-9, 13-21). *Id.* at ¶¶ 4, 5. When

Respondent failed to provide the documents, the United States filed a Petition for Summary Enforcement of Inspector General Subpoena. ECF 1. As a courtesy, the United Stated filed the Petition under temporary seal so as not to prejudice Respondent prior to determining the course of action he would wish to take.

In response to the United States' Petition, Respondent has filed an Opposition to Petition for Summary Enforcement of Inspector General Subpoena (ECF 6); a Motion for File Under Temporary Seal (ECF 8); and a Motion to Quash (ECF 7). In those pleadings, and in attached affidavits, Respondent argues that the temporary seal should be made permanent and that the enforcement of the civil subpoena should be denied based on allegations that the United States Attorney's Office for the Central District of California has leaked grand jury information in order to "drum up support for the government's [criminal] prosecution." ECF 8 at 1-2. See also ECF 7 at 2 ("The leaking of F.R.Crim. Rule 6(e) material and other confidential investigative information has been so blatant and so obviously from government sources...."). In particular, Respondent makes reference to a *Notice of Violations of Rule 6E of the Federal Rules of Criminal Procedure; Request for Order to Show Cause Regarding Contempt* that he claims to have filed in the Central District of California. ECF 7 at 2.[1]

Because at least portions of the California proceeding are under seal, to fully apprise this Court about that proceeding, including any findings made by the California District Court, it is necessary that the United States seek an order from the California Court lifting the seal in that matter. To obtain such a partial lift seal, the United States needs to disclose to the California

---

[1] Respondent admits that the *Notice of Violation* was "placed under seal by the District Court Judge to whom the Motion was assigned," and does not explain his basis for disclosing that filing in this matter.

2

Court the existence of this matter and the substance of Respondent's argument. Out of an abundance of caution so as not to violate the temporary seal that is currently in place, the United States seeks a partial lifting of the seal in this case before making such a disclosure. Any disclosure that the Government makes of this case to the California Court in support of its motion to unseal in the California case will itself be filed under seal, so as to preserve the temporary seal in this matter.

Wherefore, for all of the foregoing reasons, the United States therefore respectfully requests that its application be granted and its accompanying proposed Order be entered partially lifting the seal in this matter for the United States to disclose under seal the existence of this action and relevant portions of Respondent's Response to Motion for File Under Temporary Seal (ECF 8); Respondent's Motion to Quash (ECF 7); Respondent's Opposition to Petition for Summary Enforcement of Inspector General Subpoena (ECF 6); and Respondent's supporting Declarations attached thereto to the District Court for the Central District of California.

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

JOYCE R. BRANDA, D.C. Bar No. # 246363
MICHAEL D. GRANSTON
ROBERT E. CHANDLER, D.C. Bar No. # 477640
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 514-4678
Fax:  (202) 514-0280