IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 6 2012

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 11mc0565 (JEB/DAR) |
| ) | |
| LANCE E. ARMSTRONG, ) | **UNDER SEAL** |
| ) | |
| Respondent. ) | |

### ORDER

Upon consideration of the United States' consent application for an Order partially unsealing this action, the fact that the application is made with the consent of the Respondent, and good cause having been established, it is hereby

**ORDERED** that the seal is partially lifted in this matter whereby the United States can disclose, under seal, the existence of this action, including but not limited to relevant portions of Respondent's Response to Motion for File Under Temporary Seal (ECF 8); Respondent's Motion to Quash (ECF 7); Respondent's Opposition to Petition for Summary Enforcement of Inspector General Subpoena (ECF 6); and Respondent's supporting Declarations attached thereto to the District Court for the Central District of California.

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE