IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 11mc0565 (JEB/DAR) |
| ) | |
| LANCE ARMSTRONG, ) | **UNDER SEAL** |
| ) | |
| Respondent. ) | |
| ) | |

### UNITED STATES' CONSENT MOTION TO STAY PROCEEDINGS ON ITS PETITION FOR SUMMARY ENFORCEMENT AND RELATED MATTERS

The United States, through counsel, respectfully requests that the Court stay until March 9, 2012, all proceedings regarding the Government's petition for summary enforcement of the subpoena issued by the United States Postal Service (USPS) Office of Inspector General (OIG) to Lance E. Armstrong. The United States further respectfully requests that the Court establish March 9, 2012 as the due date for the Government to file its replies to the responsive briefs submitted by Mr. Armstrong on October 28, 2011, along with its response to Mr. Armstrong's motion to quash the subpoena. The current deadline for the Government to file its briefs is February 1, 2012. In addition, the Government respectfully requests that the status conference before the Court, currently scheduled for February 8, 2012, be held at the Court's convenience on or after March 9, 2012 (and, if possible, on March 13, 2012, for the mutual convenience of the parties). In support of its requests, the Government states as follows:

1.   On November 14, 2011, the United States sought a stay of this matter and an extension of the due dates for the Government's briefs at Mr. Armstrong's request. As Mr. Armstrong indicated in his response to the Government's petition to enforce the USPS-OIG subpoena, the United States Attorney's Office for the Central District of California (USAO-CDCA) is conducting a criminal investigation that Mr. Armstrong believes is related to the civil investigation pursuant to which the USPS-OIG issued its subpoena. ECF 7 at 1-2. Mr. Armstrong further believes he is an "object" of the criminal investigation. ECF 7 at 2.

Based on his belief that a decision by the USAO-CDCA prosecutors was imminent, Mr. Armstrong requested that proceedings relating to the Government's enforcement petition be stayed, and the Government consented to Mr. Armstrong's request.

2. In his Motion to Quash filed on October 28, 2011, Mr. Armstrong contends that certain sealed proceedings (the California proceedings) in the United States District Court for the District of California (USDC-CDCA) are relevant to consideration of his motion. On or about January 9, 2012, the United States informed this Court of its desire to obtain access to sealed materials in the California proceedings so that it could inform this Court about the circumstances in the California proceedings that Mr. Armstrong claims are relevant to this action, and so that the Government might prepare an informed response to the contentions in Mr. Armstrong's brief. The United States further expressed its view that a partial lift of the seal in this matter was necessary so that the United States could inform the USDC-CDCA about the existence of this enforcement action in support of the Government's petition for a partial lift of the seal in the California proceedings. Accordingly, the United States requested that this Court partially lift the seal in this matter in order to allow the Government to disclose these proceedings to the USDC-CDCA.

3. This Court granted the Government's motion for a partial lift of the seal on January 26, 2012.

4. Additional time is necessary for the United States to obtain a partial lift of the seal in the California proceedings and to complete and file its responsive briefs in the instant action. The United States anticipates that the 30 days it is requesting will be sufficient for that purpose.

5. Mr. Armstrong, through counsel, has consented to the Government's request.

Accordingly, the United States respectfully requests that the Court stay until March 9, 2012 all proceedings regarding the Government's petition for summary enforcement of the subpoena issued by the USPS-OIG to Lance E. Armstrong. The United States further respectfully requests that the Court establish March 9, 2012 as the due date for the Government to file its replies to the responsive briefs submitted by Mr. Armstrong on October 28, 2011, along

with its response to Mr. Armstrong's motion to quash the subpoena. In addition, the Government respectfully requests that the status conference before the Court, currently scheduled for February 8, 2012, be held at the Court's convenience on or after March 9, 2012 (and, if possible, on March 13, 2012).

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

---

DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

---

JOYCE R. BRANDA, D.C. Bar No. # 246363
MICHAEL D. GRANSTON
ROBERT E. CHANDLER, D.C. Bar No. # 477640
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4678
Fax: (202) 514-0280

DATED: February 1, 2012

with its response to Mr. Armstrong's motion to quash the subpoena. In addition, the Government respectfully requests that the status conference before the Court, currently scheduled for February 8, 2012, be held at the Court's convenience on or after March 9, 2012 (and, if possible, on March 13, 2012).

A proposed order that would grant the relief sought is attached.

                                    Respectfully submitted,

                                    TONY WEST
                                    Assistant Attorney General

                                    RONALD C. MACHEN JR., D.C. Bar # 447889
                                    United States Attorney

                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                    Assistant United States Attorney

                                    */s/*

                                    DARRELL C. VALDEZ, D.C. Bar # 420232
                                    MERCEDEH MOMENI
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th St., N.W., Civil Division
                                    Washington, D.C. 20530
                                    (202) 307-2843

                                    */s/*

                                    JOYCE R. BRANDA, D.C. Bar No. # 246363
                                    MICHAEL D. GRANSTON
                                    ROBERT E. CHANDLER, D.C. Bar No. # 477640
                                    Attorneys, Department of Justice
                                    Civil Division
                                    Post Office Box 261
                                    Ben Franklin Station
                                    Washington, D.C. 20044
                                    Tel: (202) 514-4678
                                    Fax: (202) 514-0280

DATED: February 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2012, I caused to be placed in the United States mail, postage prepaid first class, a true and correct copy of the foregoing Motion, and sent it to:

John W. Keker
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Bryan D. Daly
333 South Hope Street
43rd Floor
Los Angeles, CA 90071-1422

Robert D. Luskin
Benjamin D. Wood
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037-1350

DARRELL C. VALDEZ
Assistant United States Attorney