IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



ORIGINAL
FILED
AUG 3 0 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 11mc0565 (JEB/DAR) |
| ) | |
| LANCE ARMSTRONG, ) | UNDER SEAL |
| ) | |
| Respondent. ) | |

**UNITED STATES' STATUS REPORT AND CONSENT MOTION
TO FURTHER STAY PROCEEDINGS ON ITS PETITION FOR
SUMMARY ENFORCEMENT AND RELATED MATTERS**

The United States, through counsel, respectfully requests that the Court further stay, until September 10, 2012, all proceedings regarding the Government's petition for summary enforcement of the subpoena issued by the United States Postal Service (USPS) Office of Inspector General (OIG) to Lance E. Armstrong. The United States also respectfully requests that the Court permit the Government to file its replies to the responsive briefs submitted by Mr. Armstrong on October 28, 2011, along with its response to Mr. Armstrong's motion to quash the subpoena, if necessary, on September 10, 2012. The current deadline for the Government to file its briefs is August 31, 2012. Good cause exists to grant this motion.

In support of its requests, the Government hereby incorporates the procedural history of this matter detailed in its February 1, and April 5, 2012 Motions to Stay Proceedings at ¶¶ 1-3, and additionally updates the Court as follows:

1. On or about February 29, 2012, the parties conferred regarding the status of these proceedings and, at that conference, Mr. Armstrong agreed to produce documents that are responsive to the USPS-OIG subpoena. Based on that agreement, the parties agreed to seek an extension of the briefing deadlines until April 9, 2012.

2. On March 7, 2012, the same day that the Government filed its extension request, Mr. Armstrong advised the Government that he would not produce documents responsive to the subpoena without the entry of a protective order. After further negotiations, the parties agreed

RECEIVED
AUG 3 0 20
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

upon a proposed order, which the Court signed on June 8, 2012.

3. Counsel for Mr. Armstrong began production of documents and recordings on July 16, 2012, and have advised that they mailed the final set of documents on the evening of August 26, 2012. They also provided a privilege log on August 26, 2012. The Government now requires time to review the production and privilege log.

4. If, after a review, it appears that Mr. Armstrong has produced all documents responsive to the subpoena, it will be unnecessary for this Court to take action on the Government's petition to enforce the USPS-OIG subpoena.

5. Pursuant to Local Civil Rule 7(m), the parties conferred via electronic mail, and Respondent's counsel consents to the relief sought.

Accordingly, in order for the United States to complete reviewing the produced materials and the privilege log, the United States respectfully requests that the Court stay, until September 10, 2012, all proceedings regarding the Government's petition for summary enforcement of the subpoena issued by the USPS-OIG to Lance E. Armstrong. The United States further respectfully requests that the Court establish September 10, 2012 as the due date for the Government to file its replies to the responsive briefs submitted by Mr. Armstrong on October 28, 2011, along with its response to Mr. Armstrong's motion to quash the subpoena, should the Respondent's production be deemed insufficient by the United States. The Government will timely notify the Court, if Mr. Armstrong's production is fully responsive to the Government's subpoena.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Acting Chief, USAO Civil Division

/s/ Mercedeh
_____
DARRELL C. VALDEZ, D.C. Bar # 420232
MERCEDEH MOMENI
Assistant United States Attorneys
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
Tel: (202) 307-2843 or (202) 307 0821

/s/ Robert E. Chandler
_____
MICHAEL D. GRANSTON
ROBERT E. CHANDLER, D.C. Bar No. # 477640
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-4678
Fax: (202) 514-0280

DATED: August 30, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, I caused to be placed in the United States mail, postage prepaid first class, a true and correct copy of the foregoing Motion, and sent it to:

John W. Keker
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Bryan D. Daly
333 South Hope Street
43rd Floor
Los Angeles, CA 90071-1422

Robert D. Luskin
Benjamin D. Wood
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037-1350

_____
MERCEDEH MOMENI
Assistant United States Attorney