IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 11mc0565 (JEB/DAR) |
| ) | Under Seal |
| LANCE ARMSTRONG ) | |
| ) | **FILED** |
| Respondent. ) | SEP 4 - 2012 |
| ) | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

Before the Court is the United States' Consent Motion to Stay Proceedings on its Petition For Summary Enforcement and Related Matters. Upon consideration of the Motion and for the reasons set forth in support of the Motion, it is this 4th day of September, 2012, hereby

ORDERED that the Motion to stay until September 10, 2012 all proceedings in connection with

1. The United States' Petition for Summary Enforcement of Inspector General Subpoena;

2. The United States' Motion to File Under Temporary Seal;

3. Respondent Lance Armstrong's Notice of Motion to Quash and Motion to Quash;

is GRANTED; and it is further

ORDERED that the United States shall file its replies to respondent's Opposition to Petition for Summary Enforcement and respondent's Response to Motion to File Under Temporary Seal, along with the Government's response to respondent's Motion to Quash, on or before September 10, 2012; if necessary.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Service:

    John W. Keker
    Keker & Van Nest LLP
    710 Sansome Street
    San Francisco, CA 94111-1704

    Bryan D. Daly
    333 South Hope Street
    43rd Floor
    Los Angeles, CA 90071-1422

    Robert D. Luskin
    Benjamin D. Wood
    Patton Boggs, LLP
    2550 M Street, N.W.
    Washington, D.C. 20037-1350


    Darrell C. Valdez
    Mercedeh Momeni
    Assistant United States Attorneys
    555 4th St., N.W., Civil Division
    Washington, D.C.  20530


    Robert E. Chandler
    Trial Attorney, Department of Justice
    Civil Division
    Post Office Box 261
    Ben Franklin Station
    Washington, D.C.  20044