IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>LANCE ARMSTRONG,<br><br>　　　　　　　Respondent. | Civil Action No. 1:11-mc-00565 (JEB/DAR)<br><br>**UNDER SEAL** |

### RESPONDENT LANCE ARMSTRONG'S CONSENT NOTICE OF WITHDRAWAL OF MOTION TO QUASH

Respondent Lance Armstrong, by and through undersigned counsel, hereby withdraws as moot his Motion to Quash (Docket Entry #7), filed October 28, 2011, and states as follows:

1. The subpoena *duces tecum* that is the subject of this enforcement action (the "Subpoena") was served on Mr. Armstrong on June 10, 2011.

2. The United States filed its Petition for Summary Enforcement of Inspector General Subpoena (Docket Entry #2)) ("Petition") on October 14, 2011.

3. Mr. Armstrong filed a Motion to Quash the Subpoena on October 28, 2011.

4. The United States and Mr. Armstrong agree that Mr. Armstrong now has satisfied his obligations under the Subpoena.

5. Accordingly, the United States withdrew its Petition for enforcement of the Subpoena on September 10, 2012. *See* Reply to Respondent Lance Armstrong's Response to the United States' Petition for Enforcement and Response to Respondent's Motion to Quash (Docket Entry #32) at 1 ("Thus, at this time, it appears that Court involvement in this matter no longer is necessary, and the Government therefore respectfully withdraws its enforcement petition.").

6. On October 19, 2012, the Court issued a minute order requesting, *inter alia*, a status report as to whether Mr. Armstrong's Motion to Quash will be withdrawn or may be denied as moot.

7. On October 25, 2012, counsel for Mr. Armstrong and counsel for the United States jointly advised the Magistrate Judge's law clerk that the Motion to Quash could be deemed moot, and she advised that the Court requested submission of a formal notice of withdrawal.

8. On November 1, 2012, counsel for the United States consented to Mr. Armstrong withdrawing his Motion to Quash (Docket Entry #7).

Dated: November 5, 2012                     Respectfully submitted,


By: /s/ Elliot R. Peters (BDW)
JOHN W. KEKER (*Pro Hac Vice*)
ELLIOT R. PETERS (*Pro Hac Vice*)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email:   jkeker@kvn.com
Email:   epeters@kvn.com


By: /s/
ROBERT D. LUSKIN, D.C. Bar #293621
BENJAMIN D. WOOD, D.C. Bar # 478799
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email:   rluskin@pattonboggs.com
Email:   bwood@pattonboggs.com

Attorneys for
Respondent LANCE ARMSTRONG

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2012, a copy of the foregoing document was served via first-class U.S. Mail on the following counsel:

>Stuart F. Delery
>Acting Assistant Attorney General
>Michael D. Granston
>Robert E. Chandler
>United States Department of Justice
>Civil Division
>Post Office Box 261
>Ben Franklin Station
>Washington, DC 20044
>Tel: (202) 514-4678

>Ronald C. Machen Jr.
>Daniel F. Van Horn
>Darrell C. Valdez
>Mercedeh Momeni
>United States Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W., Civil Division
>Washington, D.C. 20530
>Tel: (202) 307-2843

I also hereby certify that a copy of the foregoing document was served by e-mail via pdf file, via transmissions reported as complete and without error, upon the following counsel:

>Darrell C. Valdez
>Darrell.Valdez@usdoj.gov

>Mercedeh Momeni
>Mercedeh.Momeni@usdoj.gov

>Robert E. Chandler
>Robert.Chandler@usdoj.gov

_____
Benjamin D. Wood